

F I L E D

JUL 2 6 2024

CLERK'S OFFICE
DETROIT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

SJ and SE, a minor, by and through his Parents and natural
Guardians, LAWRENCE F. JASPER II AND ROSALIA O
JASPER, individually on behalf of themselves and all
those similarly situated,

                      Plaintiff,

-vs-

Case No. 24-10111
Honorable Chief Judge Sean F. Cox
Honorable Judge David M. Lawson
Magistrate Judge Curtis Ivy, Jr.

STATE OF MICHIGAN/OAKLAND COUNTY
CITY OF PONTIAC/PONTIAC HOUSING COMMISSION
MUNGO & MUNGO, and Attorney MUNGO
BLOOMFIELD TOWNSHIP/ BLOOMFIELD HILLS SCHOOL
DISTRICT TAYLOR, JACKSON AND PLUNKETT COONEY
and Attorney WEAVER in their individual and official capacities

                      Defendants,

| | |
|---|---|
| Lawrence F. Jasper II:<br>In Per Pro<br>Representing Plaintiff and family<br>265 Marlborough<br>Bloomfield Hills, Michigan 48302<br>Phone: 248-961-7075<br>LittleCities4@yahoo.com | PLUNKETT COONEY By:<br>By: Michael D. Weaver (P43985)<br>Attorney for Plunkett & Cooney<br>38505 Woodward Avenue, Suite 100<br>Bloomfield Hills, Michigan 48034<br>Phone: (248) 901-4025<br>mweaver@plunkettcooney.com |
| MUNGO & MUNGO AT LAW, PLLC<br>Leonard Mungo (43562)<br>Attorney for Defendant MUNGO<br>and CLASS Members  (21-cv-12707)<br>31700 Telegraph Road, Suite 250<br>Bingham Farms, Michigan 48025<br>Phone (248) 79292-7557<br>Caseaction@mungoatlaw.com | ROSATI SCHULTZ JOPPICH & AMTSBUECHLER<br>BY: Holly S. Battersby (72023) Margret Debler (P43095)<br>Attorney for Defendant BLOOMFIELD TOWNSHIP<br>27555 Executive Drive. Ste 250<br>Farmington Hills, MI. 48331<br>(248) 489-4100<br>hbattersby@rsjalaw.com<br>mdebler@rsjalaw.com |

**Plaintiff's 3ʳᵈ AMMENDED COMPLAINT and JURY DEMAND arises out of cases 12-130133-CH, and 15-147901-CB, and 21-186541-CB and 21-cv-12707**

    Now comes Lawrence F. Jasper, in per pro in a civil action based on antitrust and constitutional violations related to the State of Michigan first DEI legislation for Economic Development in qualified Cities and Counties under the REGIONAL CONVENTION FACILITY AUTHORITY of 544 of 2008 with an affirmative action clause that compels speech and secular culture on to the private sector with liberal applications under it's "authority" a commission of unlimited power over government entities that controls municipalities agency, departments, and officers, without the ability to change the law with City resolutions.

1. The Civil Rights action lawsuit is pursued by economic developer Lawrence F. Jasper II, on behalf of his wife, children and other similar situated citizens in the State of Michigan who have and will continue to experience serious, malicious, and racist pronouncements and treats of death and bodily injury for standing up against government's unlawful antitrust and racketeering discriminatory patterns based on fraudulent concealment and misrepresentation of condition of property, by those who have a duty owed to the public for the economic recovery of their communities rather than the false accusations of White Racism, homophobic, or hate crimes against LGBTQ+ community forced to go against their religious values, compelled to speak in a specific manner, silenced eliminating due process, when defending the citizens' rights with unequal protections in downtown acquisitions of real estate and/or the assets to the community injuring Plaintiff and the personal lives of citizens by the taxation of residential properties and use of the municipalities powers for the benefits of those officials and 3rd party state actors.

2. Upon information and belief, the State of Michigan's first DEI legislation is a commission designed to compel speech and a secular culture mandated by elected officials providing unlimited government and politic power in a democracy for the acquisition of real estate and its application to develop the Regional Convention Facility in qualified cities and counties under false pretenses of economic prosperity for its citizens of the State of Michigan in the creation of mandated LGBTQ+ secular culture fundamentally changing the constitution and discriminating against Plaintiff's religious rights in the private sector of downtown development and within the public schools.

3. and the State's Regional Convention Facility Authority Act of 544 of 2008 did so through fraudulent concealment of its DEI agenda and deceived, deprived, and stigmatically injured plaintiffs for personal profit[s] and power, pursuant to MCL 141.1355(d) its **Definition "Develop": means to plan, acquire, construct, improve, enlarge, maintain, renew, renovate, repair, replace, lease, equip, furnish, market, promote, manage, or operate" A real estate asset for the "Authority"** .

4. **and State's "Authority"** was deliberately indifferent in a failure to train or supervise the officers in its development and acquisition of real estate property and development of Regional Convention Facilities within its operations, government entities, and the use of 3rd party state actors fraudulently concealed racketeering activities through LLC's, its corruption. These actions undisclosed, were enforced through state and local municipalities agencies, departments, and officers. The State's ACT was to create and provide for the incorporation of certain regional convention facility authorities, unlawful. Thereby discriminated against Plaintiff religion, tortiously interfered with his economic development vision in the acquisition of real property and stole his written plan (true speech) franchising PUD's Smart Grid Infrastructure Distribution Solutions (SGIDS) in metropolitan areas for qualitied cities and counties.

5. and the breach of duties owed to the public, the State of Michigan first DEI legislation REGIONAL CONVENTION FACILITY AUTHORITY ACT 544 of 2008 (hereafter RCAA) "Affirmative" action DEI clause is discriminatory, abuses government power, and uses state law to circumvent constitutional protected rights and privileges discriminated against Plaintiffs rights the "Authority" use of DEI policy, an unofficial custom. What this means is that municipalities have responsibility for their employee's behavior *only* when their employee is acting through an official government policy. The plaintiff is suing the municipalities, is counties, and the State of Michigan and Bloomfield Township unique 425 partnership agreement with Oakland County and the City of Pontiac's creation of "one" municipality and Bloomfield Hills School District use of DEI policy, an unofficial custom for the public schools for unconstitutional and unlawful legislation implementing customs policies that caused unconstitutional behavior by 3rd parties, caused the tortuous interference with Plaintiff's family, business and business relationships, targeting Plaintiff caused stigmatic injury, not suing the municipality for the employee's actions, but Plaintiff are holding the attorney's liable for their duties as officers of the court.

6. Oakland County/City of Pontiac and Bloomfield Township officers entered into and controlled the 425 partnership agreement in the PUD development known as Bloomfield Park, the Phoenix Center, and its attached Ottawa Towers, and other Pontiac real estate assets.

7. Plaintiff economic development plan and strategy for SGIDS applications for economic development with real estate assets and acquisitions in Urban downtowns recovery were deprived by the Defendants antitrust conspiracy and racketeering activities, deceitful with the intent to commit fraud used the power of the municipalities DEI policies and unofficial custom eliminated due process between 2009-24.

8. Upon information and belief Defendants et al, defrauded the public the condition of the BP property and the Phoenix Center, misdirected agents of Plaintiffs and Defendants in bad faith discriminated against Plaintiff in the acquisition of real estate in 2012-15 and between 2008-24 in a breach of duty to the public, destroyed legal documents to suppress, conceal, and buried material evidence of the use of the "authority" and 3rd party state actors who partnered with the City, County, and State officials in the acquisition of real estate created LLC conceal ownership, investments, funding, and the transfer of the properties to the Regional Convention "authority" in Detroit, and to launder cash capitol created with financial instruments used to develop the real estate properties with intent to harm, damaged Plaintiffs.

9. Despite Plaintiff informing Oakland County executives the BP property and Pontiac assets didn't need to be demolished after meetings, Bloomfield Township FOIA, and various inspections of the properties executives of BT, Pontiac and Oakland County misrepresented the facts and defrauded the public.

10. Upon information and belief, Defendants during 2012-24 fraudulently concealed their DEI policy, an unofficial customs of the antitrust conspiracy used by the "authority" in municipalities created elaborate scams to deceived Plaintiff's economic development team, his business relations, in superior economic

and politic power created an oppressive breach of duty to the public merits punishment, to undermined the Plaintiff's real estate acquisition in Bloomfield Township and the City of Pontiac infrastructure in 2014, and again with his proposal to fix the Phoenix Center and Ottawa Towers on Dec. 23, 2019.

11. Plaintiff's relied on the Defendants departments, agency, and officers duties to provide free speech, due process, and equal protection in acquisition of real estate, and economic development in downtowns.

12. Upon information and belief Defendants conspiracy attacks plaintiff livelihood for not taking their bribe in 2015 & 2016, a $100M for the development of a Little City in Novi, offered by a 3rd party state actor financier working with Plaintiff on the Bloomfield Park (PUD) acquisition, $800M during the lawsuit 15-147901-CB as a 20% equity interest with no voting rights, both offers injured Plaintiffs positions.

13. Upon information and belief Defendants et al, failed to provide accurate information to Plaintiff and the Public their partnerships with 3rd party agents interactions with its 425 partnership and creation of Oakland County/City of Pontiac "one" municipality, Bloomfield Township during its acquisition of the Bloomfield Park property and redevelopment implemented parts of his technology advanced economic development systems and solutions with DRCFA in Detroit, by fraudulently concealing their DEI & RCAA "authority' agendas for their own personal profit[s]. **See 15-147901-CB Appendix**

14. and in bad faith with deceit and fraud discriminated against Plaintiff with 3rd party state actors in an oppressive breach of their public duty with unofficial custom created superior politic power (economic leverage) with the intent to harm, tortiously interfered with Plaintiff business relations created elaborate scams to steal his economic development solutions, technology advanced applications for the State of Michigan's personal benefits with the use DRCFA to create PRCFA controlled board of directors.

15. and prior to the acquisitions modified REGIONAL CONVENTION FACILITY AUTHORITY ACT od 544 (RCAA) October 1, 2014, and added a 2nd Brownfield approval by Oakland County commission for its demolition of said BP property, fully aware Plaintiff had a solution to eliminate the necessity for the demolition and issued a purchase agreement to Oakland County representing its sale to foreign and domestic entities in representation of Wells Fargo.   Actions of the Defendants elaborate scams conspiring 3rd party state actors concealment of racketeering, intent to defraud in case 15-147901-CH with the use of attorney/client privilege GSA in case 21-186541-CB, and in case 21-cv-12707 false Hate Crimes discriminated against Plaintiff's business and family. **See 2014 supplement affidavits**

16. Upon information and belief, Defendants use of a 3rd party for the real estate acquisition Bloomfield Park renamed Bloomfield Village, formed LLC's **BVI, BVO,** and **BVF** (to conceal Owners, Investors, and Funding) along with **BVTRC** used to transfer said properties to the Detroit "authority" to include Bloomfield Park, the Kahn Bldg. and Cobo Hall in Detroit not allowed in accordance to RCAA of 2008, revised in 2014 for DRCFA, because of case 12-130133-CB that relates to the Phoenix Center and the State of Michigan's Pontiac "authority" restriction in 2015,  and concealed GSA in 2021.

17. and in 2019, discriminated against Plaintiff through deceit and fraud denied his proposal in public RFP process is an open contract to stop default on the SA with Ottawa Towers owners Nov. 1, 2020. The officers used the REGIONAL CONVENTION "Authority" knowingly and willingly fraudulently concealed its use of this unofficial custom through DRCFA.

18. and Defendants fraudulently concealed DRCFA as a maintenance company for the Phoenix Center, when rejected, created the GSA with a Gound Lease for the Phoenix Center to fund complex security deals for cash in the acquisition of the Ottawa Towers by a 3rd party state actors to create an "Authority" in Pontiac, defrauded the public and plaintiff suppressing material facts, with intent to deceive to discredit plaintiff vision and its true nature with the creation of another "Authority" in Pontiac.

19. Upon information and belief, Defendants et al and the AG refused to prosecute the Mayor because of color, race, and sex really a conspirator in the RCAA, who didn't allow a vote on Plaintiff's Emergency Resolution to save the Phoenix Center defrauding the public and violating Charter rules and OMA laws.

20. and On Sept 9, 2020, created an illegal real estate subcommittee within the municipality to fraudulently conceal the creation of the Global Settlement Agreement (GSA) its true intentions antitrust conspiracy interfered with Plaintiffs intervention by LOTUS STANDI for the citizens in case 12-130133-CB.

21. Upon information and belief, Defendants et al antitrust conspiracy in 2021 transferred said properties via LLC's new "authority" concealed ownership, investors, to create financial instruments for complex security deals in bad faith drafted the ground lease for the Phoenix Center to "develop" the Pontiac "authority" tortuously interfered and defamed Plaintiff's business and business relationships and again discriminated against Plaintiff during the RFP process in Pontiac, deceived the public and City Council.

22. and Defendants antitrust conspiracy threatened and tortiously interfered with Plaintiff's due process, equal protection and compelled speech discrimination against Plaintiff and his business relationships in case 21-186541-CB that was rescinded out of fear of retaliation by the State's AG.

23. and the "authority" abused government entities police powers, immunities, attorney/client privilege and provided 3rd party state actors economic leverage in elaborate scams that injured Plaintiff and his family deliberately indifferent in a failure to train or supervise the officers of the unofficial policy significantly encouraged their 3rd party state actors in government entities.

24. and leveraged Bloomfield Townships partnership with Bloomfield Hills School District DEI policy, an unofficial custom used attorneys to falsely accused Plaintiff's catholic and Hispanic wife and children of WHITE RACIST hate crimes against African American and LGBTQ+ students willingly and knowingly through deceit and fraud given multiple chances to correct the defamation and libel created a discrimination case 21-cv-12707 and enticed retaliation from the local and state community with the intent to injure Plaintiff ability to work within Urban developments, causing stigmatic injures and future injury.

25. Despite Defendants et al, knowing Plaintiffs were innocent pre-planned and executed an orchestrated students/teachers walkout blaming Plaintiff, created false evidence, concealed, suppressed, and buried material evidence of their innocence during criminal investigation discriminate against Plaintiffs caused stigmatic injury irreparable harm in the use of an unofficial policy abused police power and attacked Plaintiff's character & livelihood with the intent to stop his economic development plans, targeting and branding Plaintiff as White Racist radical religious fanatic in qualified cities and counties.

26. Upon information and belief Defendants et al, conspired in a racketeering insurance scam, for their personal benefits to purchase Ottawa Towers and fund downtown Pontiac real estate acquisitions and economic development with a $130M investment settling $150M lawsuit case 12-cv-12707 and gave the students the day off to vote for a $200M School mileage used for complex security deals for cash.

27. and targeted and profiled Plaintiff and his family as homegrown terrorist White Racist a systemic problem in the USA, discriminating against their race, color, religion, to approve their DEI policies and procedures officially in Oakland County Public Schools in violation of Oakland County Association School Board (OCASB) policy marketed, promoted, and managed officials, students, parents, authority figures, police officers interfered with Plaintiff's speech, due process, and equal protection.

28. Despite Plaintiffs filing police report 23-23600 with allegations of officers of Bloomfield Hills High School and BTPD evicting and detaining Plaintiff made false racial statements in public, Defendants obstructed justice with the intent to harm Plaintiffs that caused retaliation hate crimes in the public schools, at events, extracurricular activities held by BHSD, within Pontiac and Oakland County committed by students, parents, teachers, coaches and Defendants 3rd party state actors concealed, suppressed, and buried material evidence in a discriminatory manner.

29. Upon information and belief Defendants et al orchestrated the States "authority" in antitrust conspiracy as a monopoly in violation of Amdt. 1.7. 2. 4. state action and free Speech deprived Plaintiff of his Economic Development within downtown areas, suppressing his free speech, due process, and equal protection in a racketeering conspiracy with the use of a 3rd party for the real estate acquisition again formed LLC's for the purchase of the Ottawa Towers and ground lease for the Phoenix Center to form the Pontiac "authority" for the development of downtown Pontiac with the creation of PRCFA pursuant to MCL 141.1357 systematically tortiously interfered and discriminated against Plaintiff's acquisition, business relationships, and discriminated against Plaintiff's RFP proposal in its antitrust conspiracy.

30. and misrepresenting to the public by defaming Plaintiff and whistleblower Pro Tem Councilman Randy Carter character deceiving agents of the Plaintiff. In doing so created the GSA to conceal the use of the municipalities taxpayers funds in the creation of financial instruments for complex security deals for cash concealing the through 3rd party state actors purchase and ground lease for the Phoenix Center.

31. and laundered cash capital through its construction contracts with Oakland County's Building Authority pursuant to MCL141.1367-69 significantly encouraged 3rd party state actors and/or coerced city council and Oakland County officials. Their conspiracy attacked Plaintiff and Co-Plaintiff with the abuse of police power of the State of Michigan and the municipalities deceived agents.

32. The Nature of the Damages supports the State first DEI legislation in the RCAA policy and unofficial custom used in its antitrust conspiracy caused case 21-186541-CB and multiple damages to Plaintiff.

33. Upon information and belief Defendants et al, and their 3rd party state actors sympathetic to the politic applications of DEI conspired together with the intent to punish Plaintiffs and his family for disclosing their racketeering practices in Pontiac, who refused to rescind his lawsuit with prejudice, created the false nature of claims in case 21-cv-12707, discriminated against Plaintiff race, color, religion, and sex.

34. Upon information and belief Defendants and their 3rd party state actors cruelly and unusually attacked Plaintiff and his son SJ on the Bloomfield Hills High School Varsity football team, one of the player's was coerced by sons of the antitrust conspiracy created a false relationship to con Plaintiff's son under false pretenses of being his best friend that he was going to quit the team to allow him to be invited to Plaintiff home. After being invited over, requesting to see what the other players were saying about him at 3:11 AM, and without SJ's knowledge accessed SJ's social media Snapchat account then typed and posted **"I hate Ni\*\*ers they need to be extinguished"**.

35. Despite the deceit and fraud by the defendants conspiracy sued authority figures of BHSD to deceive agents of Plaintiff willingly and knowing that the accusations were false in the making caused Plaintiff stigmatic injuries and a multitude of damages to include but not limited to unsafe environment to learn, humiliation, intimidation, and SJ playing time in Varsity Football force to sit on the bench for 2 seasons.

36. Defendants case 21-cv-12707 treated Plaintiffs differently than their student counterparts sympathizers of DEI through affirmation action policies, enforcement by BT's partnerships to support the "authority" controlled departments, agency, and officers of BT, BHHS and BTPD in a discriminatory manner.

37. Despite being notified of race discrimination and related injustices by students, parents, Defendants et al, and 3rd party state actors failed and continues to fail to take steps reasonable calculated to stop the discrimination and ensure Plaintiff's free speech, due process, equal protection and right to prosper.

38. Despite Plaintiff filing police reports after the race and religious discrimination attacks by officers and called White Racist by them, accused SJ of causing the walkout, locked up SJ so that he could not face his accusers, evicted the Father and Mother off schools ground, attached by students in the class action case at the racial meeting, on the school bus, on the football field in the locker rooms and class. As a result of Defendants actions eliminated any criminal investigation involving that Plaintiff material evidence, falsified documents, and conspired to deceive the public, and mislead the Plaintiffs and their attorneys with the use of DEI policy, an unofficial custom. Plaintiff gave them a scond chance to change

the false accusations and on multiple occasions notify the public. Defendants with intent to injure never informed the public caused stigmatic injures branded and marketed Plaintiff as White Racist, in a discriminatory manner are liable for defamation of character as a result of Defendant actions.

39. Defendants BHSD and BTPD over a period of 2 years on multiple occasions concealed, suppressed, and buried material evidence in the racial and religious discrimination, in an attempt to injure SJ on the football field, and in the attempt to make it appear Plaintiff family using last name JASPER were White Racist conspired to misrepresent it in BTPD official police reports, cancelled investigation of racial slurs, accusation without permission or disclosure, and of today Plaintiffs continues to fear the threat of death to Plaintiff daughter still attending BHHS, and his family with 3rd Party State actors caused sigmatic injury falsely, knowingly and willingly accused allowed to permanent in the public schools.

40. Upon information and belief, Defendants et al, falsely and without disclosure used DEI policies and procedures to fraudulently conceal 3rd party actors sympathetic with LGBTQ+ secular cult, and compel speech, and punish anyone who doesn't agree through a newly created authority within the BHSD called Bloomfield Hills Association Equity Inclusion Interpreters (BHAEII) to punish Christian students and parents who do not agree with the secular culture. Additionally, since the Bloomfield Hills Education Board approval of DEI policies and procedures BHSD teaches regularly within English, Math, and Science classes more LGBTQ+ and African American racism and white supremacy than they do the basics, forcing students to have tutoring classes to pass, and Plaintiff have had to endure the constant isolation and use of last name. Plaintiff's daughter stated "I just want to learn" but they don't teach. Plaintiffs suffer emotional trauma and stigmatic injuries as a result of Defendant's conduct.

41. Upon information and belief Defendants et al, used an unofficial custom created in 2008 pursuant to MCL 141.1351-1379 create a REGIONAL CONVENTION FACILITY "AUTHORITIES" for the State of Michigan's first DEI legislation under false pretenses through its development abused their municipalities power in qualified Cities and Counties for its purpose of economic development in downtowns and discriminated against Plaintiff's economic recovery platform. In an unfair environment and in bad faith deprived them the right to competition in the private sector and are liable for the nature of the damages to include but not limited to equitable estoppels on all the real estate acquisitions since 2014 by the "Authorities".

42. At all relevant times up to the present, Defendants have failed to take any meaningful steps to resolve the disputes and/or to ensure their safety, from the effigy of the false accusation of White Racism to the used 3rd party state actors through elaborate scams and police power with the intent without concern of unlawful and illegal their DEI policy, an unofficial custom and applications to fund, form, create, and develop REGIONAL CONVENTION "Authorities" abusing the municipalities powers to conceal their racketeering of taxpayers monies and DEI agenda for officers personal profit[s].

43. Defendants antitrust conspiracy revised RCAA laws on May 2, 2024, to support additional cost to the citizens such as fazing the Phoenix Center, road development, maintenance on other real estate cost for acquisitions, repairs, demolition, planning, develop, grassy area, taxed to citizens for private profits. In the same breath, changed the population necessary to keep the "authority" DRCFA in Detroit.

44. Defendants et al, discriminated against Plaintiff and his family's race, color, and religion during his attempt to benefit the communities in the private sector through his economic recovery solution denied Plaintiff real estate acquisitions, and his SGIDS infrastructure applications and technology systems, the ability to partner with those government entities tortuously interfering with his business relationships.

45. Defendants denied Plaintiff of the opportunity to provide equity for citizens ownership, job opportunity, growth, manufacturing, digital products and services for tomorrows infrastructure deviated the agents of Plaintiff, tortuously interfering with his business relationships that extends far beyond the real estate assets buildings on Bloomfield Park and Phoenix Center or other properties, but in the development of his SGIDS infrastructure government entities departments, agency, and officials in authority positions.

46. Defendants in bad faith took unlawful actions to implement LGBTQ+ mandates under false pretenses in the private sector and public schools fraudulent concealment their liberal politic the unofficial custom of a secular culture with the use of the Regional Convention "authority" made a state law in 2008, but did not disclose the legislation until the Governor's executive directive in 2019-09, construed unlawful and unconstitutional discrimination against Plaintiff's Christianity based on their liberal definition of White Racism any race, color or sex that is a Christian conservative that believes in non-sexual values whether White, Hispanic, Black, or Islander are White Racist. As a result of Defendants actions and significant encouragement and coercion with the use of 3rd party state actors caused Plaintiffs damages.

47. Defendants with intent to cruelly and unusually punish Plaintiff and his family in Public Schools that extends beyond the buildings, to other areas under their control such as but not limited to: policies within public schools, school buses, school sponsored athletic events maliciously prosecuted Plaintiff's family for their personal DEI agenda and profit[s] conspired to interfere acquisition of real estate in downtowns areas and/or the municipalities easements or personal property transferred to the "Authority", violated municipalities charters rules during a RFP process, with enforcement by police officers, eliminated Plaintiff due process, equal protection and violated their first amendment rights and privileges in a federal institution and in the private sector of economic development.

48. Upon information and belief, Defendants BT, Pontiac, and Oakland County destroyed legal material evidence with the swapping of land within the 425 agreement and during the 3rd party acquisition of Bloomfield Park 2017, again with the transition of the Mayors of Pontiac in 2021, and again in the purchase of the Ottawa Towers and Phoenix Center in 2023 to deceive and fraudulently conceal their antitrust conspiracy, illegal activities, and enforcement of the State's DEI affirmative action.

49. and concealed under an unofficial custom created by State of Michigan first DEI legislation disguised as the REGIONAL CONVENTION FACILITY AUTHORITY ACT of 544 of 2008 committed fraud and deceit, in a breach of duty owed to the public merits punishment. The nature of damage committed against Plaintiff livelihood as a visionary for the betterment of the community is in direct competition with the State of Michigan legislative law an economic development monopoly. The DEI policy and unofficial customs allowed the oppressive government powers and patterns of racketeering, an antitrust conspiracy actions of the defendants denied Plaintiff opportunity to build his SGIDS and its profits.

50. Plaintiffs have suffered and continue to suffer economic loss, emotional trauma, stigmatic injuries by the use of DEI policies an RCAA's unofficial customs significantly encouraged or coerced 3rd party state actors to participate in the conspiracy and racketeering scams. Recent changes to RCAA on May 2, 2024, to create another facility in Pontiac shall damage Plaintiff, as a result of Defendants conduct without an injunction.

51. Plaintiff has requested the court for a judicial review of the REGIONAL CONVENTION FACILITY AUTHORITY ACT of 544 of 2008 as the State law is unconstitutional and compels speech a violation of the First Amendment, eliminates due process and acquisition of real property in downtown locations in an antitrust manner authorizing municipalities with powers over state and local government entities, departments, and officers the ability to use unlawful police power against any private development in a competitive environment with the government downtown monopoly control of qualified cities and counties officers, departments, agencies along with 3rd party state actors in the process to develop and expand a facility with "authorities" abused the municipalities powers liberally to effectuate the legislative intent and the purpose of this act is complete and all powers granted in this ACT "shall be broadly interpreted to effectuate the intent not as limitation of powers" deprived Plaintiff the right to prosper and profit. *Fera v Village Plaza, Inc, 396 Mich 639; 242 NW2d (1976).*

52. The "Board of Directors" pursuant to MCL 141.1359 Sec. 9 (a)(b)(c)(d)(e) (5 members) controls the "authority" are appointed by the qualified municipalities, Counties, and the Governor of the State of Michigan thereby have civil liability associated to agency which is based on several factors including the deviation of agents from his path, "the reasonable inference of agency on behalf of the Plaintiff and the nature of damages themselves".

53. As a result of Defendants actions in bad faith have given the "authority" powers that cannot be changed by the city with the economic leverage to significant encourage or coerce officers, agency, departments, and 3rd party state actors in real estate acquisition to develop Regional Convention facilities in qualified City's downtowns and additional properties are antitrust violations have suffered discrimination against Plaintiffs race, color, religion and sex for his economic development in the private sector.

54. Defendants et al have deceived the public in elaborate racketeering scams denied equal protection for any citizens or plaintiff who didn't comply to the State of Michigan's first DEI legislation 544 act used Affirmative action in the private and public sectors for their DEI cause, its policies and procedures within small and medium businesses within the private sector and within Oakland County public schools federal institutions.

55. In addition to the monetary damages, Plaintiff seeks declaratory relief and immediate preliminary, temporary, and permanent injunctive relief prohibition Defendants from continuing their antitrust patterns and/or practices of ratifying, condoning, and authorizing real estate acquisition for their development of qualified cities downtowns with "Authorities" created by REGIONAL CONVENTION FACILITY AUTHORITY ACT of 544 of 2008 and its use of the DEI legislation and/or policies and procedures within the Public Schools an unofficial custom created by State of Michigan caused violent, racist, and unlawful threats and bias government entities pronouncements directed against the Plaintiffs economic development solutions, and real estate acquisition and others similarly situated. The failure to provide such relief will result in these unlawful practices continuing, thereby causing irreparable harm to Plaintiffs, for which no plain, adequate, or complete remedy at law is otherwise available.

### History

Plaintiff values are GOD, Family, then Business. As businessmen, we must watch what's happening in the market and keep our eyes open for opportunity, competition, and those who may not be abiding by the law. He has worked with many government entities in the development of real estate and didn't think of the government as competitor in real estate acquisition, it's their job to make sure the private sector is doing its job and to protect the community. In 2008, Plaintiff designed a PUD for urban Cities economic development recovery, while the State of Michigan passed a law called the REGIONAL CONVENTION FACILITY AUTHORITY ACT 544 of 2008 (MCL 141.1351-1379) that creates a monopoly for 3rd party state actors associated to this economic development. The facility "authority" operates an unofficial custom within qualified downtowns eliminates private sector competition, leverages government monopoly and is controlled by a board of directors appointed by the same government officials who created the law, enforced by those municipalities, leaving the Plaintiff without a way to have equal opportunity, due process, or the freedom to speak about his economic development systems fraudulently concealing 3rd party state actors.

In 2008, Plaintiff created an economic recovery platform for the USA, his PUD designed with 10 additional revenue streams to increase profitability using technology, as fixtures, connected with a Maglev Transit commodities distribution system his key to tomorrows 21st century infrasutructure.

In 2010, he went to Washington D.C. during the super committee to lobby his legislation created to balance the national budget and secure SS called the R.A.I.N.M.A.K.E.R. Act (Reinvesting in America's

21st century Infrastructure Nationally for the creation of new product Manufacturing with Accountability and Kinetic Energy of Citizens providing Restitution through equity and job development).

In 2011, he went to Cape Canaveral prior to the Space Suttles being mothballed and met with NASA and Private Aerospace executives for R & D and bring new manufacturing within Michigan. Systematically he worked with Interstate Traveler and a Michigan subcommittee in public hearings to get approval of their Maglev Transit System in Michigan.

In 2012-14, Plaintiff meets with Oakland County executives for Pontiac and Bloomfield Townships infrastructure with Master Limited Partnerships teams for technology products and services, investigates Pontiac real estate assets. In 2014, discovers traffic issues at Township, he gets approval by MDOT to build the Maglev on the Bloomfield Park PUD initiated by Dick Chrysler resolves the issues on the site. Plaintiff's economic development incorporates a Smart franchised PUD with 10 additional revenue streams that incorporates AI, Cloud Hosting, that creates water purification and green energy that is connected to a Maglev Mass Transit Commodities Distribution System creating the Smart Grid Infrastructure Distribution Solution (SGIDS) but is targeted by government entities officers coerced by unofficial customs.

Defendants pass the REGIONAL CONVENTION FACILITY AUTHORITY ACT of 544 of 2008 under the false pretenses of economic development for downtowns in qualified cities and counties. In SE Michigan the only location was Cobo Hall pursuant to MCL 141.1353(c). However, after Bloomfield Township enforces the Cease and Desist on Bloomfield Park (PUD) in 2008 for of a traffic count completed after approval by the 425 partnership agreement team in 2006, the Developer rejected the conditions. The Pontiac Housing Commission separation from the City of Pontiac, eliminates Federal funding, the State of Michigan issues and Executive Order and puts Pontiac under Emergency Management (EM) with full control of the City of Pontiac assets are then given away for pennies on the dollar with no due process, the EM appointed by the Governor. Oakland County owner of the Phoenix Center becomes "one" municipality with the City of Pontiac now qualified to develop an "Authority" in Pontiac with the Phoenix Center, however the Ottawa Towers were sold to a California investor (Stevens), who had easement rights to the Phoenix Center, which created a problem for the government entities unofficial custom RCAA forcing them to use DRCFA. Executives of Oakland had the EM file a lawsuit against Ottawa Tower Owner and condemned the Phoenix Center, but ended up with an injunction to stop it, later it is swapped for Pontiac's Water Treatment Plant, after the Court ordered Oakland County to do $6M in repairs, never completed, and copper is stripped out of the Phoenix Center never replaced with insurance policy. Pontiac for 7 years never spends a penny to repair the Phoenix Center but Stevens does, 12-130133-CH and 14-139761-CC and settles on Nov. 1, 2018. In 2014 the Mayor continued to fight the cases in appellate and supreme court and defrauded the public continuously along with the Superintendent of Bloomfield township pushing for demolition of the BP property worked with Oakland County and 3rd party state actors on both properties.

Oakland County uses a Building Authority to provide deeds for buildings in downtown Pontiac, a option is issued to an LLC out of Waterford for 10 dollars for the ownership of the Phoenix Center property after demolition, Lot 9 is sold to a family member, the Silverdome is sold to a friend of the Governor's for $583,000, the new mayor worked for the Pontiac Housing Commission significantly encouraged prior to 2014, and through deceit and fraud kept the public in the dark with the use of the RCAA DEI legislation for downtown development. These moves are made while the City of Pontiac is in Emergency Mode. The State of Michigan, Oakland County, and the City of Pontiac and Bloomfield Township have a duty of owed to the citizens even if they were working under a policy unofficial custom defrauded the public and raised taxes, cost for water for RCAA's "authority" control of financial instruments concealed from the public.

Plaintiff in 2012-14 worked with Oakland County to incorporate his SGIDS with the use of his smart Little Cities (LC) to include but not limited to Nano Water Purification, Hydrogen Electrical power, WI FI and satellite access for cloud housing, digital services and products for the local communities with the use of Pontiac's assets. Ultimately in the real estate acquisition of the Bloomfield Park property (PUD) marketed by Oakland County to foreign and continental investors. During that period Bloomfield Township and the City of Pontiac/Oakland County "one" municipality defrauded the public misrepresenting the condition of both properties while under their control Phoenix Center and Bloomfield Park (PUD) stating they were eye sores and needed to demolish under false pretenses in their statements.

Defendants deceived, diverted, and fraudulently concealed their underlying DEI and unofficial agendas. The State of Michigan's first DEI legislation REGIONAL CONVENTION FACILITY AUTHORITY ACT of 544 of 2008 is really LGBTQ+ friends with benefits, the public their puppets. The municipality taxation is used as financial instruments for complex security deals dollars to plan, acquire, construct, improve, enlarge, maintain, renew, renovate, repair, replace, lese, equip, furnish, market , promote, manage or operate its "authority" of a Facility designed as federal entities controlled by a "board of directors" appointed by government officers through the significant encouragement or coercion, and enforcement by state and local governments in real estate acquisition use of 3rd party state actor an antitrust violation, fraudulently concealed supported by the State of Michigan's DEI narrative in the public school training children to not support their parents actively using illegal affirmative action hidden within it law.

On Oct. 2, 2014, Plaintiff went to NY and raised $500M to reinvent Pontiac, leveraging Bloomfield Park property (PUD) construction asset, after discovering construction was stopped by the Township's cease and desist for their emergency vehicles. The $500M dollar construction asset allowed him to leverage its acquisition along with multiple properties in Pontiac creating a $4 Billion dollar asset, along with future growth through the State of Michigan. The BP PUD asset value was used for capital created by his business plan and his approval to build a residential Maglev Transit solution for the traffic issue. Government officers

willingly and knowingly oppressively breach their duties owed to the public and Plaintiff, enforced fraud, and coordinated their actions to cover it up their corruption with significate encouragement and coercion.

On Dec. 16, 2019, Plaintiff submitted a proposal for a 2nd chance to initiate his ideas of an economic development recovery platform with his solution for Pontiac's default on their Settlement Agreement with the Ottawa Owners regarding the Phoenix Center. Oakland County owned it before the Emergency Manager initiated a demolition lawsuit. However, he ran into the "Authority" who falsified documents, broke contracts, created LLC's to cover up their fraud, and used attorney/client privilege to fraudulently conceal RCAA. An again in 2020, after he submitted a proposal for revamping of the Phoenix Center and Ottawa Towers after Pontiac's request to help with their Default on the Settlement Agreement coming due on November 1, 2020, reached through multiple attempts to demolish the Phoenix Center in cases 12-130133-CH and 14-139761-CC. Ultimately leading to the conspiracy falsely creating case 21-cv-12707.

Plaintiff's economic development solution connects Michigan's Inner City's communities with PPP's (Private Public Partnerships) providing tomorrow's 21st Century infrastructure, jobs, and equity for their citizens. The State's economic development adds taxes for citizens for their personal profit[s], eliminating competition by abusing their authority the "big guy-little guy" to create or develop their facility whether it is leased or owned controlled by the "authority" appointed by the politic executives. Plaintiff spent decades developing contacts and business relationships to include but not limited to Trump and Musk, so that he could provided additional investors, manufacturing, and growth with the expansion of the 21st century infrastructure used in his SGIDS and PUD economic development before 2014, again in 2019-21. Defendants conspirators controlled by the "authority" control with unrestricted lawlessness control of state and local departments, agencies, and officers and 3rd party actors who personally and professionally attacked Plaintiff and his family for more than a decade.

Plaintiff tried to protect his business by filing lawsuits against 3rd party state actors unaware the government entities undermining his efforts through the use of the DEI policy, an unofficial custom created by State of Michigan and used in municipalities to develop the REGIONAL CONVENTION "AUTHORITY" for economic development of downtowns in qualified Cities and Counties and expansion in 2015 case 15-147901-CB concealed through attorney/client privilege and municipalities immunities. In 2021, case 21-186541-CB he filed another lawsuit against the City of Pontiac for their abuse and oppressive abuse of the City's Charter and OMA violations run by its Mayor, to include but not limited to racketeering activities within the City. Only to be attacked by the AG of the State of Michigan threatening a Whistleblower Pro Tem Councilman Randy Carter and his family rescinded the lawsuit without prejudice, however was unaware of the depth of the conspiracy as the State of Michigan's first DEI legislation MCL 141.1351-1379 called the REGIONAL CONVENTION FACILITY AUTHORITY ACT of 544 of 2008 an antitrust violations in action throughout Plaintiff's discussions with Oakland County/City of Pontiac "one"

municipality and Bloomfield Townships combined efforts to mislead, deceive, and fraudulently conceal their personal actions along with 3rd party state actors.

Defendants elaborate scams included the coming after Plaintiff's family within the public schools for 2 reasons, one to eliminate his due process by invoking the Patriot Act for hate crimes they didn't commit and to eliminate Oakland County's Association School Boards control of public schools policies and allow them to continue the State of Michigan's DEI message enforcement though local government entities departments, agencies, and officers disguised in class action lawsuit 21-cv-12707.

On Nov. 9, 2021, Defendants et al, in a conspiracy to discriminate against plaintiff and his family falsely created a hate crime within the Bloomfield Hills School District and Oakland County through its affirmative action and DEI sympathizers falsified and created evidence though the municipalities and 3rd party state actors. Through their departments and partnerships suppress, conceal and bury plaintiff material evidence to punish plaintiff for his disclosure of their fraud and racketeering on the public and his business to punish his family for his interference. Enforced by local and state police agencies without due process or equal protection. Defendants et al, fraudulently concealed the State of Michigan's first DEI legislation the REGIONAL CONVENTION FACILITY AUTHORITY ACT 0f 544 of 2008 and the incorporation of DEI policies and procedures in the Oakland County's public schools.

The State of Michigan economic development for downtowns if a fraud and has not created jobs, or helped citizens but removed them from their homes, increase their taxes, and now are owners of multiple properties disclosed by Plaintiff to a 3rd party actor (Financier out of NY) who told Plaintiff he didn't have enough leverage while in contract under a non-complete and confidentiality agreements to build his economic development solution on Bloomfield Park PUD and within the City of Pontiac. The Chairman was aware of the government entities and the "authority" who used an affiliate to purchase the Bloomfield Park PUD fraudulently concealed as PCCP, then transferred the property after it was leveraged to purchase the Kahn bldg. and Cobo Hall in 2015. The RCAA has been revised to force its DEI and Taxation on the Citizens of Pontiac's downtown, other developers were forced to sell, properties were taken, and local investors were significantly encouraged to invest through development contracts to avoid detection along with tax write offs.

The discovery of RCAA and its DEI was concealed but found on January 17, 2024, because of the Defendants actions of false hate crimes the State of Michigan's DEI policies and unofficial customs used in real estate acquisitions by 3rd party state actors, that created a monopoly for executives involved in the antitrust conspiracy mandated affirmative action in the private sector development of downtown properties and the conversion of Oakland County Public Schools in a elaborate racketeering insurance scam. That supported Oakland County and the State of Michigan to purchase the Ottawa Towers and Phoenix Center to complete its fraudulent unconstitutional economic development monopoly enforced by municipalities.

## JURISDICTION AND VENUE

56. This action arises out of Antitrust creation of the MCL 141.1351-1379 and the Fraudulent Concealment of its DEI legislation weaponized economic develop in Tri-County Cities Detroit and Pontiac and Amdt. 1.7.2.4 State Action Doctrine and Free Speech, and the Clayton Act 15 U.S.C. § 15(a) the Sherman Act MICHIGAN ANTITRUST REFORM ACT 274 of 1984 civil and vicarious liabilities of the State of Michigan's agents government entities, counties, municipalities, and townships departments, agencies, and officers tortuous interference with business and business relationships, false accusation of racism, maliciously targeted plaintiff private business and family caused stigmatic and tort injures past, present and future.

57. This action also arises under the First, Sixth, Eight, Thirteen, and Fourteenth Amendments to the United States Constitution, Civil Rights Act of 1871, 42 U.S.C. ss 1983, 1985, 1986, Civil Rights Act of 1964 (Title VI and VII), 42 U.S.C. ss 2000d, 7b e-17 and the Constitution and laws of the State of Michigan.

58. Jurisdiction is conferred upon this Court by 28 U.S.C. ss 1331, 1343(1)(2)(3) and (4), 2201 and 1367, as this action seeks redress for the violation of Plaintiffs' constitutional and civil rights. Plaintiffs claim for damage and injury to their persons, to recover damages from any person who fails to prevent or to aid in preventing any wrongs in section 1985 of Title 42 which had knowledge were about to occur and power to prevent; declaratory relief is authorized by 28 U.S.C, ss 2201 and 2202 and Fed. R. Civ. P. 57 and 65.

59. Subject-matter jurisdiction to adjudicate the claims advanced in this action is conferred on the Court Case # 21-cv-12707 18 U.S.C. 2332b and 18 U.S.C. ss 1962(c)(d). claims of civil rights violations and exposing minor student full name, falsely accused of racial hate crimes and civil racketeering.

60. This Court has jurisdiction to issue injunctive and declaratory relief pursuant to 28 U.S.C. ss 2201 and 2202 and Fed. R. Civ. P. 57 and 65, and 18 U.S.C. ss 1964(a).

61. The Court has jurisdiction with respect to claims arising under State law pursuant to 28 U.S.C. ss 1367 and 18 U.S.C. ss 2332.

62. Venue is proper in the United States District Court for the Eastern District of Michigan pursuant to 28 U.S.C. ss 1391(b)(1) and (b)(2), because this is the judicial district in which the events giving rise to the claim occurred.

## PARTIES

63. In light of how specific and direct the threats upon the physical wellbeing and lives of the Conservative Hispanic Christians SJ and his Mother, and his family have been at BHHS and in Oakland County in regards to profiling and branding of racism, intimidation, and their safety. Plaintiffs herein have requested that their children's names not be publicly displayed in the lawsuit. Additionally, that

Plaintiff's true full name be redacted from the initial Class Action Complaint filed on November 18, 2021, in Class Action case 21-cv-12707. Also, SJ & SE to be added to the protection order issued on February 4, 2022, for (CLASS) and parents, because attorney MUNGO entered false claims of racism who attached to their name. Further, all witnesses shall be concealed in this lawsuit to protect them from police power, government agencies, threats, safety, and their livelihoods (loss of job). Full names of witnesses shall be provided in confidentiality and only provided to Defendant's attorneys prior to discovery.

64. Plaintiff, SJ a minor, **was** a 16 year-old Hispanic Catholic Christian male student at Bloomfield Hills High School and a Running Back/Middle Linebacker for the BHHS Varsity Football Team.

65. Plaintiff, SE a minor, is a 15 year-old Hispanic Catholic Christian female student at Bloomfield Hills High School.

66. Plaintiffs, LAWRENCE F. JASPER II and ROSALIA O. JASPER, a Caucasian and Hispanic Catholic Christian from Mexico, respectfully, married, at all times material hereto, were and Were SJ & SE parents and legal guardians.

67. Defendant LEONAARD MUNGO (hereinafter MUNGO) is the attorney representing this class action lawsuit against BHSD, operating as a civil constitutional lawyer in Michigan. Defendant MUNGO is sued in both his individual and official capacities. At all relevant times MUNGO acted under color of regulation, usage custom, and law, and pursuant to the policies and practices the State of Michigan bar association.

68. Defendant Micheal Weaver (hereinafter WEAVER) is the attorney representing this BHSD in lawsuit against Class Action operates defense for School District. Defendant WEAVER is sued in both his individual and official capacities. At all relevant times WEAVER acted under color of practices of usage regulation custom, and law, and pursuant to the policies and practices the State of Michigan bar association.

69. Defendant State of Michigan (hereinafter Michigan) is responsible for its resident citizens safety and education so authorized the State of Michigan first DEI legislation 141.1351-1379 call the REGIONAL CONVENTION FACILITY AUTHORITY ACT of 544 of 2008 its law enforcement through state and local government entities departments, agencies, and officers for economic development in qualified Cities and Counties Oakland County Public Schools as a part of its responsibilities and services. At all relevant times herein, Defendant Michigan acted under color of regulations, usage, custom, and law, and pursuant to the laws of the State of Michigan, its policies, and practices.

70. Defendant Oakland County (hereinafter Oakland) is responsible for its resident citizens safety and education so authorized the State of Michigan first DEI legislation 141.1351-1379 call the REGIONAL CONVENTION FACILITY AUTHORITY ACT of 544 of 2008 its law enforcement through state and

local government entities departments, agencies, and officers for economic development in qualified Cities and Counties, and Public Schools as a part of its responsibilities and services. At all relevant times herein, Defendant Michigan acted under color of regulations, usage, custom, and law, and pursuant to the laws of the State of Michigan, its policies, and practices.

71. Defendant City of Pontiac (hereinafter Pontiac) is responsible for its residents citizens safety and municipality Charter so authorized the State of Michigan first DEI legislation 141.1351-1379 call the REGIONAL CONVENTION FACILITY AUTHORITY ACT of 544 of 2008 its law enforcement through state and local government entities departments, agencies, and officers for economic development in qualified Cities and Counties, and Public Schools as a part of its responsibilities and services. At all relevant times herein, Defendant Michigan acted under color of regulations, usage, custom, and law, and pursuant to the laws of the State of Michigan, its policies, and practices.

72. Defendant Bloomfield Township (hereinafter BT) is responsible for its resident citizens safety and education so authorized to operate under the laws of the State of Michigan its law enforcement through Bloomfield Township Police Department and the education through Bloomfield Hills School District and within Bloomfield Hills High School, and Bloomfield Hills School Board as a part of its responsibilities and services. At all relevant times herein, Defendant BT acted under color of regulations, usage, custom, and law, and pursuant to the laws of the State of Michigan, its policies, and practices.

73. Defendant Bloomfield Hills School District is a public school district, (hereinafter BHSD) so authorized under the laws of the State of Michigan, that operates Bloomfield Hills High School (BHHS), as a part of its responsibilities and services. At all relevant times herein, Defendant FPS acted under color of regulations, usage, custom, and law, and pursuant to its policies and practices.

74. Defendant Bloomfield Hills Board of Education (hereinafter BHBE) is a public board that regulates BHSD policy so authorized under the laws of the State of Michigan, that approves budgets, contracts, and board policies provided by and for Bloomfield Hills School District FPS, as a part of its responsibilities and services. At all relevant times herein, Defendant BHSB acted under the Color of regulations, usage, custom, and law, and pursuant to its DEI policies.

## Factual Background

75. Plaintiff a visionary who saw the country heading in the wrong direction, citizens in distress, National Debt, Social Services under fire who had a plan to change it. He designed an economic development solution with a PUD to act in conjunction with green and clean systems that combined his advanced knowledge of technology, and its exponential growth for manufacturing supporting its expansion

throughout the USA, attached it to a smart franchised operations systems, all based on real estate the backbone of the USA to increase the value of the dollar and reinvent the American Dream for citizens, but this time cut them in for a piece of the pie, by making them partners and rewarding them for their contribution of tax dollars, circulating the profit and duplicating the 60's but instead of car and house products, space and technology produces. The Maglev Mass Transit provided commodities distribution, power, and a way to provide everyone WI FI, a network, and bring everyone together by leasing the property to the franchised LC PUD. Even if you were not involved in the development of the smart grid infrastructure distribution solution, you would be rewarded because the dollar increases in value.

76. Plaintiff in 2008, created a board of directors and silent investors Ron Cousineau (Cousineau) water purification and manufacturing, Lance Englund (Englund) NASA engineer Apollo, patent lawyer and press marketing, T.J. Jasper (TJ) real estate operations, and undisclosed (non-profit), and then filed his prototype LC design at the Library of Congress his modular application for economic development.

77. Plaintiff during the next 4 years secured Master Limited Partnerships (MLP) with local and out of state suppliers, manufactures, of advanced technology products and services that were needed for the design to include but not limited to: Nano modulators, Nano fiber filters, Nano transponders, Hydrogen generators, new patented rotating bacteria collectors (RBC) rights, Solar conversion systems, software, AI (Watson) IBM version Limited Transfer Managers (LTM), and a Maglev Mass Transit commodities distribution systems that incorporated new composite distribution tubes that could withstand 500 degrees above and below 0, with a non-stick surface allowing distribution of liquid gas, hydrogen, oil, sewage, water, electricity, fiber optics, etc. plus the independent rail car allows the personal movement of vehicles, people, and can be converted into emergency hospital services. Finally, put together his executives teams for LC's operations and development architects, builders, contractors, specialist for military contract R & D development, manufacturing, marketing, real estate, non-profit religious support for homeless members education, and Synergy Team management job placement with military hands on training. Thereby started vetting real estate assets for construction and acquisition for the build our of Michigan's infrastructure.

78. Plaintiff during 2012-14, work with Oakland County executives to create solutions for its roads, transit, LC's water purification, distribution, WI FI hot spots, real estate acquisition, technology development, job creation and training/education with Patterson, Gibb, and Nash and their supporting teams.

79. Upon information and belief Oakland County/City of Pontiac became "one" municipality combined with Bloomfield Township under the 425 partnership agreement controlled Bloomfield Park (PUD) closed to the public through BTPD, and the Phoenix Center holding the debt by executives in 2012-14, l. Brooks Patterson Chief (PATTERSON), Deputy Chief Gibb (GIBB), Water commissioner Nash (NASH), Accounting Taxation (MIESNER) superintendent Savioe (SAVIOE) and Emergency Manager

(EM) Schimmel (SCHIMMEL) ethe Bloomfield Park (PUD) closed to the public through BTPD, and the Phoenix Center holding the debt. Fraudulently Concealed the REGIONAL CONVENTION FACILITY AUTHORITY Act for economic development the State of Michigan's first DEI legislation and tortuously interfered with Plaintiff business relationships, with the intent create an REGIONAL COVENTION "authority", concealed and suppressed with knowledge of the material fact deceived the Plaintiff relying on their executive authority the condition of Bloomfield Park (PUD), their intentions on condemnation of the Phoenix Center, in a conspiracy for their own personal profits committed fraud on the public with the use of the municipalities power an oppressive breach of duty owed to the public with superior economic power leveraged plaintiff and misled Plaintiff into elaborate scams to acquire his confidential economic development plan, and circumvented his intent to purchase the Bloomfield Park, and other Pontiac properties to include but not limited to the Phoenix Center and Ottawa Towers.

80. Upon information and belief Defendants municipalities controlled by SEVIOE and SCHIMMEL under PATTERSON and GIBB direction abused their authority and misled the Plaintiff and the public of the condition of Bloomfield Park (PUD) and the Phoenix Center with intent of using a 2nd Brownsfield created by Oakland County Commission with the RCAA for demolition of Bloomfield Park (PUD) and initiated a lawsuit 12-130133-CH for the demolition the Phoenix Center. Systematically, selling Lot 9 to PATTERSON'S son in law at half price in a blind bid controlled by SCHIMMEL, which had easements for the Phoenix Center that damaged Plaintiffs. **SEE News Articles Appendix**

81. Plaintiff was in position to launch his vision with the Bloomfield Park PUD nothing had to be change except incorporating the Maglev at the entrance with the development committee approved by MDOT connecting the commercial property and parking structures providing him the $500M for financing his Park Place Little City PUD by connecting the Maglev using the dead rails to the Park Place Convention Center (Silverdome), Park Place Manufacturing (GM Truck Plant), Park Place Academy (Ottawa Towers and Phoenix Center), and the vacant office space on South Blvd. Hewitt Packard and GM for the East Coast Headquarters anticipated completion value was $4 Billion not including the franchise duplication and profits outlined in his business plan. **SEE A-2 Business Plan**

82. Plaintiff had 3 competitive offers to fund his project after going to NY between Oct. 2-8, 2014, prior to leaving informed Oakland County Deputy Chief GIBB he didn't have to use the 2nd Brownfield handed to him by the realtor doing his due diligence on the Bloomfield Park PUD property. Who wanted his business plan but was told he could not divulge the MLP's or how he was going to fix the issue of the traffic count, not public knowledge, but found in Bloomfield Township during his FOIA in the water department. He also provided GIBB with a purchase agreement at the price he said Wells Fargo wanted marketing the property to China and throughout the USA. During that meeting GIBB stated he hated the owners of the Phoenix Center upset they wanted $10M and only paid $2M, which at the time didn't

make any since, but had lost case 12-130133-CH and Oakland County was ordered to pay and make $6M in repairs in Nov. of 2014 (Never paid transferred property to the City of Pontiac). The Plaintiff had been talking with all the New Owners of the properties and their acceptable prices to sell total cost approximately $50M, 10% of the capital needed for real estate acquisitions, $20M for rail development with renaissance grants of $400M cash, $430M for completion of Bloomfield Park, Silverdome and Phoenix/Ottawa Towers remodels. The Truck plant had been refurbished prior to its closing, and Pontiac's downtown infrastructure supported water purification, electrical, dead rails, and roads, WIFI and Satellite access for digital AI network, a unique opportunity to reinvent Pontiac.

83. Plaintiff had spent millions preparing for this day, establishing his MLP (Master Limited Partnerships) setting up the flex manufacturing tool and die systems with a team of engineers for product development bringing in a manufacturer for base systems for triple play telecommunications, AI, cloud hosting, each property had been vetted, Pontiac's infrastructure had been set up with GM, providing cost savings. He had traveled all over the country for 6 years, Washington DC, Texas, California, Vegas, Cape Canaveral, NY, NJ, putting together the necessary technology, programs, systems, hotel personal property and designed the foundational companies to duplicate operations. The nature of the damages include but not limited to the buildout of the USA within 4 years connecting Sister and Brother Inner Cities using Jasper's gateways with the easement for the Maglev on the US highways, which was mapped out by Plaintiff, with the intent to use Las Vegas as his West Coast Headquarters for future program engineers this can be seen on his website at www.LittleCities.Net the estimated total cost with a total of 560 units connecting 26 Cities with 13 Gateways, over the next 6 years connecting both Canada and Mexico.

84. Upon information and belief Oakland County/City of Pontiac and Bloomfield Township orchestrated multiple elaborate scams working with 3rd party state actors REDICO (a retirement developer) and GSI (a $50B private equity bank our of NY) to undermine Plaintiff acquisition and economic development plans in Pontiac. In a conflict of interest fraudulently concealed the RCAA State of Michigan "Authority's" and use of DRCFA unchecked power to damaged Plaintiffs livelihood and to steal his application for real estate properties for their personal profit[s] in violation of their duty to the public.

   a. The financing scam to get Plaintiff's written plan at the Symposium at the Yale Club in NY, along with institutional investors by President Don Newman (NEWMAN) CRG Capital Partners, acted as agent for Plaintiff referred MS & Associates President Mike Segal (SEGAL) of symposium event for entrepreneurs and 200 bankers, ABS Aurora Business strategies President Linda Rocca (ROCCA) the only person introduced by NEWMAN fraudulently misled Plaintiff's funding for his real estate acquisitions and his economic urban development leaves NY 3 hours after receiving Plaintiff written business plan, never to be heard from thereafter. (Stole Plan for municipalities).

b. The Bloomfield Park (PUD) acquisition scam (REDICO, CEO Watchowski, Pacific Coast Capital Partners LLC Steve Towle affiliate of Global Standard Industries Fredric Sealy Chairman (SEALY) and Eric Enge CO-Chairman (ENGE) (a $50B private equity Bank in NY) agent to GSI Linda Rocca (ROCCA) Aurora Business Strategies friends of Eric Enge and Don Newman. (Amazed Don Newman signed a contract with Plaintiff noticed in Dec. 2014). In March of 2015, after 2 other investors were told not to work with Plaintiff, scared, after 6 months discussing funding, a meeting was held.

   i. CEALY, ENGE, AND ROCCA for GSI and Plaintiff and his COO were on the phone conversation.

   ii. CEALY stated, "Larry we are going to purchase Bloomfield Park with you or without you" Plaintiff stated you can't do that we have confidentiality and non-complete contracts.

   iii. CEALY stated "How much is it going to cost to build your LC in Novi?" Plaintiff stated "the cost is $100M from scratch" we'll fund it, you had better get a hold of your contact.

   iv. Plaintiff stated, "it's not about the LC but rather helping the people and urban economic development in Pontiac", the infrastructure is already completed, and we have a unique opportunity to leverage it. CEALY stated, ""you don't have enough leverage" (undisclosed at the time meaning the "authority" used in Detroit known as DCRFA, regulated by MCL 141.1351-1379.

   v. The 3rd party State Actors fraudulently concealed the acquisition and transfer of Bloomfield Park (PUD) under one of the LLC's created by REDICO called BVTRC (Bloomfield Village Transfer Regional Convention) the other LLC's were to hide the investors, officers, and owners of the development and the acquisitions leverage by the purchase of Bloomfield Park foreclosure rights for $25M, and Kahn Bldg, and Cobo Hall. (Private Equity Bank financing)

      1. **BVI** Bloomfield Village Investor Holdings LLC
      2. **BVO** Bloomfield Village Owner LLC
      3. **BVF** Bloomfield Village Funding LLC
      4. On Plaintiff's birthday June 8, 2015, created **BVTRC**

   vi. The Regional Convention "Authority" MCL 141.1351-141.1379 was revised on Oct. 1, 2014. To allow the purchase of Bloomfield Township and Pontiac property known as Bloomfield Park (PUD) to be used in Detroit's "Authority", because they couldn't acquire the Phoenix Center or its lease, even with Lot 9's easements because it was ruled by Judge Warren in case 12-130133-CH that Ottawa Towers had rights to the Phoenix Center "the constitution matters". **SEE News Articles Appendix and Oct. 1, 2014, RCAA revision**

c. The Defendants Tortious Interference scam with Plaintiff and business relationships livelihood and case 15-147901-CB with the use of 3rd party state actors, criminals, and attorney's fraudulently concealed the relationships to **DRCFA** the state "authority" and the officers of the municipalities funding, transferring, acquisition of Bloomfield Park.

    i. Jaffi Riete fraudulently concealed their intent to discover what Plaintiff knew about REDICO's involvement with DRCFA by using convicted felon Patrick McDermott, (MCDERMOTT) a prior client of theirs.

    ii. MCDERMOTT was working with his team in the construction of a home in Bloomfield Hills, Plaintiff has a buyer client he represented who was bribed by MCDERMOTT to try and steal his commission, destroy his livelihood after filing the lawsuit, also filed false documents in Circuit Court after trying to attack him when he refused to remove the escrow funds in the transaction.

    iii. Plaintiff would have to hire an attorney to get his commission after the false actions cost him half of his commission, similar actions in 2021.

    iv. Plaintiff was unaware of MCDERMOTT's prior convictions or relationships with REDICO and in house JAFFI RIETE attorneys, however, Plaintiff did go to JAFFI RIETE's offices then denied it court.

    v. President of Interstate Traveler was attacked by Oakland County and his home was taken from him even though he was able to get someone to buy it out of foreclosure the municipality would allow it.

    vi. Founder and silent investor (Englund) friends with Patterson was found after being drugged in the hospital and misled to believe he was going to have open heart surgery. The plaintiff return from out of town and could not find his car or any of his documents and was unable to speak to him because he had tubes in his throat. Englund was selling his house to invest capital of $300K.

    vii. Plaintiff would learn it was a simple procedure to insert a wire and attach it to Englund's heart. When he was moved to Hapus asked the nurse if he needed morphine and the answer was no, so he asks it not to be used with England.

    viii. When they could finally talk, he informed Lance it was a minor surgery, he told Plaintiff he didn't want to die, plaintiff fought for him and the hospital threatened to call the police, learning he should have called the police. He tried to contact attorney's to stop it, but the hospital put him on a full morphine drip and he was dead in 12 hours.

    ix. Plaintiff found out Patterson was aware of the action and jumped out of his wheelchair when confronted a month later.

    x. JAFFI offered Plaintiff 20% of BVI without any voting rights to be silent, but Plaintiff refused because he knew they were hurting Citizens many have died since then to include his friend, and other have been evicted out of their houses.

    xi. JAFFI used attorney client privilege to conceal LLC owners, investors, funding application of the Bloomfield Park, Kahn Bldg, and Cobo Hall for the DRCFA 'authority" used RCAA law to transfer it BVTRC on June 8, 2015

    xii. On June 8, 2016, attorney Kahn (Kahn bldg.) a coincidence Plaintiff doesn't think so and attached Plaintiff with a civil case to recover attorney fee's for REDICO's in house attorney's Jaffi Riete.

    xiii. Plaintiff's attorney's backed out and he filed an appeal by right but lost because of his inexperience in 2017.

    xiv. Systematically, his landlord was trying to evict him although he had never missed a payment. In 2017, resigned Plaintiff for a 3 year lease.

    xv. The RCAA allows the municipalities to use significant encouragement and/or coerced 3rd party state actors through enforcement by state and local officers departments, or agency economic leverage to be aggressive in their conspiracy to tortious interfere with the Plaintiff. his business relationship and personal livelihood for their antitrust economic development for personal profit[s]

85. Upon information and belief, the State of Michigan initiated a sting operation through the AG office with the use of 3rd party state actors Robert Bourne (BOURNE) and Margaret Copeland (COPELAND) Michigan Delegates and a woman felon out of MIDLAND after learning Plaintiff was looking to have President Elect Trump get involved with his economic recovery development for Urban community.

    a. The State set up the sting at the First Presidential debate in Detroit, circulating around Plaintiff introducing themselves as delegates that could get him a meeting up north by MIDLAND.

    b. Plaintiff being in the development field and having knowledge of how builders work wanted to help Trump get elected so that he would use his plan to create a Federal Bank that would support the 21st Century Infrastructure and cost for the Maglev Transit System by using a wraparound mortgage the interest from franchising the LC's and connecting 10 miles of rail along the US highways. He took the bait.

    c. Defendants misled Plaintiff and then the 3rd party state actors after a 3 hour drive it wasn't possible, but they were interested in real estate showing him COPELAND bank account, weird he had a bad feeling, but told them about ENGLUND's home that could be a great investment for the right price.

    d. Plaintiff wanted them to by it while he still had it listed but they refused until it went to probate court, ENGLUND would have given his homes and Plaintiff had a power of attorney drafted for

him but couldn't bring himself to talk about it when he was fighting for his life, they had known each other for 28 years.

e.  Just when Plaintiff was going to tell COPELAND and BOURNE to take a hike, they offered him tickets to the Republican Convention if he worked with them on the remodel, so he did, knowing how much he wanted to meet Trump's people.

f.  COPELAND was having an affair with Superintendent SAVOIE and BOURNE was flying HOUSE representatives in his plane to rally's, convention, speaking engagement etc. well connected in Lansing fraudulently concealing their interaction with RCAA.

g.  The plaintiff went at it again being in the same hotel as the Michigan delegation and met with multiple politicians who loved his economic recovery platform and wanted to hear more, until COPELAND, BOURNE AND SOVIOE got wind out of it, and undermined his contacts.

h.  He did, however, get to meet Chris Christy, a friend of Donny's, and met Pence, which allowed him to send 500 pages of legal to Christy and 500 pages to Pence for the economic recovery platform and 21st Century Infrastructure development system.

i.  BOURNE and COPELAND bribed he contractors on ENGLAND's property and he not only didn't finish he marked up, scratched, botched the paint job, bent doors, and screamed in Plaintiff face stating do you want me to finish the bathroom.

j.  Plaintiff had sold the house to one of his own Chineese clients who at the closing was stopped at the airport by the State.

k.  When BOURNE and COPELAND found out he hire a builder from Pontiac to fix the problems and was in Las Vegas meeting with Trump at the 3rd Debate they went nuts.

l.  Plaintiff was allowed by the Secret Service to come into the Trump International Hotel he was on the list.

m.  Plaintiff met with Trumps economic team, Pentagon people who introduced to General Flynn and Kellogg where Plaintiff pitched his West Coast Headquarters and Economic Recovery Development solution.

n.  After the debate, Plaintiff would meet with Trump's entire entourage and all of his family, later in 2019 worked with his Economic Development team.

o.  BOURNE threatened Plaintiff to pay them $20K or they were going to come after him, which they did after stealing his contacts made in Las Vegas, after agreeing to allow him to use the escrow funds for the additional work.

p.  When the assistant AG first met Plaintiff she shook his hand making it appear as a gun, the thumb up and 2 fingers out, scared he recoiled, looking down thinking she had broken fingers, but it was a threat.

q. The assistant AG would bring fraud charges against Plaintiff but lose because Plaintiff proved in court that BOURNE had use a Double Billing Process that made it look as if he lost money, when in fact he made $20K.

r. The State of Michigan used 3rd party state actors to enforce fraud that they did and did so with intent to harm plaintiff's livelihood, systematically, attacking him with the local government agencies and other 3rd party state actors to fraudulently conceal their first DEI legislation with benefits to government officials, investors, and 3rd party actors.

86. Upon information and belief, The state of Michigan antitrust conspiracy uses the RCAA **"authority"** defrauds the public forcing and controlling the publications and the narrative that the Phoenix Center and BP property are eyesores and need to be demolished. Neither was true, the opposite was true; a few factors play out here and are important for us to look through the form so that we can make an analysis on the substance.

a. Honorable Micheal Warren issues injunction on the Phoenix Center in 2012 case **12-130133-CH** awards Stevens's $6M against Oakland County for repairs for Phoenix Center case **14139761-CC.**

b. Prior to Coventry (the Developer of the BP property) walks away from the development, and Wells Fargo initiates foreclosure process in 2012.

c. Oakland's response is to establish KEY authority figures within both BT and the City of Pontiac. BT's supervisor retires unexpectedly, replaced not elected, accordingly, a 3rd party Emergency Manager is assigned to Pontiac.

- In 2008, Oakland County/Pontiac municipality's Water department had completed its preliminary study for creating a River Walk in downtown Pontiac to recreate Pontiac into China Town.
- In 2008, China was working with the State of Michigan to build auto manufacturing with the recent emergence of KIA's cars, because of Obama's Racer Trust (NY) "authority" restructuring of GM and Chrysler. Eliminating small cars except FORD -**Skull & Bone secret society member**
- In 2008-09 REGIONAL CONVENTION FACILIYT AUTHORITY Act of 544 of 2008 passed.
- In 2008 Cease and Desist order is enforced by Bloomfield Township force to stop construction.
- In 2009-10 Executive Gibb goes to China to pitch Bloomfield Park PUD
- In 2010-11, Coventry Developer on BP property defaults $40M Wells Fargo foreclosure issued.
- In 2012, Judge Warren grants injunction on Phoenix Center against Oakland and City of Pontiac
- In 2012 Oakland County swapped Pontiac's Debt for the Water Treatment Plant, never paying the $6M for repairs on the Phoenix Center. SEE **Appendix 12-133130-CH & 14-139761-CC**
- An unreported theft of the copper plumbing of the Phoenix Center on the North side was allowed to happen, without replacement. SEE **CARTER AFFIDAVIT 2021**
- In 2013, Lot 9 (parking lot in front of the Phoenix Center) was undersold to the Commissioner's son in law. SEE **CARTER AFFIDAVIT 2021**
- **In 2013, Farmington Developer walks away from Bloomfield Park (PUD) development**
- **In 2024, Plaintiff makes offer to Oakland, raises $500M to purchase and develop economic development recovery platform Bloomfield park PUD and Pontiac properties.**

- In 2014 an LLC is created for an option to purchase the Phoenix Center for $10 dollars (Not Disclosed) after its demolition until June of 2021. **SEE GSA CLOSING DOCUMENTS**
- In 2014, KEY authority and Mayor Waterman figures file 7 lawsuits against Stevens to have the Phoenix Center demolished to control downtown Pontiac creates <u>SA 2018</u>. **SEE Appendix 14-139761-CC**
- In 2014-2024 No repairs **have been done** on the Phoenix Center by **Oakland County or City of Pontiac 2012-2024,**
- **In 2015** the **"authority"** purchase BP property after purchase in 2015 50% buys the Kann Bldg. and 50% Cobo Hall value to provide "authority" with DRCFA.
- In 2016 Plaintiff's stolen plan is used for new rail in Detroit (renaissance grants) DRCFA is used for tax abatements for property acquisition LLC's in 2015. **SEE Appendix 15-147901-CB**
- IN 2017 BT partnership with Oakland/Pontiac provides tax abatements, brownfields, and road development for DEI acquisitions through 3rd party LLC's on BP property, GM truck plant, Silverdome, HP, and GM office space in Pontiac, Cobo Hall, Kahn bldg. etc. **SEE A-2 Plaintiff Business Plan and its operations agenda**
- <u>In 2017-2018</u> BT swaps land with Pontiac still in 425 partnership agreement for the tax abatements, hurting citizens DEI **"authority" for their personal profit[s].**
- In 2018 FORD and UDM work in conjunction Sports Teams moved to DETRIOT, Palace and Silverdome are demolished, put in play in 2009, after DRCFA in 2008.
- In 2016 - 17, 3rd party buys up Pontiac properties **in Plaintiffs plan "authority" eliminating his 1st Amendment rights with REDICO case 15-147901—CB and Citizens voices**.
- UDM & AMAZON have 99 year leases **without City Council approvals**, creating his **REIT.**

87. Upon information and belief, the State of Michigan created Regional Convention "authority" in Detroit that is connected to Cobo Hall, revised the RCAA on Oct 1, 2014, a conspiracy to support the 3rd party state actors acquisition of the Bloomfield Park property, leveraged to acquire the Kahn Bldg. in Detroit, and purchase Cobo Hall, rather than just lease it. This was necessary because the Oakland County/City of Pontiac "one" municipality partnered with Bloomfield Township lost the condemnation lawsuit on the Phoenix Center against Ottawa Towers. **SEE figure 1 July 20, 2015, New article Appendix**

<u>Figure 1.</u>

**"The real victims of the city's baseless legal witch hunt are the taxpayers because the city is spending precious taxpayer dollars on frivolous litigation, attempting to smear and destroy our business. Businesses like ours would prefer to spend our time and energy rebuilding Pontiac," said Stephens.**

88. Upon information and belief the REGIONAL CONVENTION "Authority" is supposed to support job creation and economic recovery of qualified cities, however through politic control of the Authority has unrivaled power with the use of departments, agency, and officers has forced the sale of commercial building and property within Detroit and Pontiac with the economic leverage of the County, Township, City with the used of 3rd party state actors DIRT (Bob Waun) & REDICO (Dale Watchowski) between 2012-2024.

89. Plaintiff was offered by the conspiracy $100 Million to build his LC PUD in Novi in 2015 providing his approximately $10 Million and offered in 2016 20% of BVI todays value approximately $400 Million but refuse both because innocent citizens were considered collateral damage.

90. Upon information and belief, Defendant et al believed the Plaintiff had figured out their fraudulently concealed the New Regional Convention 'Authority" law created by MCL 141.1351-1379 but had not even though he knew it was illegal and fraudulent was misrepresented to the courts and misled by the conspirators during the process, so they attacked the Plaintiff and his family, enforcing the law through significantly encouragement though profits, coercion, and municipality benefits.

91. Upon information and belief for over 10 years Oakland County, City of Pontiac, and Bloomfield Township Executives in a conspiracy and with the use of 3rd parties state actors (PATTERSON, SAVOIE, GIBB, WATERMAN, WAUN, AND WATCHOWSKI) knowingly and willingly committed fraud in the development of a Pontiac "Authority" deceived Plaintiff and misrepresented his company, the condition of the real estate property Bloomfield Park and the Phoenix Center to the public and discriminated against Plaintiff in 2012-14 and 2019-21 represented in cases 15-147901-CB and 21-186541-CB. **SEE figure 2 July 20, 2015, New article Appendix**

<u>Figure 2</u>

**Blair McGowan, owner of the Crofoot Ballroom in downtown Pontiac and prominent local businessman, released the following statement: "I feel that as a local business owner, this decision is great news. The City of Pontiac's legal assault on Ottawa Towers sends a terrible message to business owners looking to invest in downtown Pontiac. What we should be doing is working together to bring back our downtown, instead of filing lawsuits that tear down and harass local businesses."**

92. Upon information and belief, Defendants abuse their partnership for their benefits thereby a breach of their duties. In 2017, SAVOIE destroyed all legal documents for Bloomfield Park and swapped its high taxed property with a low taxed property in Pontiac. WATERMAN and GIBB provided a 35 year tax abatement to Bloomfield Park (PUD) and destroy the City of Pontiac documents taking a truck load of documents after her leave of office in 2021. Oakland County executives, in 2023 purchased the Ottawa Towers and Phoenix Ground lease for $19.2M what it was sold for in 2021 through the GSA, to dispose of the legal documents concealing DRCFA, while creating PRCFA with a State investment of $50M.

93. Upon information and belief Defendants formed a Joint Development Council was revamped in 2015 with executives SAVOIE & WATERMAN to approve REDICO's development plans promised by WATCHOSKI to PATTERSON to be complete by 2019. Thereby a breach of duty to the public by increasing their residential taxes for the conspiracy's personal profits created through LLC's BVI, BVO, BVF, and BVTRC transfers the property to DRCFA in Detroit merits punishment. **SEE figure 3 May 2, 2019, New article Appendix**

**Figure 3**

**In fall 2014, REDICO and its California-based equity partner, Pacific Coast Capital Partners, bought foreclosure rights from Bloomfield Park's mortgage holder, Wells Fargo. "We promised Brooks Patterson that we would do it justice, and that we would deliver and be in and complete within five years," Watchowski said.**

94. Upon information and belief, SAVOIE makes a Floydian misstate quoted in a new article representing the Plaintiff as a visionary, but stating he wanted to connect a mono rail to bus lines in Pontiac, which was accomplished in Detroit with the DRCFA copied his plan for renaissance grants but used an inferior rail system on Woodward compared to www.Interstatetraveler.com approved by the State of Michigan one of Plaintiff's business relationships that were attacked by DEI cause and conspiracy in 2015-16. Oakland County took the presidents home. Plaintiff's business plan for economic recovery platform for Urban economic development was not speculative in 2014 or 2019. Additionally, the State of Michigan and its use of DRCFA "Authority" and its first DEI legislation tortiously interfered with his acquisition in the private sector, a violation of Antitrust, Frist Amendment State Statue and Free Speech **SEE figure 4 May 2, 2109, News article Appendix**

**Figure 4**

**"We had one guy that wanted to build a mini-village and was going to have a monorail built to take you over to the bus lines to go downtown," Savoie recalled. "Most everything was purely speculative."**

95. Upon information and belief, the State of Michigan is creating another "authority" in Pontiac, which is connected to Phoenix Center and Ottawa purchase by Oakland County in June of 2023, and Michigan $50M investment in downtown Pontiac, which is not good for local citizens and injured Plaintiff development business.

96. Defendants et al development of the Detroit Regional Convention Facility Authority Act of 544 of 2008 injures taxpayers who are expected to pay for private investments and officials ownership, it doesn't reboot the downtown economy, manufacturing, provide technology creation for economic development downtown without executives personal profit[s], actually decrease Detroit's population by 200,000 residence because of higher unsustainable residential tax providing all real estate acquisition to not pay any tax. Additionally, 3rd party state actors are provided unfair advantages and compels DEI culture in the private sector, with public brownfields for demolition, the use of municipalities funds, and benefits in federal grants, road development, maintenance of sidewalks, grassy areas, bike paths etc.

97. Upon information and belief Defendants conflict of interest and abuse of public taxpayer funds damage Plaintiff opportunities and oppressive breach of municipality power falsely misrepresented his Urban

economic development plan that was more than real, while its expansion provides, creation on the job training, preference, merit base promotions, duplication for manufacturing, low cost digital technology, (AI, Cloud Housing, WI FI, satellite access) with quality built low income housing.

98. Upon information and belief 3rd party actors were used to form LLC's associated to the "authority" and have copied applications of Plaintiff's technology systems somewhat but in ways that only benefit the government's control over citizens and personal profit[s].

99. Defendants et al, the "authority" DEI conspiracy tortiously interfered with Plaintiff's business relationships, using their influence and power to significantly encourage or coerce with intent to commit crimes with many individuals within many different sectors. In 2014, they used criminals, delegates, officials, attorneys, and the Attorney General office to create elaborate scams to injure plaintiff's livelihood to not only steal his plan but destroy his family and/or the ability to fight them in court during case 15-147901-CH. **SEE Plaintiff 2015 affidavits**.

100.    In 2019, Defendants et al, violation resulted from abused official municipal's policies, and with the use of an unofficial custom, or because the municipality was deliberately indifferent in a failure to train or supervise the officer it happens when Plaintiffs submits his proposal in Pontiac the oppressive breached led by Mayor WATERMAN, never providing a copy of his proposal to the City Council before rejecting his proposal with malice, deceit, and misrepresentation **SEE CITY OF PONTIAC VIDEO dated Dec. 10, 2019, Dec. 23,2019 and Jan. 7, 2020.**

- On Dec. 10, 2019, Mayor pitches 3rd party "Dirt Realty" (Bob Waun a strawman) and Dearborn (Wlock) as the company for the RFP. wanting $20M in BONDS.
- On Dec. 16, 2019, Plaintiff files Proposal for RFP 200 page business plan
- On Dec. 23, 2019, Mayor denies Plaintiff ALL RFP's without notice to City Council
- On Dec. 23, 2019, Mayor defames Plaintiff RFP publicly without giving it to Council.
- On dec. 23, 2019, Citizen allows Plaintiff public comment Council loves RFP 3 min.
- On Dec. 23, 2019, Mayor calls Plaintiff into back room has Plaintiff plan color coded.
- On Dec. 30, 2019, City Council approves Plaintiff RFP presentation to City Council
- On Jan. 7, 2020, GIBBS-PRIOR OAKLAND DEPUTY EXECUTIVE-hired chief DOWNTOWN ECONOMIC DEVELOPMENT ZAR **without City Council Approval – violation Charter**
- On Jan. 7, 2020, Mayor tortuously interferes with Plaintiff's RFP presentation has close door session DENIES Plaintiff it would interfere with RFP process ALL REJECTED prior.
- On Jan. 7 – Aug. 30, 2020, Mayor an administration refuses to respond to Plaintiff text, phone calls, or personal visits CITY HALL.
- On Jan 14,2020, Pontiac administration doesn't show up for walk-through of Phoenix Centre – administration refuses to respond – discrimination violations of Charter.
- On Jan. 15, 2020, RINGO-REDICO-hired DPW with no Engineering experience and **without City Council approval – violation Charter.**
- On Feb. 15, 2020, Plaintiff to present RFP – tortious interference – noting works – mike, video, computer, etc. interruptions.
- On Mar. 10, 2020, Plaintiff has 5 Council members to vote against Mayor's Veto – of Plaintiffs proposal.

- On Mar. 15, 2020, President Williams of City Council is hurt in Car accident.
- On March 23, 2020, RINGO introduces DRFCA with Phoenix maintenance Contract.
- On Mar. 25, 2020, Councilman Williams dies mysteriously after Plaintiff is told by him it's the best proposal, he's ever heard rep of District 2, special election is set up.
- Covid 19 emergency powers comes into play and everything goes digital.
- On Apr. 7, 2020, Pontiac has $19,540,000 surplus that could be used for the purchase of the Ottawa Towers as outlined in Plaintiff's RFP matching it with private investment.
- In June the City Council denied STEVENS renewing Phoenix Maintenance Contract in SA at this point STEVENS is still considered a enemy to Government actors.
- In July, STEVENS makes offer through President of City Council to provide financing for Ottawa Towers in partnership with Phoenix Center read in Council Meeting DENIED
- is refused to continue maintenance contract want $7M up front to discuss sale of Ottawa Towers.
- On July 1, 2020, $7M DISAPPEARS from surplus $12.5M false docs year before.
- Plaintiff gets 5 Council members to vote against Mayor's Veto – One
- On August 30, 2020, UDM provides demands for Phoenix Center acquisition with $7M up front cost.
- On September 9, 2020, an unauthorized and in violation of OMA a real estate meeting by Pontiac at City Hall during Covid 19 without camera's or enough council members.
- On September 15 and 23, 2020, plaintiff proposal is misrepresented, and DIRT and DEARBORN again are not mentioned.
- In October of 2020, multiple close door sessions take place creating the GSA, without accountability for attorney/client privilege more than 20 participants names were not taken. **SEE CARTER AFFIDAVIT**
- **In October of 2020, refuse CARTER/JASPER Emergency Resolution to stop DEFAULT.**
- In October of 2020 the Attorney General was contacted by Carter for the Mayor's racketeering of public funds and illegal operations – Denied prosecuting – Why the mayor was doing the States bidding incorporating DEI in acquisition of the Ottawa Towers and Phoenix Center lease inclusion of DRCFA also Known a RCAA.
- On Sept. 23, 2020, DIRT/DEARBORN signed a purchase agreement with Waterman.

101. Upon information and belief Defendants Mayor Waterman, attorney GIBB (made attorney of economic development) DPW Chief Dan Ringo (RINGO [Mentored under Dale Watchowski CEO of REDICO]) VIOLATES municipal policy USES unofficial policy of the "authority" discriminated against Plaintiffs religion, color, race, and sex, abuses municipalities power to fraudulently conceal DRCFA and defames his company and family fraudulently conceal their DEI and RCAA agendas. As a result of Defendants illegal actions damaged Plaintiff and his business relationships.

102. and stole plaintiffs application for economic development ideas, uses them, and publicly attacks other City Council officials.

103. and In 2020, violate the OMA, municipality's Charter, and State and Federal laws. Plaintiff is threatened many times by various state actors, unaware they are all playing together in a conspiracy to commit fraud and racketeering with the use of RCAA.

104. and On September 9, 2020, abuse of their emergency powers provided during the Covid crisis and violate the City's Charter and OMA rules discriminated against plaintiff business proposal, business relationships, and eliminate his opportunity to reinvent Pontiac with the purchase of the Ottawa Towers and his economic development plan to remedy their DEFAULT on the SA to provide the Mayor to create the GSA with 3rd party state actors DIRT & DEARBORN purchase Ottawa Towers for $19.2M.

105. Upon information and belief, Defendants et al GIBB, WATERMAN, MIESNER, AND COULTOR deceived the public and misrepresented the Plaintiff after they learned Plaintiff had been working with Trump's National Economic Development team to put his economic recovery infrastructure plan into action Plaintiff exposes racketeering publicly with Whistleblower Pro Tem Councilman Randy Carter and forces them to create the GSA fraudulently conceal their RCAA and the Mayor refuses to allow City Council to vote on Plaintiff and Carter's Emergency Resolution a duty to the public.

106. Upon information and belief, the politic Defendants leverage the MUNICIPALITIES influence and power to significantly encourage or coerce 3rd party state actors in their elaborate scams, and used CI's, criminals, delegates, officials, attorneys. The Attorney General office REFUSES TO PROSECUTE Mayor WATERMAN and creates elaborate scams to injure plaintiff's livelihood to injure his family and/or his ability to legally fight them in court case 21-186541-CB. **SEE Affidavits 2021 by Plaintiff, his team, and Councilman Randy Carter**.

107. Upon information and belief, Defendants deceived and fraudulently concealed their RCAA DEI agendas for their personal profits and under oppression used police power of the State of Michigan with malice to injure Plaintiffs business, his relationships by threatening Pro Tem Councilman Randy Carters and his family forcing him to apologize to other council members in public for Co-Signing the lawsuit against the City of Pontiac, filed because of the racketeering of taxpayers monies and their conspiracy to defraud the Public. Defendant's used Plaintiff's proposal with 3rd party state actors in support of the creating the Pontiac "Authority" established with the coercion of then president of City Council Hermit Williams by County executive MIESNER and Mayor WATERMAN in a special session meeting held on a Saturday to approve the Phoenix Ground lease never properly disclosed to the City Council or in the GSA, but on February 23, 2021 Mayor WATERMAN explained on Pontiac TV the reason was that she so late, she was working on a **"complex security deal for cash"**, not disclosed MCL 141.1367.

108. Defendants used tax abatements, brownfields, and tax write offs to involve local investors through "Development Contracts" to conceal monies for purchases of real estate in downtown Pontiac to include but not limit the Federal Bldg. on 141 S. Saginaw through 3rd party state actor DIRT and Oakland County Treasurer MIESNER, who used the Building Authority for Prior to RCAA MCL 141.1357 (2).

**109.** Defendants Mayor Tim Greimel (GREIMEL) knowledgeable after doing a limited forensic audit that WATERMAN took money and multiple documents after leaving office doesn't press the State of Michigan's Attorney General to prosecute stealing $1.7M dollar from the City of Pontiac's taxation.

**110.** Defendants significantly encouraged state actors to fraudulently conceal RCAA's "authority" out of missing funds, and/or illegal actions disclosed in the press by reporter given dream job with Pontiac Housing Commission, DPW engineer promoting to consulting services charging double, or attorney to Judgeships in Detroit, Ringo $100K dollar contract economic benefits to harm Plaintiff and his business relationships and tortuously interfered with legal proceeding, charter procedures, or OMA rules.

**111.** In June of 2021, Defendants conspire to falsify create White Racism through their affirmative action plan illegal in the public schools cruelty and unusually use executives kids (minors) and other Pontiac citizens playing sports at Bloomfield Hills High School, DEI members or sympathizers who were significantly encouraged or coerced with class action lawsuit 21-cv-12707 with hearsay evidence one of multiple individuals in their elaborate scams, who used criminals, delegates, officials, attorneys, thru the Attorney General office to create elaborate scams injured plaintiff's livelihood and stole his ideas and plan to financially harm his family again during this case 23-204108-CB now 24-10111 after removing it from Circuit Court to District Court fraudulent and racketeering activities caused sigmatic injuries, and multiple threats of death with no end in sight.

**112.** Upon information and belief Defendants et al, since 2008 have misrepresented the public of the nature of the damages by the authority initiated with elaborate scams for their personal profit[s], initially leveraging the developer on Bloomfield Park, then removed Pontiac Housing Commission from the City of Pontiac to declare an Emergency in Pontiac, replacing the elected officials control with EM's that have unlimited power, creating "one" municipality with Oakland County and the City of Pontiac.

**113.** and revised the RCAA to fit the narrative of their illegal actions, defrauded the public, commencing with the cease and desist order issued and enforced to stop construction Bloomfield Park PUD commonly known as Bloomfield Village, the Phoenix Center the condition of the property and stopped repairing Phoenix Center to force owners to comply to municipalities "authority" between 2012-24.

**114.** and Oakland County executives were foiled in acquisition of the Phoenix Center in 2012 because an injunction issued by Judge Warren, after took steps to fraudulently conceal RCAA unconstitutional accommodation law with DEI affirmative action acquired an option to purchase the Phoenix Center after its demolition in 2014, concealed until June 2021 found in the closing papers March 2024.

**115.** Defendant conspiracy aggressively attacked Plaintiff and tortuously interfered with his economic development in the private sector with the intent to harm Plaintiff and his family.

**116.** Upon information and belief Defendants et al, are owners or investors hidden under LLC created by 3rd party state actors. In 2014, Bloomfield Township enjoined with Oakland County/City of Pontiac

"ONE" municipality in an antitrust conspiracy with the State of Michigan legislature, its officers revised the RCAA to allow the acquisition of Bloomfield Park PUD, along with Detroit properties for personal profit[s], using DRCFA, in every qualified city and county, abusing the "authority" to control Pontiac's downtown development. In 2024, changed RCAA to continue their racketeering and discrimination against Plaintiff's business, family, and the citizens of those municipalities.

117.     Upon information and belief, Defendants et al, since 2008 have operated with an unofficial custom, enforcing it with police power, defrauding the public with its bias use of its DEI policy agenda and their personal benefits government entities executives, 3rd party state actors with the use of taxpayers monies undermines our constitutional rights and provides an unfair advantage to government state actors in the private sector violating antitrust statutes. The RCAA law eliminated any ability for the public to restrict standards or prerequisites of 'Authority" by local governments and/or by elected officials resolutions. After its effective date, RCAA powers shall be in addition to powers by local governments. This Act shall be construed liberally to effectuate the legislative intent and the purpose of this act shall be broadly interpreted to effectuate this act, not as to limitation of power.

118.     and Defendant Bloomfield Township is enjoined with municipalities and Bloomfield Hills School District through its partnerships that participated in the State of Michigan's first DEI legislation policies and procedures under the false pretense of economic development of qualified cities downtowns have civil liabilities associated with agency (state actors) is based on several factors including the deviation of the agent from his path, the reasonable inference of the agency on behalf of the Plaintiff and the nature of he damages themselves.

119.     Plaintiff relied on the executives who are public servants appointed and/or elected officers and/or of Bloomfield Township/City of Pontiac/Oakland County's "one" municipality which was fraudulently concealed in REDICO's (a 3rd party state actor) in the acquisition of the Bloomfield Park (PUD 87 acre development with $500M dollars in construction assets) and other Pontiac assets during 2012-24. That agency was created in the antitrust conspiracy to commit fraud with Oakland County/City of Pontiac's and Bloomfield executives working and in conjunction with Emergency Managers assigned by the Governors of the State of Michigan given unlimited powers all have a duty to the Plaintiff and the public, abused their powers, policies, continuously and fraudulently concealed RCAA and their DEI agenda personal benefits as a result of Defendants actions caused irreparable injuries to the Plaintiff.

120.     Upon Information and belief, Defendants et al, in a conspiracy to deviated Plaintiffs path to NY, did so with a 3rd party state actors who stole his written economic development plan for their benefit, eliminated his due process, and created monopoly downtown real estate in the private sector, tortiously interfered with his business, family, and business relationships to benefit themselves use of the Detroit "Authority" DRCFA prior to disallowed by the State of Michigan first DEI legislation but construed

liberally to effectuate the legislative intent and the purpose of this act shall be broadly interpreted to effectuate this act, not as to limitation of power discriminated against Plaintiff. In 2019 used policy unauthorized custom in the City of Pontiac during his proposal, maliciously defamed his reputation and company, while misleading the public about his economic development of downtown Pontiac.

121. and with the State of Michigan first DEI legislation pushed Oakland County Public Schools coerced executives, departments, agencies, and officers of Bloomfield Township, School District, the City of Pontiac to discriminated against Plaintiff and his family in such a manner to undermine his acquisitions of real estates, develop his economic solution for downtowns in qualified cities, enforced it with local authorities police and through elaborate scams created a slew of damages to include but not limited to stigmatic injury falsely accused by Defendants attorney's WEAVER representing BHSD's executives, teachers, and authority leaders, and MUNGO clients, citizens of Pontiac who have attended BHSD high school BHHS created hearsay evidence for the White Racism discrimination class action case 21-cv-12707 marketed, managed, orchestrated, and operated illegally, BTPD to enforce DEI policies and procedures concealing perpetrators and coerced retaliation within public schools against Plaintiffs then suppressed, concealed, and buried material evidence that harmed Plaintiffs publicly.

122. Under the Monell doctrine, a municipality may be held liable for an officer's actions when the plaintiff establishes the officer violated their constitutional right, and that violation resulted from an official municipal policy, or an unofficial custom that was practiced was RCAA a DEI policies agendas, by Bloomfield Township's municipality partnered with BHSD were deliberately indifferent in a failure to train or supervise the officers in Bloomfield Township and/or Trusties (Savioe, Walsh, Schostak), within the BTPD (Miller, Houghton, McGraw, Gallagher, and Schuknecht) Bloomfield Hills School District (Watson, Keith McDonald, Shultz, LuPone) of Bloomfield Hills High School (Hollerith, Reed, McDonald) in Oakland County executives (Patterson, Gibb, Miesner, Nash Coulter, and Herzig) in Pontiac (Waterman, Gibb, Ringo, Councilwoman Watermen Pietila, Schmanski, and Taylor Burks, Mayor Greimel, and its present City Council) Pontiac Housing Commission (Taylor and Jackson), State of Michigan legislature and AG(Whitner, Snider, Granholm, Nessel, Ward, and Grimmel).

123. Under Amdt1.7.2.3 State Action Doctrine and Free Speech Defendants et al enforced its RCAA deceived Plaintiff within the metropolitan area municipalities participated the RCAA in the creation of the Detroit "authority" commonly known DRCFA and its 3rd party acquisitions and transfer of real estate properties y known Bloomfield Park development (controlled by a 425 partnership agreement), the Kahn bldg. in Detroit, and Convention Facility Cobo Hall using "Third Pary Financing" (GSI and/or affiliate PCCP), in 2014, and all of the other properties thereafter to follow to include but limited to the Phoenix Center, Silverdome, and GM properties in Pontiac, abused the government entities in control with unlimited power of its "authority" downtown properties within Detroit, Pontiac, and Bloomfield

Township and/or its surrounding counties control of the authority. As a result of Defendants actions Plaintiff seeks punitive damages *Fera v Village Plaza, Inc, 396 Mich 639; 242 NW2d (1976).*

124.     Under the Fraudulent Concealment statue Plaintiff didn't discover the State of Michigan's first DEI legislation or its "authority" created in 2008 pursuant to MCL 141.1351-1379 revised Oct. 1, 2014, and May 2, 2024 a commission created with unlimited power for real estate acquisition for the partnership of the State of Michigan, Oakland County, and the City of Pontiac's creation of Regional Convention "authority" (PRCFA) until January 17, 2024, in the service of this complaint, and by law has the ability to claim injures based on the grounds of fraud and discrimination based on sex, race, color, and religion that caused stigmatic injures both personal and business. As a result of Defendants actions Plaintiff seeks punitive damages for profits lost. *Fera v Village Plaza, Inc, 396 Mich 639; 242 NW2d (1976).*

125.     Plaintiff since 2008 has been working to develop his economic recovery platform that incorporates its Urban economic development of its operations, the acquisition of real estate properties, franchising its core development and operations, leveraging the Great Recession assets forced into foreclosure and provide citizens with an equity interest, while partnering with the local government entities to provide access to grants, federal funds, opportunity zone, preference to local employment, systems to support in house education, R & D, technology systems that benefited the local communities, supporting a 21st Century green and clean commodities distribution system for electricity, water, sewage, transit, products, and digital services to include but not limited to cloud housing, AI, and an intradependant business model that supported both the local small businesses and citizens of those qualified cities and counties. As a direct result of Defendant conflict of duties of the State of Michigan's RCAA economic development of qualified cities and counties in the private sectors forced DEI policies and procedures within the private sector and public schools discriminating against Plaintiffs caused severe damages.

126.     Plaintiff in 2008-11, stared learning politics during the Super Committee lobbied Congress with his legislation called the R.A.I.N.M.A.K.E.R. Act eliminating National Debt and supporting Social Services, Medicare, and the Military through a Federal Infrastructure Bank for partnerships created to economically reboot the Inner and Rural communities. The Federal Loans uses revenue form the interest, rather than just printing money with real estate assets a fundamental principal of capitalism supporting manufacturing and accountability within the USA. During that period Plaintiff witnessed Domestic Terrorist by the Democratic Party continued the national debt spearheaded by Majority Leaders Reed and Senator Stabenow. Additionally, was present at the last 2 Shuttle launches shut down by President Obama put into our museums, learning the Shuttles had been refurbished for 99 more flights, outsourcing the space program to civilian companies, and met with both NASA executives, astronauts, and private executives for the aerospace sector. Furthermore, initiated civilian cutting edge companies for technology 15 years behind the military, while supporting and getting a Maglev Mass

Transit Commodities Distribution system approved in Michigan and MDOT for Plaintiff's construction in 2011 with a bipartisan commission.

127.    In 2008-24, Oakland County with the intention of creating a "authority" in Pontiac (RCAA) under its partnership agreement with Bloomfield Township and City of Pontiac issued a cease and desist order to shut down and leverage the Developer (Coventry II) construction on the Bloomfield Park (87 acre mixed use development commonly known as a Public Urban Development [PUD]) under false pretenses of needing a 4 ft. expansion of the PUD's inner road for emergency vehicles. Defendants et al, used an unofficial custom eliminating any competition to the RCAA counterpart "authority" in Detroit (DRCFA), and proceeded to tortuously interfere plaintiffs business relationship and economic leverage in the private sector.

128.    Upon information and belief Defendants violated Plaintiff's constitutional rights Under Title 42 sec's 1981, 1983, & 1985 compelling speech, suppressing evidence, not investigating hate crimes, eliminated due process without equal protection and/or educate their children or have the opportunity to participate in extracurricular activities, within the municipalities jurisdiction enforced unlawfully and unconstitutional DEI policies and procedures for DEI in the RCAA and within the public schools a US institution, deprived Plaintiffs rights and privileges.

129.    Upon information and belief 3rd parties intent was to eliminate Plaintiff from competing within Urban Development through false accusations of White Racism thereby caused stigmatic injures and civil liabilities associate with agency based on deviation of agent from his path the reasonable inference of agency on behalf of the Plaintiff, as well as an unsafe environment within the public schools, local municipalities, Oakland County and the State of Michigan.

130.    Upon information and belief the municipalities Nature of the Damages comes from the deviations by government entities officers, departments, and agencies expected to move forward the States of Michigan's RCAA accommodation laws fraudulently concealed within economic development of cities downtowns which provides significant encouragement or coercion of businessmen within the private sectors, controlled by "Board of Directors" Plaintiff's livelihood and beliefs discriminating against their guaranteed rights, with the use of DRCFA "Authority" and in the creation of the Pontiac RCFA at the same time deviated the Plaintiff path while using 3rd party state actors with unofficial customs used in the municipalities during his initial attempt to launch his 21st Century Infrastructure and advanced application of his operating systems and solutions to benefit the citizens with the acquisition of real estate property to initiate his Urban economic development solution for the greatest recession in history. As a result of Defendants actions and use of unofficial policies and customs the nature of the damages.

131.    In 2008, the reorganization of the Auto industries created opportunity in the private sector without foreign assistance like China or relinquishing their Christian principles for the State accommodation

laws that were supported with significant encouragement, whether that was promotions, authority to control elected officials, police officers, executives with ownership or percentage payments hidden within LLC's and 3rd party state actors whether it was financial, acquisition, or transfer of real property with its hidden DEI agenda and personal profits. And through coercion with of those agencies, enforced with police power, departments of development, and officers of municipalities. Defendants et al, with intent to harm used economic leverage that caused irreparable harm to Plaintiffs and stigmatic harm for his family, because of his exposure their corruption and racketeering practices of fraud publicly.

132. Bloomfield Township municipality with "Authority" of DRCFA MCL141.1351-1379 disclosed in Governor Whitner's executive Directive 2019-09 the State of Michigan's first DEI legislation intent and purpose of the REGIONAL CONVENTION FACILITY AUTHORITY of 544 of 2008, and its DEI policies incorporated them into the Public Schools during Covid. The need for this court to do a JUDICIAL REVIEW is critical. We must ask if it is constitutional to compel speech, mandate elected officers to comply to antitrust violations, allow local and state enforcement by municipalities, are they injurious, and if its discriminated against Plaintiffs rights to participate in real estate acquisition or to provide solutions that wasn't controlled by the RCAA or its unofficial customs, caused the nature of the damages and misdirection throughout the last couple of decades defrauding the public of the RCAA true nature, and the extent and purposes of this act, it certainly isn't job creation or economic recovery.

133. A recent article in Slate points out this standard can create injustice. "Cities are not likely to have official policies condoning law enforcement or misconduct regulations under the false pretenses of urban economic development to benefit the state created a unfair competitive market in the acquisition and develop of a Regional Convention "authority" with unlimited power in the acquisition of associated real estate private market, bias and compels speech and thought for their accommodation laws, and unconstitutional powers depriving Plaintiff of his rights to pure speech (his Little City franchise) his ability to resolved issues on the commonly known mixed used development annexed and partnered with the City of Pontiac/Oakland County "one municipality after 2010. Bloomfield Park, through a appointed board of directors by elected officials personally benefited from the Regional Convention authority is a commission run by BLOOMFIELD TOWNSHIP and its partners OAKLAND COUNTY and its "one" municipality rewarding 3rd party state actors and officers of government entities, and enforcement of those laws by local and state ordinances that has the "Authority" Under the Monell doctrine, a municipality may be held liable for an officer's actions when the plaintiff establishes the officer violated their constitutional right, and that violation resulted from an official municipal policy, an unofficial custom, or because the municipality was deliberately indifferent in a failure to train or supervise the officer.

134. The State of Michigan condone these illegal actions to push their DEI agenda and provide golden parachutes through racketeering scams, investment, and ownership concealed within LLC's pursuant to MCL 141.1351-1379 Plaintiff was maliciously prosecuted through an oppressive breach of commission created by the elected officials appointment of the board of directors with superior politic and economic powers injuring Plaintiffs professionally and personally. Unlike Bantum Books, the commission had no power it was still considered a civil rights violation of free speech.

135. Defendant MUNGO members in the Class Action lawsuit conspired with BT's leadership BHSD and BTPD to target Plaintiffs, using BHHS Football players and their friends living in Pontiac to undermine SJ and under false pretenses gained his trust during football practice. In Oct. of 2021, at his place of residence AAR a football player and student at BHHS, posted on SJ's Snapchat Social media site the racial intimidation crime **"I hate Ni\*\*ers they need to be extinguished."**

136. Defendants Class and TEAM copied and posted it on multiple social sites, then orchestrated African American discrimination that didn't exist in Oakland County, BHSD, or at BHHS.

137. BT's leadership conspired and took unlawful and unconstitutional actions to have their DEI cause approved by Oakland County, who gave them permission to use BHEB for the approval of DEI.

138. Systematically, Defendant HOLLERITH on Monday at 4:57 P.M., **Nov. 8, 2021**, with an official email notification to all Parents and Students via their **Report Acts of Hate and Bias** indicated they had thoroughly investigated a racial hate crime and would punish that <u>"ONE PERSON"</u> who was responsible guided by the Code of Conduct, and Restorative **(See screenshot below)**

Subject: Message from Principal Charlie Hollerith
Reply-To: Bloomfield Hills High School <communications@bloomfield.org>



Dear Bloomfield Hills High School Students and Families,

Today, we were made aware of a racist social media post by one of our students. This behavior is deplorable, and we denounce it. When incidents of hate occur, our entire community is harmed. Hate has no place in our school.

Fortunately, students were brave enough to bring this to the attention of building administration which allowed for an immediate and thorough investigation. Disciplinary actions will be guided by our Student Code of Conduct and as a part of our actions, Restorative Practices will be utilized. Through Restorative Practices, we will support students to understand the impact of their words and actions, and work toward repairing the harm that has been caused.

We continue to work with our students on being responsible citizens and the use of social media. We hope you will join us in this shared responsibility to denounce any acts of hate and bias, and the impact that these harmful acts have on our community. We will not tolerate hate and bias in our schools and any reports or concerns of hate will be taken seriously and addressed quickly.

Please continue to encourage your student to seek out the support of a trusted adult if they have difficult information to share or need to talk to someone. Incidents can also be reported via our Report Acts of Hate and Bias tool. We are here to support all learners and by condemning acts of hate together, as a whole school community, we can ensure Bloomfield Hills High School is a safe and welcoming place for all.

Sincerely,
Charlie Hollerith, Principal

139.    Upon information and belief Bloomfield Township unofficial custom was used within the partnership and insurance scam coerced Bloomfield Hills School District and Police Department and officers of Bloomfield Hills High School in a racketeering conspiracy falsely and with malice continued on with the false accurasation and fraudulently concealed these actions under a criminal investion work with the firm know as Plunkett and Cooney the lead attorney Micheal Weaver as 3rd party state actors were significantly encouraged to violate their duties to the public as officers of the court and unlawfully deceived agents of Plaintiff to further the fraud on the insurance company and use Plaintiff son as the perpetrator of racial and sexual hate crimes to settle case 21-cv-12707 with a substantial amount being funneled through the treasurer of Bloomfield for the Sate of Michigan's RCAA and the completion of years of real estate acquisition and development of the Pontiac downtown for their personal profit[s]. As a result of Defendants et al actions damage Plaintiff.

140.    and Plunkett and Cooney willingly and knowingly concealed, suppressed, and buried material evidence, after given a second chance to repair the false accusation of the Principal of Bloomfield Hills School Board fraudulently misled agents of Plaintiff to believe he had when in fact he didn't and kept perpetrator in SJ's Behavior MUNGO false charges of Racism and LGBTQ+ allegations. Plaintiffs were never contacted or interviewed in regard to the lawsuit. Attorney Weaver in an antitrust and racketeering conspiracy defrauded the public and concealed the true perpetrators and used attorney client privilege to defraud and expand the NATURE of the damages injured Plaintiff. **See Email confirming conspiracy with Bloomfield Township, School District and Police.**

**Mike Weaver**
Plunkett Cooney
Attorneys & Counselors at Law
T 248.901.4025   C 248.953.5954

**Behavior Details**
**Date:** 11/09/2021
**Incident: Demeaning Conduct(race,sex,etc)**
**Reported By:** Lupone, Jessica
**Notes:** inappropriate social media post

**Penalty Details**
**Penalty:** In School Suspension
**Assigned By:** Osborn, Jacqueline
**Date Assigned:** 11/09/2021
**Days Assigned:** 2.00
**Date Served:**
**Days Served:** 0.00

**Penalty:** Out of School Suspension
**Assigned By:** Osborn, Jacqueline
**Date Assigned:** 11/09/2021
**Days Assigned:** 2.00
**Date Served:**
**Days Served:** 0.00

141.    Defendant AAR confessed to the racial hate crime against SJ. BHSD & BTPD made it appear SJ was racist against African Americans on **November 9, 2021.** Mrs. RICHAARD's being with her son AAR at BHHS that morning, at 12:07 P.M. texted SJ's mother an apology "time stamped" and **reported to BTPD by Plaintiffs in police report #21-23600.** (See screenshots below):



142.    Defendants et al knew that AAR an African American, minor, male student and Varsity football lineman at BHHS, befriended SJ during the football 2021 season. AAR under false pretenses made SJ's believe he was quitting the Football Team, who invited him to stay overnight at Plaintiff home in Oct. of 2021, accessed SJ's Snapchat social media account and posted **"I Hate Niggers they need to be extinguished"** at 3:11 AM Saturday morning.

143.    Upon belief and information, Defendants (TEAM) copied and pasted the post at 4:11 A.M in the morning 1 hour after Defendant AAR sent it, then sent it to Defendants (CLASS), disbursed it to other African American and White students at BHHS who believed in BHSD's DEI cause. BHSD and BTPD concealed evidence and omitted documents, statements, surveillance video, unlawful police power forcing involuntary servitude within the public schools over Plaintiff's as parents and other White, Black, or Hispanic Christians conservative's students and parents violating their civil rights, branded Plaintiffs racist white supremacist using their DEI policies and procedures under BT's ordinance.

144.    Defendant MUNGO's Class Action $150M lawsuit exposes Sean Jasper, a minor, publicly by copying AAR's Snapchat post with SJ's full name on the account, giving it appearance of imminent and active treats of physical violence and death of African American students, by a white skinned student (discrimination of color and race). Snapchat Inc. erases their post after 1 hour, notice in 1 hour the post was copied after it was posted by AAR at 4:11AM, thereby it was preplanned. (See screenshot below):

consistent expressions of threats and suggestions to carry out acts of physical violence against African American students and parents. (See screenshots below). Defendants Watson and Hollerith knew and/or should have known of the above described ongoing imminent and active threats of physical violence and death of African American students and parents because of their race however, refused or otherwise failed to take any action against the persons responsible for creating and maintaining the environment of racial hostility and harassment, said acts of unlawful racial intimidation and discrimination.



145.    Plaintiffs are not Defendants in case #12-cv-12707 Class Action Lawsuit, deprives Plaintiffs of the right to confront hidden accusers misrepresenting material facts that SJ was a white racist.

146.    BHSD's staff, and BHHS students CLASS & TEAM punished SJ and his parents with a racist stigma, which is cruel and unusual punishment, abusing their authority and violated duties.

147.    Defendant MUNGO knowledgeable SJ didn't post the racial hate crime, in his Zoom Call with members was informed files case 12-cv-12707 and publishes it in local 4 news.

148.    Defendants BHSD and BTPD are fully informed through AAR's confession, that he committed the racial hate crime against SJ in front of Defendant RICHARDS. Her apology letter indicates AAR will be working with principal HOLLERITH in some way to inform BHHS community of his wrongdoing. Associate Principal (AP) MCDONLD tells SJ they are going to make a video to show the BHHS community the truth. Instead BHSD's and BTPD leadership builds a case for MUNGO with hearsay evidence, concealed material facts and suppressed evidence in police report 212-23422 criminal investigation of racial hate crimes.

149.    Defendants on Nov. 9, 2021, AP MCDONALD falsely accuses SJ of AAR's hate crime with malice makes it appear SJ posted a racial hate crime on his social media site, we all know it was AAR.  SJ is suspended "for an inappropriate social media post", seen herein and hereafter, unlawful racial intimidation, and discrimination by BHSD's leadership and staff. (See screenshot below)



November 9, 2021

Mr. and Mrs. Lawrence Jasper
265 Marlborough Dr.
Bloomfield, MI 48302
littlecitxcs@yahoo.com

Dear Mr. and Mrs. Jasper,

This letter is to confirm your son, Sean, has 2-day, out-of-school suspension from Bloomfield Hills High School, Tuesday, November 9 and Wednesday, November 10, 2021 and a 2-day in-school suspension on Thursday, November 11 & Friday, November 12, 2021, for an inappropriate social media post.

For your convenience, a copy of the Uniform Code of Student Conduct can be found at https://www.bloomfield.org/schools/bloomfield-hills-high-school. If you have any questions regarding this matter, please feel free to contact me at 248-341-5607.

Sincerely,

Cathy McDonald
Associate Principal

150. Defendant MCDONALD doesn't report AAR's hate crime or the attacks of African American and Caucasian students against singling SJ our and circling him and calling him a racist white supremacist on Nov. 11, 2021, on the school bus, after AAR's confessed to the racial hate crime on Nov. 9, 2021. MCDONALD and MILLER conceal BHHS's video surveillance evidence which is not stored as evidence in police report #21-23422. BHSD doesn't provide SJ equal protection that allows MUNGO to publish SJ's full name in Federal Court and Local 4 news.

151. Defendant MILLER has MCDONALD review video surveillances of girl's bathrooms for graffiti, but not SJ's attack on the school bus, which is never mentioned in police report #21-23422, nor is school bus surveillance used in the investigation, again not equal protection.

152. Defendant MILLER, the liaison to BHHS doesn't include these videos as evidence in a criminal "Intimidation" investigation. In addition, hearsay evidence is provided that night with pictures for MUNGO's lawsuit by CLASS members, whose mother refuses her daughter to make an oral or written statement but reports both graffiti incidences in girls bathrooms on Nov. 10th & 11th, 2021. MILLER gets the magistrate to issue a warrant for Snapchat social media site criminal investigation to determine who sent the social post but doesn't use SJ's social media account that AAR used to post **"I hate Niggers they need to be extinguished"**, which BHSD, BTPD, and in MUNGO's CLASS action lawsuit 21-cv-12707 Pg. 18, CLASS

& TEAM, AAR's snapchat post on SJ's account was copied and pasted by students.  (See Screenshots Below)

**Thursday 1/6/22**
 I swore to the search warrant in front of Magistrate Richardson. Magistrate Richardson signed the search warrant. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Tuesday 1/11/22**
 I received the report from Snapchat and downloaded the data.▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

 The data from Snapchat showed information from
There was no data for                              and those Snap Id's are active but probably not for the persons attending the high school.              ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

---

CR No: 2\|0023422
▯▌▌▐▌▐▌▐▌▐▌▐▌▐▌▐▌▐▌▐

| CR No:|210023422-004   Written By: BTNOLANE (00285)   Date: 11/11/2021 09:38 PM |

On ▮▮▮▮▮▮▮▮▮▮ at ▮▮▮▮▮▮▮▮, I spoke to              in our station lobby.

                              shared some text messages          ▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
                                         ▮▮▮▮▮▮▮.
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮  These images include the following:
    -The first image is a collage of several messages.  One image shows black graffiti in the court yard of the high school.  The image is supposedly an African American infant hanging form a noose but was unrecognizable in the photograph.  Another is a meme of three individuals wearing KKK robes and hoods.  The text reads "3 K's A DAY KEEPS THE NIGGAS AWAY."  Another shows the back of a student draped in a rainbow gay pride flag and says "Capture the Flag, Bounty: $5," and "also I'll throw in 5 more for the dog collar" referencing necklaces some gay students wear.
    -The second image shows graffiti in a women's restroom that reads "ALL THE NIGGERS SHOULD BE DEAD!!"
    -The third image shows graffiti in a women's restroom that reads "KILL ALL NIGGERS" and "Yeah Fuck Them all!!"
    -The fourth image is a text message from          which reads "all black people that surround me everyday in class at Bloomfield are my slaves.  I hate black people and my grandfather always told me not to trust nigger bitches.  Kill them all" and "alr bro I catch u in the hallway ur finished," followed by "Atp y'all just getting out of hand wtf."
                      forwarded these images to my department email and I printed them out for the school liaison officers.  She provided several names that have been sharing these images including                                                            She showed
              has a private Snapchat account titled "Racism Only."

153.    Defendant MILLER gets the magistrate to issue a warrant for Snapchat social media site criminal investigation to determine who sent the social post but doesn't use SJ's social media account that AAR used to post **"I hate Niggers they need to be extinguished"**, which is African American intimidation. Defendants BHSD, BTPD, and African American students in MUNGO's Class action lawsuit 21-cv-12707 and CLASS & TEAM, all are aware it was copied and pasted.

154.    Upon information and belief Defendant BHSD's leadership and MILLER conspired to conceal pertinent evidence on Nov. 10th & Nov. 11th, 2021, in criminal police reports #21-23422 and #21-23764. Additionally, orchestrated white racism against African Americans with students at BHHS and provided MUNGO's hearsay evidence to support a racist white systemic problem in Oakland County in case 21-cv-12707, to leverage Oakland County Education Association's cooperation, reported the graffiti without witnesses to Michigan AG and FBI that occurred in the Girl's bathroom at BHHS. However, BHSD's DEI policies and procedures provided <u>unlawful discrimination and intimidation, fails to report AAR an African American student racial hate crime against SJ on Nov. 9th, 2021, and a racial attack on SJ by African American and Caucasian students on the school bus Nov. 11th, 2021, both intimidation racial hate crimes.</u> Further, erased the racial graffiti on Nov. 10th, 2021, with no forensic evaluation and did BTPD provide video surveillance of the girl's bathrooms as evidence in the criminal investigation #21-23422, to make it appear as if there was white racism created by students and parents, but did not collect any prosecutable evidence and a Protection Order issued through MUNGO's Class Action on Feb. 6, 2021, hid SJ's accusers of their false claims of racism from prosecution.

155.    Defendants were upset when Plaintiffs arrived at BHHS at 9:20 AM Nov. 10, 2021. Plaintiffs protested MCDONALD's punishment of SJ's suspension. AAR's racial intimidation hate crime against SJ. BHSD made it appear he was racist against African Americans students. Principal HOLLERITH renegade on his promise to Mrs. Richard to notify the community of SJ innocence.

156.    MCDONALD & SHULTZ a part of the LGBQT+ community, concealed AAR'S hate incidences, unpredictable confession, and mother's apology letter from being used as evidence for the police report 21-23422, reported by SHULTZ, surveillance evidence concealed by MCDONALD while MILLER failed to use critical evidence in a criminal investigation police report 21-23600.

157.    Plaintiffs were on BHHS property on Nov. 10th and Nov. 11th, 2021, argued with HOLLERITH over MCDONALD's suspension of SJ, and reported a racial hate intimidation crime against SJ on the school bus. A clear violation of his 14th Amendment rights "equal protection clause."

158.    Officer MILLER, who oversees the racial criminal investigation, arrives after plaintiff's leave school grounds, and never interviews or investigates SJ, AAR, the social post, or any of the students on the bus, and/or their parents. On Nov. 15, 2021, closes Plaintiffs police report #21-23600.

159.    Upon information and belief Defendants targeted Plaintiffs an acted as an enterprise who purposely concealed material evidence that proved SJ's innocence and the unconstitutional attacks, racial bias, to further their DEI cause, and its orchestration of the Student Protest for MUNGO's lawsuit to leverage Oakland County. MUNGO's lawsuit was formally processed in Federal Court on Nov. 18, 2021, a $150M racketeering scheme to be paid by taxpayers and/or BHSD's insurance company. At the expense of Plaintiff's credibility, risk of fatal injury, undo, and unequal protection, abused their authority under color of law.

160.    Defendant REED on Nov. 10, 2021, enter in and out of the BHHS office area 4 times, Plaintiffs waiting for over an hour to meet with HOLLERITH. Defendant REED oversees the removal of the graffiti in the girl's bathroom. At approximately 10:30 AP REED comes up to Plaintiffs and indicates HOLLERITH will be with them shortly and escorts them to the principal's office.

161.    Defendant HOLLERITH during Plaintiff's conversation on Nov. 10, 2021, refuses to resend SJ's suspension. On the basis that SJ is responsible for AAR racial hate crime because SJ gave AAR access to social media site. After, AAR's confession, mother's apology, and his agreement to inform the BHHS community about AAR racial intimidation of his football teammates using SJ as a pawn, not a joke, and MUNGO's class members students at BHHS. HOLLERITH refuses to send another official message in the **Report Acts of Hate and Bias email** to inform the community SJ's innocence, refuses to send a confidential email to faculty, denies his official email made it appear SJ was guilty of racism, while profiling him white and branding plaintiffs family racist white supremacist. HOLLERITH states, he had a training class on social media but cannot show plaintiffs what "Code of Conduct" that SJ had violated. He gets mad and tells Plaintiff's the only option is to request a "FORMAL HEARING" with Superintendent WATSON.

162.    Defendant Hollerith on the way out of his office gives Mr. JASPER the **"EVIL EYE,"** while shaking his hand, who requested he allow SJ to return his football equipment, hiding that AAR's was on the football team. AAR was not known by Plaintiff's prior to him staying over their house.

163.    BHHS had reported a racial hate crime at 9:16 AM Nov. 10, 2021, and were upset Plaintiffs showed up, it messed up their orchestrated string of incidents that started on Nov. 10, 2021, Nov. 11, 2021, and Nov. 15, 2021, planned in advance, and concealed, initiated through BHHS football players from Pontiac, who were on football team, and MUNGO's class members.

164.    Defendants like clockwork reported a second graffiti incident on Thursday Nov. 11, 2021, but didn't report racial hate crimes against SJ, or review surveillance on the bus. (See screenshot)

**LOCAL NEWS**

Jason Colthorp, Anchor/Reporter
Kayla Clarke, Senior Web Producer

Published: **November 11, 2021 at 11:19 PM**
Updated: **November 12, 2021 at 7:32 PM**

Tags: **Bloomfield Hills, Oakland County, News,**
**Local, Local News, Racism, Bloomfield Hills**
**High School, Bloomfield Hills Schools,**
**Bloomfield Township Police**



165. Defendants BT's through BHSD, BTPD, and its leadership use its police power for HOLLERITH, WATSON, SHULTZ, MCDONALD, REED, MILLER, and CLASS to hide AAR's racial hate crime post on SJ's account, misrepresenting the material facts to the public, stating it was "SJ's social media post" and a sting of racial hate crimes, that cause the protest. These incidences are exhibits used in MUNGO's class actions case 21-cv-12707, none committed by white students.

166. Defendants at the African American student protest on Nov. 12, 2021, detain SJ from being at protest and remove his parents from BHHS public property, who are attacked by a LGBQT+ parent, Associate Principal (AP) Reed and Officer MILLER eliminating their freedom of speech, right to face their accusers, freedom of religion, forced indentured servitude to BHSD's voice with DEI policies and procedures, attached the stigma of white racism supremacist to their name being cruel and unusual punishment handed out by BHSD, added to SJ's suspension for AAR racial intimidation hate crimes against African American students with intent to harm.

167. Defendant AP REED uses the same statement as MCDONALD to Plaintiff's mother ROSALIA while being videoed live on Facebook **"your son made a post"**, misrepresenting the true facts in public. AP REED's LGBQT+ friend/parent attacks ROSALIA's religion, states to girls recording live, Plaintiff's last name. **SEE FACEBOOK LIVE of Student Protest VIDEO**

168. BT's leadership fails under the color of law to equally protect Plaintiff's children, with malice and intent to harm for their pollical cause DEI. Target Plaintiffs in a discriminatory fashion, obstructed justice and prohibited officers from doing their duties, reported by BHSD & BTPD, , who supposedly completed a thorough investigation prior HOLLERITH email on Nov. 8, 2021.

169. Upon information and belief Defendants targeted Plaintiffs to discredit JASPER's disclosure of prior racketeering in Pontiac. A partnership between Bloomfield Township and Pontiac on an Annexed

property where ownership was given to leadership under LLC's within Bloomfield Township, Pontiac, and Oakland County. Thereby, used BHHS students and police powers to support the DEI policies and procedures, attacking Plaintiff's son, under false pretenses, created a string of incidences through the conspirators for their DEI cause, support LGBTQ+ employees and students views in Public Schools, discriminated against Plaintiffs freedom of speech, race, color, and religion. To not only leverage Oakland County, but to erase Plaintiff off the map, using their racketeering practices to create yet another scheme taking taxpayers dollars, rights and privileges undermining the constitution of the USA. Systematically, gained unauthorized power to undermine the constitution and form a new 18 year old voting bloc.

170. Defendants et al on 10 occasions <u>do not report specific racial hate crimes</u> committed against Plaintiffs. Conspirators, violate U.S.C. 42 ss 1985 and interfere with criminal investigations by concealing material facts, omitting Plaintiff police report #21-23600 and its evidence, hide surveillance videos and written emails supporting their claims of unequal protection, targeted Plaintiffs in a discriminatory fashion, obstructed justice, and prohibited officers from doing their duties, reported by BHSD and BTPD, after Nov. 8, 2021, systematically.

i. Defendants MCDONALD conspired with SHULTZ, HOLLERITH, MILLER, AND WATSON aware AAR posted "**I HATE NIGGERS THEY NEED TO BE EXTINGIUSHED**" but doesn't include it in report #21-23422. MILLER & MCDONALD did not interview AAR, his mother, or SJ who explained that he took every measure possible to delete the media post from SNAPCHAT. BHHS students refused to delete it on SNAPCHAT and reposted it on other social media sites that were never investigated through a SNAPCHAT warrant given to MILLER on Jan. 6, 2022, by Magistrate Richardson in case 21-23422 for persons responsible for racial "Intimidation" communications to determine who sent the intimidation post, knowledgeable of the issues at hand, refused to provide equal protection to SJ and his parents. **(See screenshot below)**

ii. Defendant SHULTZ makes Police Report #21-23422 on Nov. 10, 2021. MILLER writes "ETHNIC INTIMIDATION" in all caps, in the report, **"KILL ALL NIGGERS!!"** The graffiti was cleaned immediately. SHULTZ states "to eliminate further stress on the African American student body". AAR initiated that fear of death by posting **"I HATE NIGGERS they need to be extinguished"** and caused the stress to the African American student body on SJ's Snapchat. Confessed to it in front of principal HOLLERITH and his mother on Nov. 9, 2021.

CR No: 21002342T

The writing was photographed and cleaned immediately to eliminate further stress on the African American student body. Schultz stated she has been making the administrators aware of the incident. Assistant Principal Cathy McDonald will comb through the surveillance videos and attempt to identify potential suspects. McDonald stated the janitorial service was in on 11/9/21 after parent teacher conferences so it is possible the graffiti was fresh and not there for a few days.

I received the photograph and attached it to the report. ~~The~~

1. **Why didn't SHULTZ, MCDONALD or MILLER identify AAR Hate Crime or his mother's apology to Plaintiffs in the "Intimidation" criminal investigation?**
2. Why is AP MCDONALD combing through criminal surveillance evidence?
3. What was AAR's motive for intimidating African Americans?
4. Was AAR working with other Football Players to target SJ for what?
5. Why would SJ post I Hate NIGGER's they NEED TO BE Extinguished if he wanted to play football with CJ a African American quarterback from Pontiac? AAR posted it being African American; How does that help SJ football career 60% NFL is African American? How does that help his college grants as a running back?
6. Why doesn't MCDONALD, SHULTZ, or MILLER use the Warrant on SJ's Snapchat?
7. If you don't have video surveillance evidence, how do you prosecute predators?

iii. Defendants WATSON, HOLLERITH, SHULTZ, AP REED, AP MCDONALD AND MILLER supports MUNGO Class Action Lawsuit Nov. 10th & 11th, 2021. Both graffiti incidences are reported by one female African American student whose mother refuses to allow her daughter make an oral or written statement. **(See screenshots below)**

CR No: 210023422-003    Written By: STMILLERM (00278)    Date: 11/11/2021 03:06 PM

On 11/11/21 at 1143hrs, I was working at the high school in reference to this original incident. I was advised by a student that another racist message was discovered in another women's bathroom. The bathroom is located on the second floor across from classroom LC-C205D. The message was written in blue sharpie and stated "ALL THE NIGGERS Should bE DEAD!!"

I took the below listed photos along with photos from the original bathroom and downloaded them into the evidence tech file under mmiller sd#1.

The student who originally reported the first incident, _____, also reported this second incident to the front office. _____ was in the office along with her mother _____. I requested to speak with _____ and her mother. _____ stated her daughter would not be providing a statement, oral or written, ~~and~~

iv. Defendants WATSON, HOLLERITH, SHULTZ, AP REED, AP MCDONALD AND MILLER supports MUNGO Class Action Lawsuit Nov. 10th & 11th, 2021. An African American parent is allowed to provide photocopies of social post on Nov. 11, 9:38 P.M. All received during the last 3 days after SJ's Suspension, hearsay evidence used in 21-cv-12707 **(See screenshots below)**

| CR No: 210023422-004 | Written By: BTNCLANE (00288) | Date: 11/11/2021 09:38 PM |

On 11/11/2021 at 2050 hours, I spoke to ████████████████ ████████ shared some text messages ████████ received over the ████████████████████████████████████████████████ did not have phone and ████████████████████████████████████████████████ ████████████These images include the following:

████████ forwarded these images to my department email and I printed them out for the school liaison officers. She provided several names that have been sharing these images including ████████ She showed ████████ has a private Snapchat account titled "Racism Only." ████████████████████████████████████████

Officer Manor and I walked the perimeter of the school and the interior hallways, we did not locate any additional graffiti. We advised the night shift custodial staff to contact our department if they locate anything offensive in the building.

Plaintiff's son SJ is targeted by BHSD violating plaintiff's 14th amendment rights, not providing equal protection. In fact, covering up AAR's confession and discarding school bus and bathroom surveillance evidence, not recorded in crime report #21-23422. **(See screenshots below)**

**Lawrence Jasper** <littlecities@yahoo.com>
To:Patrick Watson
Cc:cmcodonld@Bloomfield.org,lhollyer-madis@Bloomfield.org,CHollerith@bloomfield.org
Fri, Nov 17, 2021 at 1:03 PM
Pat,

I wish we were meeting in better conditions, I really appreciated what you did for the football team, however I need to schedule a meeting with you to resolve and contain these matters before they get out of control. The ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████He has been punished as if he had posted the racial comment, while the email Mr. Hollerith posted thereafter that incident has compounded the situation. It allows individuals to believe Sean as the guilty party, along with his suspension, and the detention issued, when in fact he was innocent.

Underneath you will find Mr. Hollerith's email, and I have attached a letter discussing the actions, the responses from ████████████████████████████████████, however Sean was abreast some individuals on the bus, which we have discussed with Laura, and is in the process of fixing this issue. Also please read the attached formal request for a hearing suggested by Mr. Hollerith.

    **v.** Defendant AP REED states, SJ's Post caused the protest on Nov. 12, 2021. **(Facebook live feed on Nov. 12, 2021, BHHS African American Student Protest against White Racism)**

    **vi.** BHSD's leadership and BTPD's Senior liaison Ofc. To BHHS disregard Plaintiff's notification to WATSON, HOLLERITH and MCDONALD and Madis who concealed pertinent information for criminal investigation without investigating the claims in police report #21-23600 field Nov. 12, 2021 @3:21 PM. SRO (Senior Resource Officer) MILLER is aware of the situation and said, "school is handling matter" Nov. 15, 2021. **(See Screenshot Below)**

protest and were later asked to leave by one of the assistant principles. Larry is concerned that the false information is going to spread causing severe consequences for his family and wanted the incident documented with our department. SRO Miller is aware of the situation and said the school is handling the matter. Larry provided me with copies of their emails and the administration and copies of the text sent from Chimere apologizing for her son; all of which were filed for attachment to this report.

---

CR No: 210025600-002    Written By: BTHOUGHTOWN (00266)    ATTACHMENT ONLY REPORT - No

---

CR No: 210025600-003    Written By: BTVANKERCKHOVED (00254)    Date: 11/18/2021 07:41 AM

Incident: INFORMATION REPORT

Date/Time: 11/12/2021 @ 1521 HRS

Location: 265 MARLBOROUGH DR

Reported By: LAWRENCE JASPER, FATHER OF SEAN JASPER

--November 16, 2021 (Tuesday)--

I received and reviewed this incident as reported by Ofc. Wilson. This is a school matter, and is being handled within the district. No follow-up action will be taken.

Page 4 of 5                                    Created On 10/13/2022 02:05 PM

---

**vii.** Defendants BHSD & BTPD in an apparent move to conceal material facts, Plaintiff's evidence and their complaint of racial "Intimidation" in a follow up email to Ofc. Wilson and Superintendent WATSON on Nov. 14, 2021. Pertinent information contained in their police report #21-23600 for the criminal investigations of #21-23422 or #21-23764, based on racial intimidation. Also Defendants do not investigate plaintiffs' claims of discriminatory racism committed by BHSD's staff principal HOLLERITH, AP MCDONALD OR AP REED, nor do they interview student AAR's hate crime against SJ and/or his motives. Prevented officer Wilson from doing his duty, MILLER being SRO and liaison officer to BHHS has it closed without incorporating evidence into 21-23422. **(See Screenshots Below)**

From  Lawrence Jasper (littlecities##@yahoo.com)
To    ewilson@bloomfieldtwp.org
Date  Sunday, November 14, 2021 at 02:26 PM EST

Elliott,

I looked up the individual that call my wife and I racist, at the walk out protest on Nov. 12, 2021, then made a seen kicking us off the school grounds. He also lied to us regarding Sean (My Son) was a part of the walk out protest and he sided with an African America that was pointing at me stating I was receiving White privileges' evicting us from the protest in front of Sean. When she called in the early morning I was receiving White Mr. David Reed-Nordwall. See the News article published Nov. 11, 2021, at 11:19 and updated version Nov. 12, 2021, at 7:32 PM written by Jason Colthorp anchor of News 4, indicating on Monday nov. 8, 2021, "school officials were aware of a racist social media post that was created by one of the students". The receptionist told my wife and I there were 4 principals, which is not the total truth, misrepresenting it. There is 1 principal, 3 associate principals, and a Superintendent.

I have put together a timeline as to the actions were taken by the Bloomfield School's administration. Associate Principal Mrs. McDonald after speaking with us fully aware Sean had no part of the Racist Hate Speech written and posted by Aaron Richards. Whom did confess to the actions without Sean knowledge and her knowing of the text sent to my wife on Nov. 9 at 12:17 PM, by the Parents of Aaron, read to her over the phone, she refused to change the punishment for Sean. When she called in the early morning my wife did not understand why Sean was being suspended and hadn't spoken with Sean. Mrs. McDonald took action and formally issued a letter that afternoon, suspending Sean on Nov. 9, 2021, at 2:44 PM, through an email. The formal letter indicated Sean would be suspended for Nov. 9 and 10, with detention on Nov. 11th and 12th, 2021.

I also want to make a statement that Principal Hollerith while in the reception area of the principal officials shaking my hand, gave me the evil eye on Nov. 12, 2021, as if he was going to hurt us. He also refused to change Sean's punishment or amend his email on Nov. 8, 2021, sent at 4:57 PM. Additionally he refused to allow Sean to return his football equipment which asked he do to show Sean was not the one who made the racist post, but stated Sean was suspended and not allow on school grounds. Ironically his associate principal David Reed-Nordwall was constantly going in an out of the reception area talking with the secretary. At one point he came strait towards my wife, son and I introducing himself without his title, and stated the Principal would be right with us. I believe it was to size us up now. After we left the principal office with Sean, the graffiti was found in one of the bathrooms at Bloomfield Hills High School.

I learned from a friend of mine who is African American, emails were sent to African Americans prior to the protest informing them of racial post, graffiti and the protest that was to occur on Friday Nov. 12, 2021. None of the other parents at the protest were forced to leave, my wife and I were isolated by Associate Principal David Reed-Nordwall. Also, my wife had spoken with the officer on site, a Mexican herself, they spoke in Spanish about what had happen to our son and why were there to protect him, obviously Mr. Reed-Nordwall didn't want the news station to hear our side of the story, knowing Sean was innocent.

Please add this to the report.

Thank You.



viii. Systematically, did not inform BTPD's Police Chief Langmeyer of Plaintiff's racial incident by describing the report as intelligence rather than intimidation of African Americans, BHSD staff calling plaintiff's White Racist Supremacist and/or White privileged. MILLER and AP REED violated Plaintiffs freedom of speech and religion views with LGBTQ+ friend. Removed them from the school grounds, unlawful, and with intent to harm and brand plaintiff's white racist supremacist, through their conspiracy. Defendant MILLER working on criminal case #21-23422 closes Plaintiff's police report #21-23600 without notification to Plaintiffs and doesn't use the evidence, on Nov. 15, 2021, after WATSON received Plaintiffs email. SRO MILLER is fully aware it's not a **"school matter"** removes evidence from #21-23422 criminal investigation that has pertinent information to protect Plaintiffs from racist accusation, that cause severe consequences, and removes the due process conspiring with WATSON who cancels formal hearing, until after MUNGO files his $150M class action lawsuit on hearsay.

**Lawrence Jasper** <littlecitiesii@yahoo.com>
To:Patrick Watson
Bcc:Timothy Swartz
Sun, Nov 14, 2021 at 3:25 PM

Pat,

I'm a professional, so I am noticing you as a curtesy of the behavioral issues with the school's administration. I respect you and believe you're a good man. I believe together we can fix this hot mess. I would have liked this matter to have been dealt with before anything else occurred especially before any public marketing went into effect like the walk out protest at the school, on Nov. 12, 2021. On Nov. 10, 2021, when we left the principal's office, as he was shaking my hand on the out the door, he gave me the evil eye. I didn't like it, but didn't say anything before, because I believed we would be able to fix the misrepresentation before it got out of hand. I understand the issues surrounding racism are intense right now, our family are not racist and never have been. Ironically, that same day before seeing the principal as we were waiting, Associate principal David Reed-Nordwall introduced himself to us for what reason I didn't know, until now.

After Friday's incident where the associate principal David Reed-Nordwall called my wife and I Racist. It's hard to ignore. Also, he tried to make a seen at the walk out demonstration by aggressively demanding my wife and I to leave, arguing with me, and all the while misrepresenting the truth by lying to us about Sean issues as not being a part of the demonstration written in the News 4 article. Many parents were there, none of them were told to leave, it involved us because of the misrepresentation of my son. I had a right and certainly needed to be there to access the situation and how it might affect my family. MR. Reed-Nordwall supported an African American woman who pointed at me while speaking with him, stated I was an example of White Privilege. He stated she was right; I was receiving White Privilege. Reference Detroit News article issued Nov. 11, 2021, and updated on Nov. 12, 2021 "On Monday, school officials were made aware of a racist social media post that was created by one of the students" (Aarron Richards confessed to it) I certainly don't feel privileged rather the opposite is the truth of the matter.

We made a police report, thereafter, as the news article requested anyone knowing any information to contact the police these issues needed to be documented. The police officer was shocked to hear my son was punished. Then read the email the principal put out to the parents and shook his head. I don't believe in coincidences, timing and the actions taken by the administration has lead to a different issue. then I showed the officer the text (time stamped) from Mrs. Richards. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ The Jasper name must be cleared in public, because of the issues at hand, the nature of the issues, and the progression of the issues by the administration handling of the matter. The officer was caught off guard by how prepared I was, I told him this is not a laughing matter, and I wanted all of my I's dotted and T's crossed.

Prior on Nov. 10, 2021, my wife and I discussed in length with associate principal Mrs. McDonald the visual, and the who's responsibility it was of the racist post, to no avail she made it clear she would not change anything and made it official, emailing a letter to my wife. As both her and the principal would continue to circle around Sean's trusting Aarron on his social media, as the crime. I guess based on the walk out protest that was not true. I believe we both know that is not the truth. yet even after Aarron's confession and their

meeting with Mr. & Mrs. Richards and being showed the apology text written on Nov. 10, 2021. The principal still wrote a misleading statement through an email that centered the racial post as being Sean's, he would not reverse the decision, nor would he change the email, which allowed speculative thoughts to occur and the punishment to support their conclusions.

I'm really concerned and disappointed how the principal and his associates have handled these issues with Sean, and now with us. They have been very aggressive, have lied to us, misrepresented their views, showed us disrespect for Sean trusting an African American boy, worse called us racist at the walk out protest, singling Sean's parents out, trying to protect their child. Prior to their misrepresentation of Sean's

involvement and punishing him for something he didn't do. I followed up with practical solutions to the crisis prior to becoming aware of the protest, through my email to you, where I cc'd Mr. Hollerith, Mrs. McDonald, and Laura Sean's counselor, but not associate principal Mr. David Reed-Nordwall who reflected racial slurs ▓▓▓▓▓▓▓▓▓▓▓ We now have a bigger problem, which needs to followed up on with the investigation on the graffiti. My out is screaming.

    ix.  Defendants HOLLERITH and WATSON, and officers MILLER and GALLERGER, fully aware SJ is innocent, refuse to notify the community of AAR's racial hate crime and conceal the racial hate crimes committed against Plaintiffs. Conspire with MUNGO's class members to create hearsay evidence for discrimination case using police report #21-23422 that doesn't exist in 7 days. MUNGO uses community meeting for Plaintiff's wife misrepresentation.

Defendants MUNGO, BT's leadership WATSON, HOLLERITIH, REED, MCDONALD, SHULTZ, AAR, CLASS, and TEAM, and Ofc. MILLER, GALLAGHER, and MCGRAW. Plaintiff's mother and son are profiled and branded White racist, both, Hispanic and American Indian with false accusations MUNGO's initial and 1st Amended Complaint are liable. (See Screenshot below)



    191.  On or about November 16, 2021, BHHS held the Community meeting where they were supposed to address the racially discriminatory misconduct going on at BHHS. While in attendance, Plaintiff, KF was approached by a White student's, brother (whose son made a Snapchat post that said "all niggers should be extinct") who was yelling and attempting to justify her son's conduct.

    192.  The superintendent who was present at the meeting did nothing to stop the woman but allowed her attempt to justify her son posting a social media message that said "All niggers should be extinct", as if he believed the conduct could be justified. Defendants Watson and Hollerith knew and or should have

41

18

    x.  Defendant MUNGO was informed at his Zoom Meeting by members of SJ and his family's innocence. However, he copied and pasted AAR's post into the complaint, and provided his compliant for local 4 white racist news article before assigned to a Judge. The conspirators expose SJ's full name on purpose to the public on Nov. 19th, 2021. Making claims SJ and his family are racist White Supremacist a violation U.S.C. 20 SS 1232(g) and 14th Amendment, which must provide equal protection to all students. (See Screenshot below)

See the entire lawsuit in the document below:

§ SCRIBD   Millions of books, audiobooks, magazines, documents, sheet music, and more for free.



Case 2:21-cv-12707-MAG-KGA ECF No. 1, PageID.1 Filed 11/18/21 Page 1 of 29

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

S.M., a minor, by and through her Parents
and natural guardians, CEDRIC MCCARRALL
and CARMEN DAVIDSON-MCCARRALL,
individually on behalf of themselves and all
those similarly situated,

Plaintiff,

vs.

BLOOMFIELD HILLS SCHOOL DISTRICT,
PATRICK WATSON and CHARLIE
HOLLERITH in their individual and official
capacities;

Case No.
Honorable
Magistrate Judge

Download this PDF                    1    of 29

171.  At all relevant times, SJ & SE were students at BHHS, and Defendants had duties to protect all students at the school and take action to mitigate circumstances interfering with student' ability to learn and protect them from retaliation based on falsely accused racial intimidation.

172.  Defendants knowledgeable about AAR's post on SJ's Snapchat social media account criminal offense against SJ, purposely do not notice the public what has happened on Dec. 16, 2021, to further their cause (control of staff, students, and parents by Teacher's administration).

A union controlled or its possession of the Public Schools, an institution of the USA. WATSON implements all the requirements for the injunction put in MUNGO's class action 21-cv-12707 lawsuit, that are practiced at BHHS since 2020, unofficially. Installed the GLOBAL EDUCATION TEAM. Additionally, doesn't inform Anti-Defamation League (ADF), AG, and FBI of false racial accusations committed against Plaintiffs on Nov. 8th , 9th, 10th, 11th, 12th, 15th or 16th 2021. SEE https://youtu.be/BDPoMPHv0vk BHEB Meeting Video (**time marked 1:02:08 - 107:25)".**

173.  Defendants unconstitutional DEI polices are taken out of the elected officials control and appoints to only an administrative power, possessed by the union, under the control of the Bloomfield Hills School District control of Public Schools. SEE https://youtu.beBDPoMPHv0vk "BHSD Meeting Video (**time marked 1:07:27 – 107:52)".**



174.   Defendants abused their authority to install DEI policies "their cause" throughout Oakland County in Michigan, staffing BHSD's public schools with BHAEII (Interpreters of free speech in public schools). During BHEB on December 16, 2021. Thereby, without due process, deprived Parents and Students of faith, their rights and privileges. SEE https://youtu.be/BDPoMPHv0vk BHSD Board Meeting Video **(See at 3:56:12 - 3:58:12: Time Mark).** Imposing secular values.

175.   Upon information and belief, Defendants MUNGO and BT's leadership conspired together as an enterprise. Thereby creating a false crisis, concealed evidence, and hid AAR, CLASS & TEAM violating the 14th Amendment to approve the Union's DEI policies and procedures with the BHEB, with force of law. On Dec. 16, 2021, hired Bloomfield Hills Association Equity Inclusion Interpreters (hereinafter BHAEII) to circumvent freedom of speech and religious parents and students' constitutional civil rights. Defendant MUNGO's and BT's leadership under the color of Law claimed Oakland County is systemically white racist. Falsely accused Plaintiffs of white racism "publicly", to make them appear as homegrown terrorist. Thereby, MUNGO directed his members to not speak with police officers, and displayed Class action lawsuit on Nov. 19, 2021, in a news article through local 4 news, about racism, unlawfully, prior to the assignment of a JUDGE. Defendants et al, discriminated, intimidated, and profiled Plaintiffs race, color, religious values as white racist, to further the conspirators DEI "cause" for their political and economic power grab. The Public Schools possessed by Unions use the DEI policies and procedures to undermine the US Constitution for their political benefits and control of our government. Thereby, teaching students, minors, voters how to discriminate, leveraged by National Teachers Union indoctrination of children turning them against Christian parents, using interpreters to punish students and parents speech. The Public Schools have a duty to protect all students and parents' constitutional civil rights and of equal protection. Defendants committed Civil Racketeering violations, as domestic terrorist. Unions possess a US institution called the Public Schools without due process, benefit economically, politically, to leverage some parents and students for personal benefits, use DEI policies and procedures to indoctrinate students and parents violated their rights under Title 18 ss 1964 for 1962(c)(d) for taxation, and as defined in Title 18 ss 2331 eliminate constitutional rights and privileges.

176. Defendants DEI policies allowed African American students to target SJ and his parents on **Oct. 9,**

**2020**, politically motivated. WATSON does not punish African American students, for racial

intimidation of SJ, at extracurricular activities. Two African American players attacked SJ after practice

because of his mother's TRUMP stickers. The Coaches punished SJ after he's proven himself, as a great

running back, replacing the injured MT running back, gaining 200 yards, 3 touchdowns, in GAME 2,

it's proven again in the 2022 Season. **(SEE Screenshot Below)**

On Fri, Oct 9, 2020 at 4:44 PM Lawrence Jasper <littlecitiesii@yahoo.com> wrote:

Pat,

I know I sent you Championship video of Sean that I had, but I thought I would include his TD in Game 2 this year also. You can see his running style. In game 2 he had many 10 yard runs moving the chains consistently and totaled around 200 yards. I think you would enjoy watching the entire game, its on Team Reach. The coach can give you access, if you don't have it already. Thanks again for taking a look, I really appreciated it.

I'm afraid to say there could be some bias. Yesterday, I went to the football practice to find out what was going on since, I had not heard back from Dan Laria. I had left him a message to get Coach Derrick's phone number, so I could speak with him about Sean. Head Coach Laria came up to me and apologized about forgetting to get back with me, and gave me the Coach's phone number. I called him last night and was not impressed with his response, while he's the coach when a player steps up and proves himself he should not be penalized but rewarded for his earned efforts. The coach seemed to disagree, so I'm bringing it up to your attention, as we had discussed last year. Feel free to give me a call to discuss any questions you may have.

Ironically, my car was in the shop for the last couple of weeks, the parts were delayed because the pandemic. We have been using my wife's car to go to the games and pick up Sean from practice. My wife who is from Mexico City is a huge Trump supporter and has Trump stickers on the back of her car. I never even thought about it, but yesterday one of the kids called out Sean in front of me putting Sean down for believing in Trump. Shaming him if you may. I responded with you should take a closer look, but I was mad, because Sean while informed doesn't talk about it. This should not be an issue and we all should be concerned when things like this happen and hurt those who are innocent. He was with 2 other Black children. I have no bias, nor does my wife or children as we teach them to respect their elders and piers, but some do not. I wanted you to know about it.

That said, I respect your opinion and know you can determine if Sean has talent or its just my opinion, as his Dad. When we first met you impressed me with your demeanor, savvy, and athletic background. I'm hoping we can help Sean and everyone else together during this season and with my project. I truly want to get Sean involved, because he earned sitting on the bench will not build his character or his moral. After the 3rd game he broke down in tears, because he didn't play, and I did my best but couldn't explain why the Coach didn't play him. I simply wanted the coach to give him equal time with the other running back, unless something changes. I believe Sean is a faster and more talented running back then Adel (15), but he is bigger and does carry the ball pretty well. However, they only have 22 guys on the team, and the only game that they have won is when Sean was running. Not that all the players were not contribution they were. Sean brought enthusiasm and the players really like him and responded. In fact the Varsity team players were cheering him on, in game 2.

I looking to launch in Pontiac, but it will bring in the surrounding communities into the new intradependant business model in more way than one. We use a mixed used development to provide an equity interest with the citizens of the City and use WI FI 6 to incorporate a digital networks with our partners to support educational institutions, medical facilities, professional services and entertainment. We are looking to retrofit the Ottawa Towers and Phoenix Center and build our pilot Little City (LC) thereafter expand it through a franchise.

177. and Plaintiffs sent superintendent WATSON SJ's running at Ford Field Championship Game

user2529478446807 (@jasper_345) | TikTok. Also, GAME 2 plays user2529478446807

(@jasper_345) | TikTok BHHS won that game, SJ was not allowed to play again after and was benched,

because of DEI policies and procedures practiced at BHSD. Thereafter, coaches played MT (Son of

President of Pontiac Housing Commission) while he was injured (putting other students, football

players in unsafe conditions), discriminating against SJ and his family for their race, color, and political

views. In SJ's junior year he was told by coach LORIA all Senior's play first as the reason he was not

playing, never given a play book, user2529478446807 (@jasper_345) | TikTok.

178. Plaintiffs on Sept. 5, 2022, notified Defendant STOUGHTER there was racial division occurring

on BHSD extracurricular activities during Varsity Football. SJ was being racially attached and

intimidated by coaches and selective players. That BHHS parents and students were upset about the effects it was having on the team and their children.

179.    Defendant Athletic Director COWDREY approached Plaintiff on Nov. 7, 2022 about SJ's TIK TOK video **"Running Against First Defense"** user2529478446807 (@jasper_345) | TikTok stating it shall cause locker room retaliation, which was bias and racist. SJ was punished by LORIA & GANTLY before GAME 1 in practice and was as a Senior deprived of playing in Games, based on DEI policies. SJ was told by coaches to run at 75% of his speed, after tearing up the 1st string defense in practice, which allowed the TEAM to punish him physically and mentally at practices.

180.    Defendants on Sept. 9, 2022, created another crisis stating Plaintiff JASPER was going to beat up head coach LORIA in the parking lot. STROUGHTER called the police (MILLER) who filed a **"SUSPIOUS"** police report #22-18439 and tried to make it appear Plaintiff's were homegrown terrorist.

181.    BHSD & BTPD conspiring against Pliantiff on Sept. 9, 2022, wanted Parents to understand they better cool off. When Plaintiff files an Assault and Battery it is changed from Assault and Battery a hate crime #22-20939 to **"Miscellaneous School Complaint"** in police report. Further, refuses to provide Plaintiff with FIOA the attorney's name for student who videoed the practice.

182.    Defendants ran the initial scam again. Plaintiff's claims are concealed, not properly investigated BTPD and never notified Plaintiffs that their accusations are not being investigated by police officers, their email evidence is discarded or twisted in reports the police report 21-23600 is concealed eliminating due process. AP REED or AAR are not mentioned on Dec. 16, 2021, by police Chief Langmeyer. MUNGO claims that Plaintiffs are White racist and there is a systemic white racist problem in Oakland County suing BHSD in 21-cv-12707 stating DEI was not practiced at BHSD in a civil case that has no evidence for its defense or its prosecution except hearsay evidence of racism pointed at Plaintiffs. Defendants targeted Plaintiffs who are not defendants in the case. We see a repetitive application needed for racketeering, unlawful actions of members of the Enterprise, it becomes clear, the scam uses DEI to manipulate society and discriminates on race, color, and religion. Further below is the end part of the letter sent to WATSON on 11-20-2020. Aware JASPER had a solution for African Americans working in Pontiac to provide educate and supply reparations for Taxpayers, 80% of the taxpayers are African American, Plaintiffs are not Racist White Supremacist. **(SEE Screenshot Below)**

We are taking advantage of the Opportunity Zones (OZ) to benefit the citizens of those cities, and bringing together everyone. We have the economic development division of Trumps administration to use the new Platinum Plan which provides $500 Billion for education, retraining for new jobs, and helps with minority small businesses. We believe we can systematically expand it with manufacturing and duplicating the principles, products, and services throughout the USA within a decade.

I'm in the process of marketing it in Michigan and NY through News articles. Raising the capital through Christian leaders, and looking to form partnerships with the leaders of our communities so we can help the people. I looking forward to having a more in depth conversation with you next week.

Thanks,

Larry Jasper, CEO
Omega Investments Ltd.
248-961-7075

183.    Defendant LORIA tried to convince SJ to change positions before GAME 4. Player PN had a concussion, played injured since GAME 1, (putting students in unsafe environment) spinning in a circle on the sidelines, got lost, in GAME 4, his replacement was Plaintiff SJ. Who had a spectacular game, but only played defense. He was not allowed to run the ball, as every other linebacker did, brought the score from 7 to 21, within 7 points with 5 minutes put the offense on their 45, score 41 to 48. Player CJ TEAM lost the game, taking 2 penalties, and throwing an interception. CJ did this again in Game 5, but this time SJ pinned the other team in the corner winning the game as MVP user2529478446807 (@jasper_345) | TikTok **SEE EI VIDEO.**

184.    Defendant LORIA couldn't tell SJ he was the Starter and didn't show up Monday to congratulate him. The Teams first win. GOD is great, because PN got better, and it broke the LORIA & LYNCH humiliation and intimidation SJ had to deal will all year, user2529478446807 (@jasper_345) | TikTok **SEE EI VIDEO.**

185.    Defendants refused to let SJ run the ball as a senior or play as the middle linebacker, prior to Plaintiff complaining to WATSON, STOUGHTER, COWDREY that LORIA and GANTLY were coaching unfairly, allowed racial intimidation, and bias discrimination, while SJ was being punished unfairly by BHSD's DEI policies. In GAME 6 against the best defense in the league, SOUTHFIELD. LORIA revoked his word to play SJ, after proving his ability a middle linebacker in GAME's 4 &5, releaving concussion injured junior PN, put him in on Defense, but played SJ in his only RUN all of the 2022 season. LORIA & GANTLY made run plays especially for SJ called NAVY. Here you see the DEFENDANTS TEAM's DEI magic. LORIA & GANTLY put SJ in a 3 point stand as full back to slow SJ down, (Never used ever BHHS football) brings in defenders who will blitz, with the formation, 3rd down, and 8 yards. TEAM Players JH & IW (TACKLES) both let in the defender rush in without touching them, and JH doesn't block the linebacker in the backfield, who eventually get SJ. TEAM CJ, JR, and JH after the ball is hiked 5 defensive players are in the backfield (look to the ground for SJ). Oops he's not there, scratching their heads SJ breaks through the line and breaks 2 additional tackles, 30 yards later is caught from behind by JH's purposely missed second block. TEAM conspired to injure SJ with the play user2529478446807 (@jasper_345) | TikTok.

186.    Defendants repeat discrimination in GAME 6, by not allowing SJ to run after being the only player to gain in the second half, but every other running back gets to run with the Score 7 - 49. GANTLY discriminates against SJ "HELL NO I'm not going to run you", with malice to humiliate, intimidate, and injure SJ. A third time BHSD played injured football players providing an unsafe environment for BHHS football, not only are you putting the students at risk of being fatally injured, but other players as well, because these players creates more possibilities of others being injured. During the play LORIA

doesn't even yell at JH and rewards him in GAME 7, letting JH a lineman run the ball, in his dinner speech tells players, loyalty is necessary.

187.     Defendants Coach LORIA, GANTLY, and LYNCH conspired and orchestrated with players to injure SJ physically and mentally discriminated on racial bias in accordance to their DEI policies and procedures

on the practice field, and in the games abused their authority by hiding SJ's talent.

188.     Defendants in GAME 9 you see the fruit of loyal TEAM. JH demonstrates what he was doing to SJ all season on the practice field but does it to another player in a GAME 9. JH receives 4 penalty flags for pounding on the player after he was down. This causes a brawl at the end of the game, and a coach loses two front teeth. During the play LORIA doesn't even yell at JH for the play, and rewards him for his actions in game 7 letting him run the ball a lineman, and at the dinner stating he's the best, in his speech telling the players loyalty is necessary, to hide their actions, unlawful, and illegal.

189.     The racial bias started with BHHS football team in October of 2020, during the switch from Oakland County policy and procedures to DEI initiatives policy and procedures by BHSD's employee's during Covid 19, authorized by the Union's controlled Public Schools. AT the football full back from Pontiac, later outside linebacker played injured to punish SJ and his family, because of their political and professional beliefs. Reported to WATSON, no action was taken against 2 football players intimidation of SJ, in his face, progressive announcement not to vote for TRUMP, benched by coaches thereafter.

190.     In October of 2021, AAR a football player friends with CLASS member and TEAM players set up SJ to be punished for white racism, targeted by Pontiac parents involved with Plaintiffs project and BT's leadership/employees. On Nov. 8, 2021, false statements targeted SJ and his family for racism made by CLASS members and TEAM players. These actions were concealed by BTPD and BHSD employees.

191.     In Nov. of 2021, AAR confesses to HOLLERITH, SJ was unaware of his criminal actions posting a intimidation post against African Americans on SJ SNAPCHAT site, gained access under false pretenses. Accessed by Defendants TEAM and sent to Defendants CLASS, and overseen by parents of both TEAM and CLASS, supported by BHSD, BTPD, and MUNGO and concealed unlawful and in a conspiracy for their enterprise using DEI policies and procedures to force indentured servitude acting as Domestic Terrorist falsifying white racism thereby putting SJ and his family at risk of retaliation by many beliefs.

192.     In June of 2022, SJ is singled out and segregated by CJ the leader of the TEAM and his cousin Coach Lynch hired by Coach LORIA to supervise the football players in a 7 on 7 BHSD sponsored activity. ZUCKMAN isolated Plaintiff's father for the rest of the season and eliminated his First

Amendment on the TEAM REACH Social Site for Football players and parents, conspiring with Coach LORIA.

193. In Sept./Oct. of 2022, after concealing pertinent information and not notifying the public of the false accusation, under a protection order and criminal investigation, displays the conspiracy to commit fraud with intent for laundering taxpayers' money and/or insurance scam approving DEI with BHEB.

194. In Sept. 2022, STROUGHTER was notified of racial intimidation and bullying of SJ within practices with Varsity Football, the weekend after the criminal investigation for intimidation #21-23422 delivered no suspects. Yet BHSD, used SJ and his family as White Racist for the protest, community meeting, and MUNGO's class action lawsuit. BHSD and BTPD employees who concealed pertinent material facts during the criminal investigation, evicted SJ's father on false charges of hate crime toward Coach LORIA being told by COWDREY SJ's TIC TOC would cause locker room retaliation. LORIA during this time played PN with a concussion, from GAME 1, until GAME 4, prior tried to convince SJ to switch positions and compete against AT both apart of the TEAM. Defendants conspired to further conceal the material facts, an injured plaintiffs through conspiracy and fraud.

195. At the football season dinner, coach LORIA speech was for the TEAM to keep loyalty, even through Coach Lynch had committed assault and battery against SJ, and more retaliation for racial facilities.

196. Defendants on 14 different occasions should have publicly announced SJ and his parents were innocent of the racial hate crime posted on SJ Snapchat site between Nov. 8, 2021, through May. 1, 2023. MUNDO was noticed by his class members, and BT was informed by Principal HOLLERITH during AAR's confession on Nov. 9, 2021, in RICHAARDS apology letter:

    i. HOLLERITH should have by email notified the students, parents, and faculty SJ was innocent of a Racial Hate Crime but refused to do so on Nov. 10th, 2021.

    ii. BHSD & BTPD should have notified the protest in front of the press and the crowd that SJ was innocent of the Racial HATE post AAR was guilty and the other incidences were still being investigated, instead hid AAR to the public on Nov. 12, 2021

    iii. BHSD during the Racial Community Meeting should have protected ROSALIA from CLASS and stated her son was innocent of the Racial Hate Crime on Nov. 16, 2021.

    iv. MUNGO and CLASS member parent Cedric McCarrall knowledgeable of SJ innocence should have taken AAR's post exposing SJ's full name out of the initial Complaint before filing it in Federal Court and/or giving WDIV local 4 the Compliant to publish it on the internet claiming "They turned a deaf ear and they turned their backs on our children" doing it with malice against Plaintiffs children filed on Nov. 18, 2021 published with local 4 on Nov. 19, 2021.

    v. BHSD leadership WATSON & KEITH during the Formal Meeting were informed that MUNGO's complaint 21-cv-12707 exposed SJ's full name did not remove on Nov. 23, 2021.

    vi. During Bloomfield Hills Education Board's update on the Racial Hate Crimes Investigations Superintendent WATSON and his assistant KIETH should have publicly announced SJ's innocence, with malice did not and formalized DEI policy and procedures and funded DEI's BHAEII (School Police) for the enterprise, on Dec. 16, 2021.

vii. Defendant LORIA should have informed President ZEKMAN SJ's innocence during the 7 on 7 sponsored by BHHS instead of hiring CJ's Cousin's assistant coach LYNCH.

viii. At the start of BHHS Varsity Football campaign 2022 Season, Coach LORIA should have discussed the racial hate crimes incidences in the locker room with football players to work as a team and state that SJ was innocent of all racial hate claims in August 2022.

ix. Defendant STROUGHTER with Plaintiffs formal notification of racial hate crimes committed against his son, refused to protect Plaintiffs instead orchestrated a plot to label plaintiff homegrown terrorist in police rpt. 22-18349 on Sept. 5, 2022.

x. Defendant LORIA falsified a statement to BTPD after STOUGHTER called the police to create a "suspicious" report, indicating Plaintiff stated he was going to beat LORIA up in the parking lot, evicted Plaintiff off the property to cool off parents, and for 26 days on Sept. 9, 2022.

xi. Defendant WATSON, KEITH, STROUGHTER, COWDREY hid SJ written school record written by MCDONALD he was a "Racist White Supremacist" erased Sept. 29, 2022.

xii. Defendant GALLAGHER stated SJ was guilty because everyone is a little racist on Oct. 19, 2022, and covered for BHSD's unlawful retaliation against Plaintiffs.

xiii. Defendant LYNCH committed a hate crime of assault and battery on Nov. 6, 2022, as assistant intimidating SJ by throwing the football at the back of his head.

xiv. The BTPD again supported BHSD and falsified background information on SJ and his father to make it appear Plaintiffs were guilty, consequently were experiencing retaliation based on their faults rather than the BHSD DEI policies and procedures on March 16, 2023.

197. All defendants were aware that SJ and his family are innocent but did not equally protect the Plaintiffs children from racial retaliation, color, race, or religious discrimination during or after school, at BHSD sponsored extracurricular activities and/or on the public school buses.

198. Defendant AAR's confession messed up the orchestrated African American protest to enforce and formally commit to DEI policies and procedures that are unconstitutional policies and procedures initiated during Covid 19 Emergency Powers. HOLLERITH through Union's control initiate the orchestrated protest on Nov. 8, 2021. Defendants et al conspired together as an enterprise. SEE the Free Press quote dated Nov. 12, 2021. (SEE Screenshot below)

> Principal Charlie Hollerith addressed racist social media posts reportedly made by Bloomfield High students in a message to the school community this week.
>
> "This behavior is deplorable, and we denounce it," Hollerith wrote. "When incidents of hate occur, our entire community is harmed. Hate has no place in our school."

199. Defendants treat White and African American Catholics or Christians parents differently that have conservative values at the African American student protest. BHSD & BTPD tried remove parents from school grounds, depriving them of their right to freedom of speech who don't support DEI policies "their cause", but selectively allowed other African American adults, not Parents of students at BHHS, to remain on school grounds, from all over State of Michigan, discriminating against parents' Christian values through DEI supported policies, by BTPD.

200.    Defendant's lack of meaningful action to end racial bullying is consistent with the culture of racial hostility that BHSD has allowed to permanent the DEI policies in their schools and other common Areas under their control, such as buses and athletic sponsored activities by BHSD.

201.    Defendants BT's police power BHSD & BTPD and its leadership subjected S.J. and his parents to involuntary servitude without equal protection profiled them "White" and branded them "Racist" fully knowledgeable of their innocence, judged guilty, without due process, publicly.

> On Monday, **school officials were made aware** of a racist social media post that was created by one of the students.
>
> On Wednesday, **the district released a statement** regarding another incident of racist hate speech. This time the comment was found written on the wall of one of the school restrooms.
>
> Students told Local 4 that there have been incidents of anti-LGBTQ+ hate speech in addition to the racist comments. They said those accused of making the racist comments are only being suspended for two days.
>
> Students participated in a school-wide walkout Friday afternoon. They hope the walkout encourages the staff to take the incidents seriously.
>
> School officials said **Bloomfield Township Police** are investigating the racist incidents.

202.    Defendants under the Color of Law intimidated and humiliated SJ's parents who defended the false allegations calling them 'White Privileged' and racist at the protest Nov. 12, 2021.

203.    Defendants misrepresented material facts to the student body, parents, media, BHHS and in extracurricular activities wrongfully exposed SJ, a minor, full name as racist, against F.E.R.P.A. and fraudulent, subjected Plaintiffs to racial hate crimes committed by defendants et al.

204. Date:2021-12-23 01:12
From:    erin@greatlakesjc.org
To:    William Wagner <prof.wwjd@gmail.com>, Dave <Dave@kallmanlegal.com>, Stephen Kallman <steve@kallmanlegal.com>
I received this intake as a referral from Clarence Dass. I talked with Mr. Jasper yesterday. My heart goes out to him. Here's the summary:
Aaron used Sean Jasper's snapchat to post a racist comment. Aaron is black; Sean is white. The comment used the "N" word. This post occurred off school grounds on a weekend. A few days later, students of their school reported it and had a screenshot of the snapchat. Aarron told the truth about the comment being posted without Sean's knowledge. Aaron wrote a confession and his parents' apologize (the mom in writing) for the post. The school suspended both Aaron and Sean for two days with two additional days of detention. Everyone believes Sean posted the comment as a racist and hateful statement. In reality, the comment was posted by his black friend as a very sad prank.
Mr. Jasper is asking for legal help to clear his son's record and tell his side of the story. He has video of the asst. principal of the school (after he knew of the confession and that Sean was not at fault), telling Mrs. Jasper that her son is a racist and made the post. This was done very publicly at a rally on school grounds. The school had Mrs. Jasper removed by police. She went to the protest in an effort to talk with people and clear her son's name. Sean is being targeted at football and taken down by players due to a misunderstanding about the post. An unredacted version of the post is included in the 150 million dollar lawsuit against Bloomfield Hills School District. It include's Sean's full name- clearly in violation of Fed. Civ. P. 5.2(a)(3).
I know there is a lot to digest here. Wondering if there is anything we can do here to help? Mot to Intervene in 150 the lawsuit with the unredacted compl. for the purposes of filing a motion to strike/seal and beginning to tell the family's story? It seems they have a few interesting First Amendment claims...I would love to know your thoughts.
God bless, Erin

205.    Upon belief and information Defendant attorney MUNGO conspired with BHSD and filed the lawsuit 6 days before Thanksgiving on Nov. 18, 2021, to ferment the ideas of systemic racism throughout Oakland County, and purposely exposed SJ's full name then marketed in media, before being assigned a judge with a copy of the initial complaint, as homegrown terrorism. Defendants humiliated and intimidated other individuals' staff, parents, and students who tried to help, with threats from leadership of retaliation, to include but not limited to the loss of their jobs, kicking them off the chain gang, evicting Plaintiff off School ground supporting a cooling effect, false claims white racism. All done by hearsay evidence collected by BTPD. Defendants trained students to do their dirty work, as minors, to commit adult felonies.

206.    Defendant BHSD and attorney MUNGO in violation of U.S. 20 ss 1232g (5) use SJ's full name, a minor, as a student of BHHS and on the Varsity Football team, did expose Plaintiffs family in the Class Action $150M lawsuit **#21-cv-12707**, and in local 4 media Article on Nov. 19, 2021, against BHSD, before a judge was assigned. BHSD and its leadership WATSON & HOLLERITH aware of federal violation have done nothing did violate BHSD's federal funding requirements to support, protect, and to provide a safe environment in Public Schools, who therefore have used Federal Funds wrongfully. BHSD's Public Schools are politically weaponized by DEI.

207.    Defendant BT's police power BTPD had a duty at a minimum to issue civil infractions for the above police reports and these types of violations, not in Bloomfield Township's charter for Defendants who have violated Plaintiffs civil rights and privileges. SJ a minor, and his parents were under the Color of Law, deprived them of due process, used BHSD's DEI policy, as LAW. Rather than investigate Plaintiff allegations of BHSD's leadership targeting their son without evidence, falsely accused after a confession from the responsible student AAR. Having in their possession the mother's apology statement to plaintiffs, and written email exposing REED.

208.    Defendant et al, attorney MUNGO & BHSD knew SJ is innocent of the racial hate crime accused of white racism, a minor, Hispanic, and a Catholic. MUNGO, being experienced in Civil law, and familiar with F.E.R.P.A new that he had to include BHSD and employees WATSON and HOLLERITH in a civil discrimination case violating the 14th Amendment, but had no real evidence thereby copied SJ's social post, rather than have it validated by the BTPD. This exposed SJ's family name, targeted by BT under color of law, claims that minors have more rights than parents, concealed police report 21-23600, without investigative duties eliminating Plaintiffs due process rights.

209.    BHSD & BTPD abused their police power and created hearsay evidence in police reports #21-23422 and #21-23764. while concealing evidence and material facts in the **case #21-cv-12707.** BHSD created a crisis of white racism purposely eliminated Plaintiffs rights under DEI policies and procedures to face their accusers with detention and violations of Plaintiffs civil rights of equal protection, freedom

of speech, used cruel and unusual punishment to discriminated against Plaintiffs race, color, and religion without y due process or the right to cross examine their accusers, forced indentured servitude with threat of suspension of their child to stop his graduation.

210.   Defendants MUNGO, BHSD, BTPD, and students under their control CLASS and TEAM made false accusations of "racism", claimed by its class members parents from Pontiac. This lawsuit subjects the Plaintiffs to future charges by Federal or State agency for domestic terrorism and future cost related to any Settlement with prejudice, because of the Protection Order issued.

211.   Defendant MUNGO profiled SJ and his mother as a "White" student and a "White" woman, branding Plaintiffs as racist white supremacists, are Hispanics, systemic in Oakland County, filed a $150M Civil Class Action lawsuit in Federal Court Case #21-cv-12707 for discrimination against African American students, when in fact, those students created racial hate crimes.

212.   Defendants MUNGO, CLASS, and TEAM conspired with BT and its leadership to weaponize public schools with political motivation with DEI polices, practices, and procedures forcing Oakland County's Education Board to allow them to use BHED to cement the enterprise, and leverage Oakland County with its power created by DEI, and its unconstitutional effects on society, voting block, controlling the students and parents through Public School policies, with force of law, undermining the constitutional rights and privileges guaranteed to citizens.

213.   Defendants created a radical racist atmosphere that caused hate crimes that were committed against Plaintiffs on BHHS grounds, who conspired with students and staff to conceal or omits evidence, prevented officer from performing duties, delays information and communication, intimidated other parents, students, staff, witnesses, discriminated against Plaintiffs rights.

214.   Defendants punished Plaintiffs cruelly and unusually by concealing evidence, misrepresented facts, and committing multiple hate crimes against Plaintiffs. Thereby branded them white racist, deprived them, unlawfully, of their constitutional rights and privileges 1st, 6th, 8th, 13th, and 14th Amendments. Defendants DEI practices discriminating on race, color, religion, with the BHSD administration, which is not the legal system, became judge and jury, discriminated against Plaintiffs eliminating their right to face their accusers in BHSD and MUNGO's case #21-cv-12707. Thereby, branded plaintiffs' racist white supremacists, eliminating their standing in the lawsuit, without due process, creates an unsafe and unhealthy environment within the Public Schools, Oakland County, and in the State of Michigan, are liable for their actions as Domestic Terrorist, racketeers, and acted as a enterprise leveraging their authority, wrongly.

215.   Defendants in essence, filed a Class Action Lawsuit against BHSD as conspirators in 21-cv-12707 in Federal Court, based on hearsay, publicly recorded a minor's name. None of the material facts thoroughly investigated by Defendants et al. The admission of <u>hearsay</u> evidence sometimes results in

depriving defendants of their right to confront opposing witnesses, as the Supreme Court observed in *Delaney v. United States, 263 U.S. 586 (1924).*

216.    Defendants on 14 occasions obstructed justice in an apparent attempt to conceal and protect multiple perpetrators responsible for Plaintiff's ongoing racist and religious attacks, threats of physical harm to SJ and his family and other parents and students of BHHS who don't agree with BHSD's DEI policies on hearsay. Prevented police officers from performing their duties by not reporting racial hate crimes to BTPD, conceal police report 21-23600 and evidence for motive with black on black racial hate crimes not disclosed at the BHEB Meeting held on Dec. 16, 2021, misrepresented to the public (http://youtu.be/BDPoMPHv0vk) "Education Board Meeting Video." **See at (1:09:00 - 1:12:25),** as reported by the BTPD Police Chief Langmeyer

    i.   BHSD concealing AAR's Confession of posting a racial hate crime on SJ's social media account without his knowledge, AAR's mother's apology letter on Nov. 9, 2021.
    ii.  BHHS preventing BTPD from doing a forensic analysis of graffiti on Nov. 10, 2021.
    iii. BHSD concealed students racial attack on SJ on the school bus Nov. 11, 2021
    iv.  BHSD exposed SJ's last name and stated his post caused protest and disallowed Plaintiff to confront their conspirators/predators on Nov. 12, 2021.
    v.   BHSD & MILLER concealed Plaintiff's Police Report 21-23600 filed on Nov. 12, 2021.
    vi.  BTPD & MILLER & MCGRAW did not investigate racial hate crime and prevented police officer Wilson and BTPD from preforming their duties on Nov. 12, 2021.
    vii. BHSD & MILLER concealed Plaintiffs emails to ofc. Wilson & Watson Nov. 14, 2021.
    viii. BHSD, WATSON, KIETH, MCDONALD, HOLLERITH, REED, MILLER, MCGRAW and MUNGO, CLASS & TEAM concealed SJ's innocence and AAR guilt on Nov. 12, 2001.
    ix.  MUNGO CLASS, minors, and parents refused to allow BTPD to investigate racial hate crimes (3) offenses Nov. 10, & 11, & 15, 2021, graffiti and hanging doll, respectfully.
    x.   BHSD and BTPD leadership conceal attack on Plaintiff ROSALIA on Nov. 16, 2021
    xi.  BHSD, MUNGO, and MILLER do not investigate African American racial hate crimes by BHHS and students against Plaintiffs (victims) on Nov. 8, 9, 10, 11, 12, & 16, 2021.
    xii. MUNGO, BHSD, & MILLER concealed evidence, publicly displayed SJ's full name, a minor, Nov. 18, 2021in case 21-cv-12707 and News Article Nov. 19, 2021, by local 4.
    xiii. BHSD's leadership WATSON & KEITH refuse to remove SJ's name from MUNGO's Class Action Lawsuit fully aware it is a FERPA violation, and target Plaintiffs with malice to support the enterprise and control of students and parents,

with force of law, in discrimination of constitutional rights with equal protection Nov. 23, 2021.

    xiv.  BT's leadership conceals SJ's innocence by wrongful updating in BHEB Dec. 16, 2021.

**217.** Upon belief and information Defendants et al, fully aware of their unlawful actions, participated in the covered up of racial hate crimes against Plaintiff's and profiled and branded them racist white supremacist, concealed material evidence which has now exposed their conspiracy of an enterprise and the racketeering a power grab by Unions supporting Democratic elected leaders and laundered federal funds to support those candidates, falsifying material facts, to formally get BHEB to establish DEI policy and procedures within Oakland County's public schools. Defendants under false pretense made it appear BHSD had existing white racist supremacist policies that discriminating against LBGQT+ and African American minority students using AAR's post on SJ's account as the perpetrator. Providing an unfair bias and hate crime learning environment without DEI being used in BHSD public schools.

**218.** Defendants conspired together committing fraud through the public schools practicing DEI policies targeted Plaintiffs SJ and his family for their Enterprise's racket which was MUNGO's lawsuit.

**219.** Defendant Principal LUPONE actions of fraudulently concealing material evidence that supports Plaintiff claims of (the conspiracy) label's SJ the "Perpetrator" and indicates mother was notified after SJ's suspension, notified by phone in his written detailed behavior record provided on Sept. 30, 2022. SRO MILLER had closed the criminal investigation on Sept. 2, 2021, police report case 21-23422, with no suspects. On Nov. 15, 2021, SRO MILLER suppresses evidence provided by Plaintiff in police report case 21-23600 indicates AAR's racial intimidation on SJ social Snapchat site is a school matter. Plaintiffs never being notified by BHSD. Defendants MUNGO, LUPONE, HOLLERITH, WATSON, MCDONALD and SRO MILLER were all aware of AAR's confession that he was the "Perpetrator" and his mother's apology letter indicating AAR knew better than to act this manner being African American, and HOLLERITH to notify the community, but did not. (See Highlighted Screenshot below)



220. Principal HOLLERITH met with RICHARDS and AAR on Nov. 9, 2021, during ARR's confession notified BHSD he was the perpetrator. Mrs. RICHARDS wrote an apology to the Plaintiff's, and they provided it ro BTPD in a formal police report #21-23600 on Nov. 12, 2021, and Officer Wilson notified SOR MILLER at the time of the report and on Nov. 14, 2021. LOPONI, HOLLERITH, WATSON KEITH (McDonald), and MCDONALD were aware of SJ's innocence.



221. SOR MILLER fully aware of AAR's confession for intimidation of African American students confessed to being the perpetrator suppressed material evidence form criminal investigation and didn't use the WARRANT for students Snapchat accounts to investigate SJ's Snapchat account used by AAR as intimidation of African Americans. **"I hate Ni\*\*ers they need to be Extinguished"**.



222. MUNGO's members the (CLASS) conspire with BHSD and BTPD creating hearsay and fraudulent evidence for the $150M lawsuit. On Nov. 16, 2021, BHSD held a racial community meeting and SJ's mother was attacked by CLASS, calling her and SJ racist white supremacist. Defended by a African American mother who saw RICHARDS apology letter, but not by HOLLERITH or WATSON who had a duty to provide equal protection under the Fourteenth Amendment. (See Screenshot Below)

> 191. On or about November 16, 2021, BHHS held the Community meeting where they were supposed to address the racially discriminatory misconduct going on at BHHS. While in attendance, Plaintiff, KF was approached by a White student's, mother (whose son made a Snapchat post that said "all niggers should be extinct") who was yelling and attempting to justify her son's conduct.
>
> 192. The superintendent who was present at the meeting did nothing to stop the woman but allowed her attempt to justify her son posting a social media message that said "All niggers should be extinct", as if he believed the conduct could be justified. Defendants Watson and Hollerith knew and or should have
>
> 41
>
> Case 2:21-cv-12707-MAG-KGA   ECF No. 10, PageID.109   Filed 12/22/21   Page 42 of 88
>
> known that this racially discriminatory custom and practice had permeated BHHS yet they failed to take action and or adequate action to stop said conduct by White students.

223. MUNGO used police report cases #21-23422 & #21-23764 to create additional false hearsay evidence centered around the orchestrated racial discrimination within BHHS and the student protest with class members actions, center on AAR's actions racial intimidation on SJ's account, under false

pretenses. MUNGO claims that WATSON and HOLLERITH don't act against perpetrators, but SJ is suspended for AAR's actions under false pretenses who confessed to his racial intimidation on Nov. 9, 2021, but MUNGO makes it appear SJ is the perpetrator and white vigilante. **(See Screenshot Below)**

that the incident greatly frightened and disturbed her. S.M.'s counselor dismissed these concerns.

49.   Defendants WATSON and HOLLERITH knew and or should have known of the above described incidents and refused or failed to investigate and or adequately investigate this incident and take any action against the perpetrators.

224.   HOLLERITH email and MCDONALDS suspension letter are inconspicuous with its detail to imply SJ was perpetrator of AAR's post indicating "One Person" and "Inappropriate Post" responsible for the racial intimidation, LUPONE put in SJ's Detail Behavior Record he's "the perpetrator" and MUNGO copies and paste AAR's post using SJ's full name on the initial complaint and has local 4 news publish it on the internet with full blown TV coverage to make it appear a WHITE student did it because of his skin color, misrepresenting Plaintiffs SJ and his Mothers race. **(See Screenshot Below)**

From: Bloomfield Hills High School <noreply@bloomfieldhills.myenotice.com>
Date: November 8, 2021 at 4:57:24 PM EST
To: rosalie.jasper@yahoo.com
Subject: Message from Principal Charlie Hollerith
Reply-To: Bloomfield Hills High School <communications@bloomfield.org>

November 9, 2021

Mr. and Mrs. Lawrence Jasper
265 Marlborough Dr.
Bloomfield, MI 48302
littlepixies@yahoo.com

Dear Mr. and Mrs. Jasper,

Dear Bloomfield Hills High School students and Families,

Today, we were made aware of a racist social media post by one of our students. This behavior is deplorable, and we denounce it. When incidents of hate occur, our entire community is harmed. Hate has no place in our school.

This letter is to confirm your son, Sean, has 2-day, out-of-school suspension from Bloomfield Hills High School, Tuesday, November 9 and Wednesday, November 10, 2021 and a 2-day in-school suspension on Thursday, November 11 & Friday, November 12, 2021, for an inappropriate social media post.

225.   MUNGO fully aware SJ is innocent, told by his members in a Zoom call prior to filing the initial complaint and after by BHSD's attorney's. Plaintiffs informed WATSON and KEITH about MUNGO exposing SJ full name by copying and post AAR post on SJ's account in their formal hearing on November. 23, 2021, changes the exhibit used in Appendix 4. This social post is the foundation of MUNGO's class action, which occurs in Oct of 2021. **(See Screenshot Below)**



I hate niggers they need to be extinguished

226. On April 27, 2023, Plaintiff notified BHEB with WATSON and KEITH (McDonald) and AP MCDONALD present that they did not disclose to the public AAR's criminal racial intimidation post (Read into BHED record in public comments) settled MUNGO's lawsuit in May of 2023, without going to trial. Concealing their conspiracy under seal and abusing their authority, under color of law, used this and other hearsay evidence to commit fraud on the taxpayers.

227. Defendants with malice falsely, effectively, willfully disregard for their duties, publicly displayed Plaintiffs represent a group that are a national systemically White racist and discriminated against their color, race, and religious values, weaponized BHSD's Public Schools with DEI policies and committed racial hate crimes against Plaintiffs, did encourage staff, parents, and students to commit bias actions, intimidation, and humiliation and hate crimes at BHHS and its school's functions, thereby, are defined as domestic *terrorism under U.S.C. 18 ss 2332b(B)(g)(5)(B).*

228. Plaintiffs and other students and parents repeatedly asked Defendants for information concerning the Defendants criminal investigations of these incidents. Defendants' responses were evasive, incomplete, and misleading. On some occasions, Defendants did not respond at all, misleading, or FOIA costly that only subpoenas would unseal their criminal actions.

229. Defendants accused Plaintiffs of racial hate crimes, "White" Supremacy, and claimed systemic racism in Oakland County, themselves inducing racial hate crimes, abused their authority under the color of law, and provided MUNGO with hearsay evidence for their Class Action discrimination lawsuit in violation of the "Equal portion Clause" and fraudulently concealed their intent and criminal actions working the system and weaponizing BHSD's public schools.

230. Defendants in **Class Action No. 21-cv-12707,** fraudulently claimed racial discrimination by SJ, a minor, student, and his parents of being a part of "White" supremacy. **Plaintiffs were not Defendants in this lawsuit** but were used **as an example in the lawsuit:** *"failures take place in the context of a national and local climate of fear associated with the killing and injury of people of color by White vigilantes and others".* **Plaintiffs lives were put in danger with this malice abuse of power.**

231. Plaintiffs are painted guilty when they are innocent by Defendants et al of racism against African Americans without due process, or a standing in 12-cv-12707. Thereby not given a voice to defend

their innocence or a right to face their accusers denying them "Equal Protection" by BT's leadership using their ordinances to circumvent their First and Fourteenth Amendment, under color of law.

232.    DEI policies and procedures allowed the use of hearsay evidence to be entered through BTPD's cases 21-23422 & 21-23764 filed by members of MUNGO's class action for a $150M lawsuit. Appendix's 1-7, given to police station by adult with no accountability, except Appendix 4 which was accomplished through AAR, who confessed to the racial intimidation post **"I HATE NI\*\*ERS THEY NEED TO BE EXTINGGUISHED"** MUNGO made it appear SJ did it. (SEE Screenshots below)



233.    Plaintiffs have never spoken with Principal LUPONE and received DETAIL BEHAVIOR report from Watson who attached LUPONE & MILLER on chain mail, and MUNGO initial complaint with perpetrators.

> Officer Manor and I walked the perimeter of the school and the interior hallways, we did not locate any additional graffiti. We advised the night shift custodial staff to contact our department if they locate anything offensive in the building.

234.    Defendants et al, are in violation of **privacy rights (F.E.R.F.A.) 5(A)** disclosed Plaintiff last name publicly and accused of a racial hate crime to support their Class Action lawsuit: _discrimination against African Americans students within BHHS_. Plaintiffs' safety was jeopardized and continues to be in harm's way, because of radical retaliation by African American and Caucasian students and parents and/other individuals in the belief the Plaintiffs are guilty of white racism, falsely made public by Defendants. Plaintiffs have endured and suffered great trauma because of it and fear future retaliations.

235.    Defendants' actions in public filed case 21-cv-12707, the media, at BHHS. BHSD and MUNGO exposed their son's last and full name and forced Plaintiffs into involuntary servitude in public schools

in order for their son to graduate. Intentionally targeted SJ and his family that put them in harm's way, using the public school extracurricular activities sponsored by BHSD to commit additional hate crimes by students and staff. Plaintiffs feared for their lives daily and were humiliated 2020-2023 school years.

236.    Upon information and belief, Defendants failed to conduct a minimally satisfactory criminal police investigation of racial hate crimes against African American students in #21-23422 and #21-23764, and/or did not report racial hate crimes against Plaintiffs or initiate any investigations of these racially motivated acts of hate, or other incidents of racial hate crimes above and below herein.

237.    Defendants BT's leadership conspired and orchestrated a discrimination crisis, only reporting racial hate crimes or incidents that were supposedly committed against African American minority students and/or anti-LGBTQ+ hate speech forcing students and parents and staff to enforce discriminatory DEI policies and procedures that were implemented by Unions within Oakland County Public Schools, unlawfully, during and after Covid 19 emergency powers.

238.    BHSD administrators conspired and discriminated against Plaintiffs claims of hate crimes committed against them, by using DEI practices, policies, and procedures to falsely accuse them of a being racist. Thereby created a "cooling effect" and filed a suspicious police report #22-14839 during Football Game with false accusation in front of parents and students, so that other students and parents were intimidated and forced into involuntary servitude.

239.    BHSD's DEI is unconstitutional, and deprived Plaintiff's and the school community of freedom of speech and religious views, who feared leadership authority, calling them White Racist.

240.    Defendants publicly exposed SJ as a white racist, fraudulently, creating radical retaliation by African American and Caucasian students and Staff who believed in DEI. Created an unhealthy academic environment based on DEI policy, selecting players on race, color, and political views, rather than talent. Defendants through discrimination deprived Plaintiffs of their rights and privileges based on their race, color, and religion, unlawful, failed under the Color of Regulations, Practice, Policy, and Law to provide a competitive fair environment.

241.    Defendants upon information and belief conspired with Defendants Class Action Lawsuit filed against BHSD in case #21-cv-12707. Plaintiffs are falsely accused of racism to implement their approval of their DEI (a cause) rules, policies, and procedures on December 16, 2021, through BHEB, circumventing the authority of Oakland County education board. Defendants practiced DEI within BHSD without approval of Oakland County Education Board, in 2020, used Covid 19 emergency power. BHSD used DEI policy did falsify events and racial issues to trained teenagers at BHHS for training Grade 8 students as Senators to train children as young as kindergarteners in DEI unconstitutional discriminatory policies. Hired Interpreters as staff supervision used minor's and formed a "Student Equity Council" BHAEII to teach their DEI discriminatory values on religion, race,

color, sex orientation to undermine parent's rights and religious beliefs and freedom of speech through intimidations, and bribes, implying that students are government (State) property, politically motivated and have been effective in elections recent elections in 2020-2022 in Michigan by voters ages $18-21$.

242. Defendants Class Action Lawsuit was filed against BHSD in case #21-cv-12707, to support the enterprise's illegal action against Plaintiffs, who has laundering taxpayer dollars, branded and profiled white racist, falsely accused of racism, caused retaliation against Plaintiff.

243. Defendants et al, abused their authority, misused their licenses and leadership positions, failed in their duties, and made false racial claims. If left without being confronted, shall either be the burden of the taxpayer or fraudulently misrepresented to BHSD's insurance company.

244. Defendants MUNGO and WEAVER in case 21-cv-12707 Class and BHSD made fraudulent claims of racial hate crimes that violated Plaintiffs 6th & 8th amendment rights. BTPD failed to investigate any of the plaintiffs who reported (5) retaliation racial hate crimes. ***Therefore, Plaintiff have the right to confront their accuser. In Mattox v. United States, 156 U.S. 237 (1895), the Supreme Court enunciated the three fundamental purposes that the Confrontation Clause was meant to serve:***

1. To ensure that witnesses would **testify under oath** and understand the serious nature of the trial process; and

2. To allow the accused to **cross-examine witnesses** who testify against him; and

3. To allow jurors to assess the **credibility of a witness** by observing that witness's behavior.

245. Defendants' failure to exercise their duty extends beyond the school building to other Areas under their control, such as school buses, school sponsored athletic events, but also a minor's protection from outside forces such as a Federal Lawsuit or News Media station WDIV from exposing the minors full name, creating a racially charged environment throughout Michigan. Eliminating Plaintiff financial means, by leveraging Oakland County to purchase his project in Pontiac on May 17, 2023, who entered into purchase agreement through the GSA illegally obtained purchase agreement, an unofficial custom.

246. Defendants et al, made it appear Plaintiffs were racist through involuntary servitude forced to be quiet within the Public Schools under the Color of Law abused its police power. Further have branded Plaintiffs with no due process or equal protection an attached the stigma of racism, publicly, through media, in court, Oakland County and BHSD's public school system, at BHHS are libel and slanderous.

247. Defendants et al, cannot be allowed to weaponize local or state governments through the Public Schools. The DEI policies give "authority" for TEACHERS to become Judge and Jury against students and parents, compel speech without due process or equal protection violate citizens constitutional rights for all US Citizens. Thereby, Defendants et al are Domestic Terrorists, as defined in *USC 18 ss 2331.*

248. Defendant MUNGO and BHSD profiled SJ and his mother as a "White" student and a "White" woman, who are racist within BHHS and at the student protest, at Community Racial Meeting, at BHEB

meeting, and in the $150M Class Action filed in Federal District of African American discrimination **Court Case #21-cv-12707**, the department, agency, and officers misinformed the community.

249.    Defendants BT and its leadership were all are aware of plaintiffs innocence falsely accused of racial hate crime, did not protect Plaintiffs children from the misrepresented to the media, making SJ's family name public, with no formal Hate Crime notification made it appear SJ did AAR's crime.

250.    Defendant MUNGO targets Plaintiffs mother and labels her as White, discriminating against her race, making false statements in his amended complaint, that she attacked class members when in fact they were heckling her in Community Meeting calling Plaintiffs' racist. BTPD's conspirators knew the racial retaliation that was occurring and the discrimination at BHSD within its sponsored extracurricular activities on and off school grounds, on the school buses, violated Plaintiffs 14th Amendment and Title VI equal protection had a duty to the public, safety. Racially discriminating against Plaintiffs with false accusations for their politic DEI cause, denies constitutional rights, compels speech and forces culture.

251.    Defendants on Jan. 7, 2022, received a protection order issued for students of CLASS minors, does not include Plaintiffs minors SJ & SE, students of BHHS. MUNDO and BHSD exposed SJ's full name to the media and concealed the accusers. Further unlawful actions by class are concealed, with DEI policy, using student minors to supply hearsay evidence for hate crimes **(SEE screenshot below)**

> 3.    Counsel for the parties shall be strictly limited in sharing this information. They may share these identities with his clients, other lawyers and support personnel at his law firm with the understanding that this information be shared solely for the purpose of advancing the litigation of this case.
>
> 4.    Counsel for the parties also may, when necessary, disclose these identities to third parties, such as potential fact witnesses and expert witnesses in this case.
>
> 5.    Counsel for both parties agree to keep written records of the persons or entities to which they have disclosed the Plaintiffs' identities pursuant to paragraphs 3 and 4 above.
>
> 6.    Any person to whom the Plaintiffs' names are disclosed must be provided with a copy of this Protective Order and must agree to abide by its limits on disseminating Plaintiffs' identities.
>
> 7.    Unless required by law, the parties and counsel for the parties and experts shall not disclose Plaintiffs' names for purposes unrelated to the litigation of *this* case and shall not disclose in whole or in part any of the Plaintiffs' information, data or documents except for the purposes of mediation or preparation for the trial of this case this prohibition extends to communications with media.
>
> 8.    The Plaintiff and Defendants shall not disseminate or provide for review any documents or copies thereof containing names of Plaintiffs to any individual or party not permitted to receive or review disclosure of Plaintiffs' names under the terms of this Protective Order.
>
> 9.    The Parties further agree to protect the Plaintiffs by filing motions and other documents under seal when necessary to prevent public disclosure of their identities.

252.   Upon information and belief the officers of BHSD in a sponsored BHSD 7 on 7 camp June of 2022 with the Booster Club oversight. Isolated SJ as a racist. President ZEKMAN called Coach LORIA who hired CJ (quarterback) Cousin LYNCH as his assistant, who orchestrated racist retaliation against SJ. In July of 2022 Defendant ZEKMAN president of Booster Club created a "Senior" practice without BHSD supervision on BHHS property an African American adult showed up a friend of CJ to practice with Varsity Team from Pontiac, eyeing to injure SJ, 21 years old, wearing a red helmet, and large gold chain. None of the Varsity players had football pads or helmets. In GAME 1, 2, 3, & 4 PN played with a concussion, pursuant to Michigan's state Law Coaches must take concussion courses every year. Coach LORIA knew about PN concussion, and his rule that senior play the games, but replace SJ with PN a junior with a concussion. While his father was evicted from premises tried to convince SJ to switch positions, had he, SJ would never have a full game, in game 5 after PN prior spinning in circles in game 4 was the MVP and BHHS won their first game. Football players JH along with CJ were continuously pounding SJ in Practice. JH playing Defensive Tackle waited for SJ to do to him what he did to Farmington's team in GAME 9 on Oct. 21, 2022. BHSD failed to provide a safe and healthy environment with equal protection. After GAME 9, Plaintiff tried to inform parents of Coach LORIA's hate crimes, using PN & JH, putting players at risk of injury, and discriminated against Plaintiffs. Plaintiffs comments were deleted compelling speech. PN stated to SJ while turning in his pads "Have a good life". BT's officers, departments, and agency conspired to entice retaliation to conceal unofficial custom and DEI agendas, suppress speech, due process, and equal protection. (SEE Screenshot below)



253.   Defendants officers refused to report racial hate crimes to BTPD happening to SJ at BHHS its buses and during it exocuticular activities, #22-14839 and process for and discriminate against Plaintiffs, an engaged the students to harm plaintiffs, police officers concealment of true facts made it appear the Plaintiffs were racist and caused of the retaliation in police report #22-14839, and denied plaintiffs due

process in police report **#21-23600** and in **#22-20393** filed because Coach Lynch threw the football at the back of SJ's head, assault and battery intimidation. The Police officers who took the report after WEAVER's involvement with Ofc. McGraw stated AAR post on SJ's account caused racial retaliation who didn't delete it. SJ deleted the Post within 24 hours, and fought to get others from spreading it on social media argued continuously by Plaintiffs with no avail, since Nov. 9, 2021, the schools false hate crime accusations. AAR wasn't a friend but a predator who committed a racial hate crime, under false pretense stated he was going to quit the Varsity football team in 2021, to get on SJ's social media played all year as a junior on the Varsity football team in 2022. SJ was not allowed to play his Senior year, talented, because of his race, color, and religious and conservative values. **(SEE screenshot below)**

> Incident: Assault/Battery
>
> Date/Time: 10/12/2022, 1715 hrs.
>
> Location: 4200 Andover (Bloomfield Hills High School Football field)
>
> Victim: Sean Jasper
>
> Suspect: Devon Lynch (Unknown, Assistant football coach)
>
> Background:
> In 2021, Sean Jasper was accused of posting racially derogatory posts on social media. It was later discovered that he allowed a friend to use his phone to make the posts but did not delete them.

254.    Defendants conspiracy orchestrated the Varsity football players Defendants (TEAM) on to injure, humiliate, and intimidate SJ (Victim). Coaches purposely tried to injure SJ in their scrimmages, on the practice field, and at BHSD sponsored events, using students to carry out the felonies, unprofessional regulation play. Additionally, put the safety of other students at risk, by playing injured football players to keep SJ out of the spotlight in official GAMES. Further with false claims evicted SJ's father off the BHSD grounds for 26 days and deprived SJ and his parents of priceless moments. Defendants discriminated against Plaintiff's talent based on color, race, and religion provided by their DEI Cause a violation of their 1st,6th, 8th, 13th, and 14th Amendments rights and privileges,

255.    On Sept. 5, 2022, Plaintiff's made formal claims of racial hate crimes and bullying by TEAM and Coaches. Thereafter, set in motion another orchestrated plan to make SJ and his parents appear as racist WHITE supremacists and/or "Homegrown Terrorist" creating false incidences to support that claim, falsified information with prejudice and malice, to injured Plaintiffs, conceal evidence, and initiate a fishing expedition to find out what Plaintiffs had videotaped and parents and students were concerned of the racial division in the locker room and on the field, during the games and in practice.

256.    Defendants et al, are liable for injuries and damages created through these false statements and the unlawful actions outline herein and thereafter. The antitrust conspiracy falsified systemic racism and waged war on Plaintiffs and White and Black Christian conservatives' traditional values with their DEI policies and unofficial customs. Plaintiffs are directly affected by Defendants MUNGO's Class Action v. BHSD lawsuit 21-cv-12707 false accusations, hearsay, and retaliation create injury to plaintiffs.

257.  Plaintiff's relied on Defendants authority under the Color of Law punished parents and students who oppose DEI cause, unofficial custom with bias, violated civil rights inducing involuntary servitude to Participate in the Public Schools without due process, as a law, that discriminates against sex, race, color, and religion, alienating Christian values, taking away their constitutional within a federal institution creates an unhealthy and unsafe environment in Oakland County's & BT's public education. Defendants BTPD fully aware plaintiffs were innocent, didn't issue a civil infraction for racial bias at the protest to BHHS's leadership racial discrimination, not a crime under the ordinance **MCL 600.8709.**

258.  Defendants at BTPD concealed Plaintiff evidence, misrepresented facts, and conspired with BT's antitrust conspiracy that controls police departments. Plaintiffs (4) different occasions in <u>Police reports #21-23600, #22-18439, #22-13816, and #22-20939, hiding the racial hate crimes that were committed against Plaintiffs at BHHS and during the exocuticular activities sponsored by BHSD in an attempt to paint Plaintiffs as homegrown terrorist, Further they provided MUNGO's with hearsay evidence for his case #21-cv-12707, by using the DEI policies and procedures, to eliminate due process and circumvent prosecution under the color of law. New evidence points to DEI retaliation in a Hit & Run accident.</u>

      i.  Defendants concealed police rpt. #21-23600, in BHEB meeting, both Superintendent Watson and police chief Langmeyer on Dec. 16, 2021, never disclose SJ's innocence.

      ii.  Defendants protect Hit and Run driver BT's attorneys stopped prosecution a perpetrator without any further investigation. After (10) 911 calls on a Sunday Night walking distance to police and fire dept. is 10 min. but takes them 30 min. to show up. In a meeting on Oct. 19, 2022, police stated the reason for the delay they had to go the long way. The Police Chief, newly appointed in June of 2022 specialty is dispatch, replacing Langmeyer a DEI sympathizer conspired with BT, and enforced discriminatory actions against Plaintiffs.

      iii.  Defendants evict Plaintiff's father off BHSD grounds, without merit for 26 days by a false statement and allegation of Plaintiff threatening Head Coach to beat him up in parking lot. After being notified of Racial Hate Crimes against SJ on the football field, during practice, and other parents and students concerned of the racial intimidation on the team, used this action to provide a cooling off incentive to quiet parents and students. Using the police by circling plaintiff at the end of Varsity Football GAME 3 spectator stands full and watching.

      iv.  BHSD's & BTPD unlawful actions to suppress speech, due process and equal protection caused retaliation. Plaintiff questioned the reports, with no response. Additionally, SJ was attached again at the bus stop by students, questioning if his Father's was going to file a lawsuit against the Coach Lynch, and how long his sisters years had been homeschooled. Plaintiffs, fearful of retaliation, not sure how students knew this, decided to file legal case with the Statements for the reports, because certain officers were conspiring with BT and

its leadership continuously undermining their issues of racial retaliation and no protection suppressing the reports within the school and/or happening in the communities.

259.    Defendants are breeding homegrown terrorism within the African American communities, racism being center stage, incorporated DEI policies within BHSD, discriminating against color, religion, and race. Thereby, they have deprived SJ and his parents and other students and parents of their rights and privileges, prevented police officers from performing their duties, and obstructed justice, intimidating Plaintiffs, staff, and witnesses bias to the DEI policies and unofficial custom on race, color, and religion.

260.    Defendants antitrust conspiracy prevented BTPD police officers from performing their duties, and obstructed justice. AAR confessed to a racial hate crime against SJ, African Americans **"I hate Niggers they need to be extinguished"** AP MCDONALD lied to SJ indicating they were to make a video proving his innocence wrote in his suspension letter "an inappropriate social post", misleading anyone reading it, LuPone wrote he was a sexist and racist in his school record cruel and unusual punishment, while SOR MILLER closed Plaintiffs police report #21-23600, made to help the criminal investigation

261.    Defendants obstructed justice by concealing material evidence in #21-23600 and attacks on SJ on the school bus by DEI student sympathizers on 11-11-2021. Police report #21-23422 made by BHSD investigated by MILLER never reported #21-23600, did not include surveillance videos for the graffiti in a hate crime criminal investigation. AP MCDONALD reviewed the surveillance, but it was not kept as evidence, displaying the same student entering the girls bathroom on different days. Richard's apology letter is not incorporated nor is AAR interviewed for motive. Police Chief Langmeyer on Dec. 16, 2021 at BHEB aa duty and obligation to report did not. BHSD never provides clarity on SJ's written record on Feb. 4, 2022, plaintiff hired attorney, changed on Sept. 29, 2022, still indicated SJ was the perpetrator, a day before college deadline for applications, deprived plaintiffs of rights and privileges in violation of their civil rights through BT's antitrust conspiracy, under U.S.C. 42 ss 1983 & 1985.

262.    Defendants used racially motivated politic DEI policy in the Public Schools, authorized by OCASB abusing their duties in a radical manner to fundamentally change rights and privileges given to students and parents within the USA. Defendants discriminatory DEI policies an unofficial customs undermines constitutional rights through the State of Michigan's accommodation law used in an antitrust conspiracy to sway the new voting block for Democrat's power base with the use of unofficial LGBTQ+ secular culture controlled administration, leveraged students, staff, students intimidating, bribing, or coercion politically motivated and is considered domestic terrorism under *U.S.C. 18 ss 2332b(g)(5)(B)*.

263.    Defendants target Plaintiff's children at BHHS, to initiate a crisis, and have discriminated against their race, color, and religion. Conspirator MUNGO filed a $150M Class Action lawsuit against BHSD, WEAVER conceals the enterprise. Plaintiff's a systemic "White" Racist national problem that threatens CLASS members **"who fear for their life",** because an African American student's post on SJ's social

media site, used by BT's antitrust conspiracy to create a crisis supporting their national power base, specifically Democrats in the election process, libel for false media written information, base in politics, in a racketeering scam for $150M dollars. Thereby, Plaintiffs are not given a standing in case 12-cv-12707 on purpose so as to eliminate any cross examination or under oath statements, **undermining the Constitution,** *as defined in U.S.C. 18 ss 2331, title 42 ss 1985, in violation of FERPA.*

264. Defendants created a radical racist atmosphere that caused hate crimes that were committed against Plaintiffs on BHHS grounds without reporting or investigating them, conspired with students and staff to conceal or omits evidence, obstructed racial hate crime investigations, concealing information and/or communication, sometime no notification with intimidation and humiliation to cover up their unlawful actions and perpetrators committing hate crimes against Plaintiffs for their "DEI" cause/policy.

265. Defendants coerced AAR to brand SJ, then cruelly punished Plaintiffs branding them racist WHITE supremacist violating their 1st, 6th, 8th, 13th, and 14th Amendment rights within a federal institution.

266. Defendants antitrust conspiracy significantly encouraged or coerced DEI sympathizers proliferate religious white supremacy in Oakland Country with claims that students feared for their lives and death by White Christians. Fundamentally changing the country's Republic within the public schools by the DEI policy and unofficial customs re-educating minors with LGBTQ+ culture, are threats to society.

267. Upon information and belief Defendants et al, have used students at BHHS, communized parents use of <u>African American students to commit racial hate crimes to make it appear African American students and LGBTQ+ fear</u> a systemic white racism problem within BHHS to approve their DEI polices and provide injury to Plaintiffs. Perpetrators Class Action students were never allowed by their parents to speak to police officers, aggressively with malice created hearsay evidence for the lawsuit. The antitrust conspiracy in a racketeering scam and under the Color of Regulation, Practice, and Policy, with force of Law misled and injured Plaintiffs. BT's controlled police power in a dereliction of their with no accountability, concealed evidence and obstructed justice. BT's ordnances, deprived parents, and students of their constitutional rights weaponizing BHHS with the State's DEI policy and unofficial customs. If Plaintiff can't confront their accusers, rely on authority figures or go to police departments, future violations of their rights is eminent. Providing the enterprise with unstoppable political power in Public School through intimidation, bribes, and parent actions leverage students children not protecting free speech, equal protection, or due process, leads to this. **See Below** parent refusing to speak to police.

> The student who originally reported the first incident, ⬛⬛⬛⬛⬛⬛⬛⬛, also reported this second incident to the front office. ⬛⬛⬛⬛ was in the office along with her mother ⬛⬛⬛⬛. I requested to speak with ⬛⬛⬛ and her mother. ⬛⬛⬛ stated her daughter would not be providing a statement, oral or written, ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛.

268.    Defendant denied Plaintiffs the ability to face their accusers, branded guilty, with no due process, supports the antitrust conspiracy because the racketeering scam needed to be seen as White Racism to be used in Pontiac's downtown development with the State of Michigan's and Oakland County's $130M partnered with BT and controlled agency, departments, and officers. Intimidated parents and students into involuntary servitude within Public Schools violating their rights and privileges. Defendants of the DEI policy and unofficial customs are being used in the federal funded Public Schools and for elected officials for education officials, trustees, and officers of BT and Oakland/Pontiac municipalities tied into the "Authority's" appointed Board of Directors to circumvent the law with the use of a commission weaponizing Oakland's public schools for elections, thereby are domestic terrorist. The State possesses the Public Schools through its control of the accommodation law RCAA, a United States institution; the victims parents and students of Christian faith controlled by local ordinances or re-education camps.

269.    Defendant threats of discriminatory actions and non-actions of Bloomfield Township (BT) agency authority and responsibility have a duty to protect its citizens and students to provide safety, uphold the law, peace keeping, and the security of BHHS under the Color of Law deprived Plaintiffs (victims) of their civil rights and conspired to conceal evidence that protected Plaintiffs from the false accusations and punishments without due process, eliminating rights, or privileges and caused stigmatic injury.

270.    Defendants in **Class Action No. 21-cv-12707**, fraudulently claimed racial discrimination by SJ, a minor, student, and his parents of "White" supremacy. **Plaintiffs are not Defendants in this lawsuit** but were used **as an example**: _"failures take place in the context of a national and local climate of fear associated with the killing and injury of people of color by White vigilantes and others"._ Plaintiffs were found guilty of racism against African Americans without due process, forced to be quiet, threatened with false charges by BT's officers, within a public school, on the football field and in the township.

271.    Defendants with prejudice targeted Plaintiffs and did to Plaintiffs exactly what they claimed was happening to people of color in case #21-cv-12707, worse induced the radical Domestic Terrorism with AAR's post **"I HATE NIGGERS THEY NEED TO BE EXTERMINATED" conspired** with the State of Michigan's antitrust conspiracy in a racketeering scam for Pontiac's downtown development.

272.    Despite Plaintiff complaints, police reports, attorney's WEAVER & MUNGO state actors conspired to leverage Plaintiffs skin color to sell WHITE systemic racism in Oakland County, an egregious abuse of their authority unlawful for the use of the DEI policy an unofficial custom for politic and personal motivation deprived Plaintiffs of their constitutional rights and protections under the Color of Law.

273.    Defendants unofficial custom provided and indorsed racial hate crimes against SJ and his parents, fraudulently with knowledge, provided an unsafe and unhealthy learning environment, no equal protection under the Color of Regulations, Policies, Practices and Law created Plaintiffs trauma, fearing for their lives, racial retaliation, physical repercussions, and monetary difficulties.

274. Plaintiffs priceless moments were lost because of the State of Michigan first DEI legislation known as REGIONAL CONVENTION FACILITY AUTHORITY Act of 544 of 2008 contains an Affirmative Action clause, disguised economic recovery is an accommodation law for LGBTQ+ its "Authority" fraudulent concealed its unlimited power as a commission used within the municipalities an antitrust conspiracy depriving private development controlled of Oakland County/City of Pontiac's municipality and its Public Schools is **a miscarriage of justice with the weaponization of Public Schools**.

275. Despite BT's BHSD & BTPD being notified of race discrimination, misrepresentation of facts, false narratives, and related injustices by staff & students against SJ and his family and MUNGO's **case No. 21-cv-12707** have failed and continues not to take steps reasonably calculated to stop the discrimination, have concealed the misrepresented facts and committed racial hate crimes against plaintiffs, unlawful. Defendants took actions against their sworn public duties, unreasonably, to further their political "cause" (DEI), rather than to ensure the Plaintiff's safety, a good educational environment and destroyed the ability for a future livelihood.

276. Defendants deprived Plaintiffs of their constitutional rights and the ability to confront their accusers, attached a racist stigma that cannot be erased by BT and its leadership and with MUNGO's and WEAVER's state actions in the Class Action lawsuit case #21-cv-12707 within Oakland County.

277. Despite Defendants et al, being knowledgeable and bound by Duty obligations to protect students, branded SJ family guilty of racism, exposed SJ's full name, a minor, in 21-cv-12707, parents displaying it in local 4 news, AP REED and the students (CLASS) in the protest live on Facebook, broadcast local 4 news reporting, at its community meeting concealed evidence. Thereby, are libel for their slanderous stigmatic injuries and caused the racial discrimination and retaliation against Plaintiffs.

278. Defendant BT's partner BHSD and its legal team Plunkett and Cooney attorney WEAVER never filed a motion for redacting SJ's name full name in the litigation filed by MUNGO withheld and conceal evidence falsely created by principal LuPone of LGBTQ+ or Racial discrimination filed in SJ's detailed behavior report willingly and knowingly violated their duty to the public as officers of the court to disclose and allowed a minor's last name exposed eliminating **Family educational and privacy rights (F.E.R.F.A.)** Jeopardized Plaintiffs' safety and allowed Class members to publish the complaint on the internet, through the local news agencies causing stigmatic injury now and after the false incidents. As a result of Defendants antitrust conspiracy attorney's performed a traditional exclusive public function.

279. Defendants et al, unlawful actions created a racially charged hate atmosphere within BHHS, and within the Varsity Football 2022 season, and within Southeastern Michigan. Additionally, a sigma of White Racism that can't be removed is defamation of character, in accordance to ADF Defendants are liable for all damages of defamation and libel for written documentation of false accusations to include but limited to SJ & SE college cost and the families businesses profits that were destroyed.

280.　Upon information and belief, Defendants, systematically orchestrated and misrepresented material facts, caused destructive harm, death threats, distrust in predominant African American's communities for their DEI cause. Equity means everyone gets the same at finish line, it's not Equality. Defendants bullied Plaintiffs and committed racial hate crimes against them and encouraged homegrown terrorism within Michigan in a politically polarizing period of the 21st Century, failed in their duties abused their authority and targeted Plaintiffs children for their antitrust and racketeering activities within the public schools. BHHS officers had knowledge of BT's involvement and corruption partnership with Oakland/Pontiac 'ONE" municipality involved with 425 Partnership Agreement, commonly known as Bloomfield Village, today. In 2021, Plaintiff was exposing its corruption in public on Pontiac televised Council meetings who swapped property with Pontiac to destroy legal documents and provide financial instruments for the "authority" antitrust conspiracy for real estate acquisitions in Detroit and Pontiac. Pontiac used the DEI policy an unofficial custom to provide the site a 35 year tax abatement, benefiting their partnerships hidden in LLC's BVI, BVO, BVF and BVTRC transferred to DRCFA partners.

281.　Defendants antitrust conspiracy significantly encouraged (CLASS) & (TEAM) student false claims Plaintiffs were white racist, slanderous, caused stigmatic injury Plaintiffs, grave danger of retaliation.

282.　Defendants' leadership ignored, canceled, and delayed responses to phone calls, e-mails, appointments, false restrictions, and made up the false accusations of white racism against S.J and his parents. Further concealed evidence, misrepresent it to the public, and disclose fake evidence.

283.　Defendant's lack of meaningful action to end racial bullying, and falsifying racial hate crimes is consistent with the DEI culture of racial hostility that BHSD has allowed to permeate in their schools, and common areas under their control such as buses and extracurricular activities' such as the BHHS Varsity Football Team, discriminating against Plaintiffs with malice.

284.　Upon belief and Information, Plaintiffs have suffered and continue to suffer emotional trauma because of Defendants antitrust conspiracy and use of DEI policy an unofficial customs create actions by BT's authorities BTDP's BHEB and BHSD's and its leadership weaponized the Public Schools with DEI under the Color of Law, deprived them rights and privileges given to all citizens of the USA.

285.　Plaintiffs repeatedly brought these threats and other racially derogatory communications to the attention of the principals, teachers, staff, and coaches of BHSD. The Superintendent and MILLER had special knowledge of the filed police reports, repeatedly asked Defendants to put a stop to the ongoing profiling and racial branding of SJ and his family in school and in 12-cv-12707, white racist, created intimidation, harassment, and discrimination with threats of physical harm represented by BHSD's DEI based on Equity rather than Equality had a duty to provide parents and students, a safe environment at BHSD and with their extracurricular activities. " *Richfield Bank*, 244 N.W.2d at 650. The party with special knowledge must "'know[] that the other party acts on the presumption that no such facts exist.'"

**286.** Defendant Stroughter was provided that special knowledge when he took the principal job at BHHS in Feb. 2022, called BTPD on Sept. 9, 2022, filing a "Suspicious" police report, created a scene and evicted Plaintiff from BHHS on false charges in front of other Parents and students. *Richfield Bank, 244 N.W.2d at 649*. SOR MILLER threatened to arrest Plaintiff wrongfully, BHSD disregarded plaintiffs complaints with malice and the racial attacks, humiliated and intimidated against SJ, based upon misrepresented of officers material facts and presumed guilt. They had a duty to inform parents and students who participated in BHHS Varsity Football program, during practice, at the games, and in the locker room a safe environment, but allowed parents to believe SJ and his parents were racist white supremacist and imply it was true. Thereby, misused the "authority" with the unlimited power, caused student and staff retaliation of racial hate crimes against plaintiffs family and other parents and students, by those who believed the narrative represented by Michigan's DEI cause, based on Equity rather than Equality *for* opportunities to play at games are liable for fraud, injurious of lost priceless moments enticed players to discriminate against SJ knowing Coach Loria would not play SJ based on his talent, and assistant coach LYNCH orchestrated the TEAM leverage SJ to get into a fight prior to Game 5, but refused the temptation. Loria had to play SJ, because he refuse to leave his middle linebacker position.

**287.** Defendants BTPD on October 19, 2022, Plaintiff scheduled a meeting for the assault and battery by Assistant Coach LYNCH on October 6, 2022. BTPD and the 3 other police incidents. Investigating alleged hate crimes at BHHS unlawfully applied bias to Plaintiff's, concealed **police report # 21-23600 from the investigation.** Police Chief GALLERGHER indicated he believed SJ was guilty of racism, EVERYONE is a little bit racist, never investigating plaintiff's claims in 21-23600 AP REED's, AAR's, AP MCDONALD, P HOLLERITH, or SUPERINTENDANT WATSONS motives or racial hate crimes. As a result, Defendants actions violated the State Action Doctrine and Free Speech injured Plaintiffs.

**288.** Police Chief GALLERGHER makes excuses for BHSD & BTPD staff, and his officers. MILLER's investigation into racial hate crimes and treat to arrest JASPER, BHSD's branding SJ racist "Wrong Place wrong time", none of the students will speak with the police, LORIA bias to SJ's playing time in games didn't tell him he is starting in GAME 5. MILLER's misuse of police authority and after telling Plaintiff his son was starting, threaten to arrest him if he spoke to anyone compelling speech. LYNCH's assault and battery, Gallegher questions if LYNCH was throwing the ball in the air and accidently hit SJ. The Hit & Run perpetrator without Plaintiff statement being added totaled JASPER car, going the wrong way, on the expressway is not a crime., we don't know who was driving since you can't identify him, we couldn't prosecute, BT's attorney's eliminated the state actor's prosecution. The officers are State actors and conspire with BT's officers to provide excuses and taint the independent investigation handled by SHULTZ a DEI sympathizer, who never ask's even one question on racism. GALLEGHER

stated, DEI is just a fad, you know something new every year, significantly encouraged with his promotion to conceal the Township's use of DEI policy an unofficial custom.

289.    At all relevant times up to the present, Defendants have failed to take any meaningful steps to ensure the safety of Plaintiffs and other Christian students and parents or to change and educational environment of fear and discrimination; if you don't concede to their DEI policies which is the way they create racism and division within the schools. Defendants punishes them without due process, loss of job, called a racist, threat of arrest, and/or projected as homegrown terrorist. The State of Michigan accommodation RCAA controls the government entities a miscarriage of Justice under Color of Law.

290.    Plaintiff's friends are Christians Black and White parents and students of BHHS have experience the rath of BT's departments, officers, an agents of authority figures, if they do not assimilate to BHSD DEI (Secular Superiority) a cause. Authoritarian style Public Schools states your guilty of white racism, based on hearsay without due process is pursuant Affirmative actions "authority's" unofficial customs.

291.    Upon belief and information Defendants leveraged BT's police power to cover up unlawful racial hate crimes, publicly discredited Plaintiffs in attempt to redirect the Defendants unlawful violations, misdeeds, independent investigation, and misrepresented material facts were actively trying to destroy Plaintiffs character through false accusations of racism to fraudulently conceal its antitrust conspiracy.

292.    Defendants have suppressed Plaintiffs Christian values violated their right and privilege guaranteed in the constitution used DEI policy under the color of Law. Students at BHHS believe this to be true. Staff and students injured plaintiffs discriminating on color, race, and religion. Plaintiffs were accused of actions committed by an African American student, then used false statements made by CLASS and TEAM minors and conceal identities. BT's leadership used minors to commit racial crimes, charged Plaintiffs, publicly misrepresented it caused Plaintiffs severe trauma, injury, and financial hardships.

293.    Defendants' failure to exercise their duty extends beyond the school grounds to other areas under their control, such as school buses and school sponsored athletic events and municipalities downtowns.

294.    Plaintiffs above-described failure takes place in the context of a national and local climate of fear associated with the destruction of people's lives and injury to their children who were not in compliance with OCASB, instead used DEI (Secular Education) policy an unofficial custom under the Color of Law. Implemented in public schools throughout the country by the democratic party and supported with campaign funds from Unions. Christian conservatives' values are subjected to false claims of white racism, and/or as MAGA republicans The State of Michigan very politic has used its antitrust and racket to abuse their authority providing a commission and hidden agendas. No responsible person can dismiss or take lightly any of the threats described in the preceding Paragraphs and the Paragraphs that shall follow. When activism creates racial hate crimes and threatens to kill, Arrest, or financially cripple any family's livelihood misrepresenting material facts and claim guilt without due process of discrimination

based on race, color, sex, or religion, without a crime. Defendants have deprived Parents and Students of their constitutional right and privileges, and this DEI weaponization should be taken most seriously.

295.　　Upon information and belief, Defendants orchestrated the Plaintiffs guilt, in the USA, 2 elements must be completed before you can claim the Plaintiffs as guilty of racism in support of the belief; (1) presumed innocence and (2) Material facts and evidence in a court room. Plaintiffs are the victims of Defendants abuse of police power who conspired to create DEI policy an unofficial custom to force citizens in the private development sectors and to comply to DEI cause (Secular Education) rules within Public Schools violated the 1st, 5th 13th and 14th Amdt. forced involuntary servitude and compel speech. The events outline above and below are happening across the nation, depriving parents and students of their guaranteed rights in this case provided the State of Michigan, with unlimited power in the creation of RCAA, enforce by law, to subject citizens to DEI policy concealing conflicts with the constitution freedom of speech and religion, concealed in a commission that is unlawful antitrust conglomerate run by elected official providing an 'authority" unlimited power with unions to enforce them in public schools, train children affecting multiple generations and future control the USA, in essence domestic terrorist through racketeering. This enterprise created a discrimination case based on fraud to leverage a $150M, racketeering insurance scam for cash capital creation of Pontiac's "authority" downtown.

296.　　Plaintiffs have suffered and continue to suffer emotional trauma and fear for their lives daily as a result of Defendant's misconduct, with the stigma of racism a cruel and unusual punishment added to SJ and his family. Plaintiffs were innocent of all racial hate crimes. Further, attorney MUNGO's Class Action Lawsuit case #12-cv-12707 against BHSD, represented by WEAVER is based on hearsay with false claims of white racism by Plaintiffs, publicly marketed by the "authority" and 3rd party state actors.

297.　　In addition to monetary damages, tax liens, Plaintiffs seeks declaratory relief and immediate temporary and permanent injunctive relief prohibiting Defendants from continuing their patterns and/or practices of ratifying, condoning, and authorizing violent, racist, unlawful threats, illegal actions, and pronouncement their DEI cause directed against the Plaintiffs and others similarly situated. The result of these unlawful practices continuing within the municipalities unofficial customs, caused irreparable harm to Plaintiffs, for which no plain, adequate, or complete remedy at law is otherwise available.

## **LAWSUIT ALLEGATIONS**

298.　　It seems the State of Michigan had 3 objectives with RCAA, first was to conceal its DEI legislation discriminating against religion, as DEI is a secular cult, forced onto the private sector, not disclosed until Governor Whitner by executive direction January 9, 2019. Second pad officials and state actors personal pockets with real estate acquisition, financing, and profits laundered thru through construction. Third, to provide the "Authority" leverage on government entities its agency, departments, and officers 3rd party state actors economic leverage against private economic development of real estate attached

to Detroit & Pontiac. This "authority's" uses the state law to empower 3rd party state actor with the RCAA law effective Jan. 20, 2009, was revised Oct. 1, 2014, revised again May 2, 2024, to continue their antitrust conspiracy and racketeering scams. Both revisions directly affected Plaintiff attempts to launch his Urban economic development recovery plan his 21st Century Smart Grid Infrastructure Distribution Solutions (hereinafter SGIDS). The State of Michigan, and its conspiring executives of the government entities misled the public of Bloomfield Park (PUD) and Phoenix Center in an attempt to create a Reginal Convention "Facility" used policy an unofficial custom

299.    The Michigan State law supports antitrust conspiracy created to act as a commission with unlimited power to compel compliances through government entities to develop Reginal Convention "Facility" specifically within qualified cities and counties meeting the specifications outlined in MCL 141.1351-1379, a parameter is with a seating capacity exceeding 13,000, this only provides (2) locations in SE. Michigan, Cobo Hall and Phoenix Center. The Court held that the national passenger train company Amtrak, "though nominally a private corporation", qualified as "an agency or instrumentality of the United States" for purposes of the First Amendment. It did not matter, I the Court's view, that federal statute established Amtrak was not a federal agency because Amtrak was "established and organized under federal law for the very purpose of pursuing federal governmental objectives, under the direction and control of the federal government. *Lebron, 513 U.S. at 391R11;93, 398* The State of Michigan's legislative body created RCAA to insert its DEI policy an unofficial custom for real estate acquisitions.

300.    Defendants et al, fraudulent actions were concealed by the "authority" set up as a commission outside the government with attorney/client privilege, municipalities immunities and confidentiality agreements, however the authority was controlled by a Board of Directors appointed by the State of Michigan, the qualified city and county and the 2 largest populated countries in connection. Thereby controlled by the municipalities and/or their partnerships.

301.    The State of Michigan revised the Michigan Compiled Laws to fit their needs in the development of those Regional Convention Authorities in Oct. 1, 2014, and May 2, 2024.

302.    The executives under Granholm, Snider, and Whitner (hereinafter State of Michigan), Patterson, Gibb, Miesner, Nash, and Coulter(hereinafter Oakland County), Savoie, Walsh and Schostak (hereinafter Bloomfield Township) and EM Schimmel, Waterman, and Greimel (hereinafter the City of Pontiac) Taylor and Jackson (hereinafter Pontiac Housing Commission) deceived the public and violated antitrust laws pursuant to MCL 445.773 for their politic views in the creation of the RCAA under MCL 141.1351-1379 designed to strip citizens of their constitutional rights and for the purpose of excluding competition, controlling, fixing who gets grants, and other municipality benefits See *Daniel A. Crane, Fascism and Monopoly, 118 MICH. L. REV. 1315 (2020)* its relationships to an accommodation law to better the economy of downtown locations, when in fact, it was to pad their

pockets, demonstrated with the Bloomfield Park (PUD) acquisition and transfer to the Detroit Regional Convention Center and compel speech to support their message unconstitutionally LGBTQ+ rights and its secular culture onto religious cultures, eliminating due process, and equal protection.

303. Oakland County Chief Executive Patterson and Chief Deputy Gibb conspired with Superintendent Savoie, and the Emergency Manager Schimmel to deceive the public of the condition of the Bloomfield Park property and Phoenix Center to develop a Pontiac "authority" through the 425 partnership agreement and the formation of "one" municipality meeting the RCAA population requirements, but was stopped by an injunction issued by Honorable Judge Warren to stop the demolition of the Phoenix Center, prior to this Patterson's son in law acquired Lot 9 that had easement rights Phoenix Center, and Ottawa Towers which walls made up 2 sides of the parking structure, thereby its structure could be torn down and yet still have rights grandfathered in the development process.

304. The City's EM gave and LLC an options to purchase the Phoenix Center after its demolition for 5 years, fraudulently concealed in the GSA until June 2021 in the closing documents not provided to the public, discovered by Plaintiff March of 2024, after approximately 6 months of his Yahoo emails were deleted from the Yahoo servers, an after this suit was initially served.

305. In 2012-15, the Defendants orchestrated a conspired to tortiously interfere with Plaintiff acquisition of the Bloomfield Park (PUD) and Phoenix Center, Silverdome, and GM properties in Pontiac for his economic development recovery platform in an elaborate racketeering strategy to exclude competition and use his new infrastructure business plan with multiple revenue sources created through green, clean, and digital systems eliminated his profits and those of the citizens of Pontiac and Bloomfield Township. The "authority" 3rd party state actors, DRCFA, and financial institutions acquired the Bloomfield Park (PUD) and demolished it replacing it with another development significantly encouraging the party's through LLC's called BVI, BVO, BVF, and BVTRC, leveraging additional properties within Detroit, Pontiac, and Bloomfield Township for their personal profit[s] and Plaintiff's injury.

306. The State of Michigan revised the RCAA on Oct. 1, 2014, to manage the acquisition and transfer of this property to the DRCFA, by connecting it with 2 other purchased leveraged by its acquisition cost of $25M with the use of private financing and the Detroit "authority".

307. Pontiac Mayor Waterman initiated a RFP process in 2019 for the Default on the Phoenix Center Settlement Agreement, entered into a confidentiality agreement with the owner of the Ottawa Towers in 2020, concealed 3rd party state actors to purchase the building and with Oakland County executives Miesner and Gibb systematically coerced City Council to approve a Ground Lease for 10 dollars a year for the Phoenix Center to develop the new Pontiac "authority" fraudulently concealing it under the Global Settlement Agreement (GSA) purchasing the Ottawa Towers for 19.2M in March of 2021. In June of 2023 Oakland County purchased the Ottawa Towers for 19.2M, in July of 2023 the State of

Michigan, Oakland County and the City of Pontiac announced $130M dollar investment in downtown Pontiac. On May 2, 2024, the State of Michigan revised the REGIONAL CONVENTION FACILITY AUTHORITY ACT of 544 of 2008 to incorporate cost to the citizens for road development, grassy areas, bike paths, Private Public Agreements, no taxations of any properties associated with the "authority" never disclosing to the public what was happening, liberally and forcefully applying the RCAA state laws and its DEI policy an unofficial customs injuring the Plaintiff proposal for the RFP and citizens providing and equitable estoppel on said property and 2nd racketeering incident.

308. The actions of the State of Michigan caused price increase for normal development in the Cities and excluded Plaintiff's development and restricted any development that wasn't theirs artificially increasing commercial real estate value without tenants, by eliminating federal funds and municipalities functions, using taxpayer funds to raise cash for their 3rd party state actors, without taxations for RCAA properties. Forcing other developers to downsize, while forcing residential housing to make up the cost of non-taxation of those commercial properties, ultimately forcing over 200,000 residents to leave Detroit, and now occurring in Pontiac and Bloomfield Township.

309. The "affirmative acts" test is the intermediate approach. Under this standard, a plaintiff pleading fraudulent concealment must show that the defendant committed an "affirmative act" to conceal the existence of the conspiracy. Such an affirmative act may either form a part of the conspiracy itself or it may have been committed apart from the acts constituting the conspiracy. This standard was adopted by the Fourth Circuit in the case of ***Supermarket of Marlinton, Inc. v. Meadow Gold Dairies, Inc.***, 71 F.3d 119 (4th Cir. 1995), which involved a group of grocers that alleged a price-fixing conspiracy by their dairy suppliers. The State's control of the RCAA's revised laws demonstrates its monopoly.

310. These civil liabilities use an unofficial policy within the municipalities and counties and partnership with Bloomfield Township partnerships in municipalities and public schools undermine the constitution and private economic development between 2008-2024 caused Plaintiff injuries and future injuries.

311. Defendants used the conspiracy of RCAA to significantly encourage and/or coerce local and state to enforce false charges of White Racism against Plaintiff in Oakland County to get their DEI policies and procedures accepted in Oakland County Public School to control the vote and systematically injure Plaintiff reputation causing stigmatic injures.

312. Defendants, orchestrated the crisis of Racial Hate Crimes against LGBTQ+ African Americans by African Americans students but targeted SJ and his parents as racist WHITE supremacist, falsely accused, for 3 reasons. The state objective wanted to control Oakland County's religions through their Diversity Equity Inclusion (DEI) policies and procedure which allows discrimination against parents' and students' constitutional rights and privileges, without due process. The lawsuit 21-cv-12707 provides false accusations of systemic White racism in Oakland County, practices that didn't exist since

2020, RCAA DEI is implemented during Covid 19 emergency powers. Plaintiffs were targeted as homegrown terrorist. The Union possesses the Public Schools Unions the National shut down pandemic crisis. DEI policies were practiced against Oakland County's Board of Education (OCASB) during that time, Defendants needed a crisis to get Oakland County's Education Board to allow them to approve DEI and used the "authority" to force the states objectives. This is a racketeering scheme that used the false claim of racism to weaponize the Public Schools with DEI against Christians. The enterprise pockets $150M, and brands Plaintiff Homegrown terrorist. DEI undermines the constitution of the United States providing them unlimited power and the right to recruit a new voting block politically for tomorrow's child. Public schools possessed by Unions support democrats' political views and pocketbooks during the elections, circumvents the constitution, with force law. Parents and students are forced into involuntary servitude for their children's education, without due process, called racist, if they don't comply to DEI, punished and enforced with ordinances of local police powers by Cities or Townships and Public School's interpreters (BHAEII). MUNGO's lawsuit was an elaborate insurance scam and action against Plaintiffs, while the school district was functioning without approval to do so, meaning the insurance company will not pay for a Settlement, if the plaintiff weren't mark as the predators, WEAVER & MUNGO 3rd party state actors effectively undermine due process while the school leverages the students votes in the local and Presidential election in 2024 and l. The reason why Plaintiffs are not Defendants in the Class Action Lawsuit, so as to hide the antitrust conspiracy.

313.     The antitrust enterprise targeted JASPER's family threatening his livelihood to stop him from exposing political corruption within Bloomfield Township, Pontiac, and Oakland County. JASPER for a decade has been working on a creative way to rebirth the American Dream by creating an advanced 21st Century infrastructure within Inner and Rural communities. During that journey he would uncover large scale corruption in Bloomfield Township shutting down Bloomfield Park after $389M dollars of investment by the developer, which sat idle for 6 years, a 425 agreement partnership with Bloomfield Township and Pontiac controlled it. Later undermined by Oakland County executives who partnered with a Private Equity Group out of NY.  JASPER had filed a FIOA to review the documents prior to going to NY to raise capital, he was not allowed to see the legal docs, but found a legal documents that forced the developer to shut it down. Bloomfield Township would have generated a $2M tax income for the NEW High School but gave it to Pontiac to destroy those legal documents and receive 35 year tax abatement with a second Brownfield to tear down the $500M improvements, which was had 589M sq. ft. of commercial development, the first phase underground plumbing and electrical, a fountain, and 3(8) story parking structures. The corruption included multiple LLC's with more LLC's for ownership of local politicians and Bloomfield investors. Effectively, stealing from taxpayers over 200M dollars,

and building a 200M development with funding by Manard's, with none of their own money, today worth close to 8 billion, if you take into considering the Pontiac properties leased to Amazon.

314.     The State also wanted to punish JASPER for his interference with their monopoly with deformation of character for exposing government entities racketeering publicly and get a 2 for 1 play. By targeting his family, Catholic, branding his family racist to set precedence with mainstream media and Judicial branch with a conversion of the MAGA Republican are homegrown terrorist, supporting their political agendas. Systematically eliminating his development opportunity with African American Communities or Democrats, while it grew their power base in Public Schools for Democrats, under the force of law, with no due process for rebuttal. Creating multiple Enterprises under the RCAA disguised under DEI in Public Schools, re-educating the children and taking them away from their parents undermining the constitution with the ability to leverage the voters opinions forcing students and parents to comply to DEI policies the State of Michigan's objectives with RCAA in public schools and private development.

315.     Defendants have violated their duties and formed an Enterprise through intimidation and bribes to establish a political power base within the USA, undermining the constitution of the USA, through Bloomfield Township partnerships with Oakland and City of Pontiac enforced with local police powers, discriminated against Plaintiffs to set precedence in judicial system, incorporate a entire class of citizens "Catholics" as terrorist to strip them of their rights and privileges guaranteed in the Constitution and the Republic, violated Title 18 ss 1962(c)(d) and 2331, are racketeers and domestic terrorist.

316.     Defendants knowledgeable that Plaintiff's were innocent, attacked their livelihood and children attending Bloomfield Hills School District at Bloomfield Hills High School to keep them busy trying to stay alive, not notifying the public of their innocence put a target on their backs for retaliation of the general public, within the school, at extracurricular activities, and within qualified cities and counties overseen by the State of Michigan and their government entities departments and agencies.

317.     Plaintiff, SJ was a 16-year-old, minor, male student at BHHS and a prior Running Back and Middle linebacker from St. Hugo's (Catholic School) on BHHS Varsity football team in the 2019-22 seasons.

318.     Plaintiff SJ was discriminated against accused and punished cruelly and unusually for a racial hate crime committed by Defendant AAR. Principal HOLLERITH's promised to inform the community of SJ's innocence, during AAR's confession, HOLLERITH had no intention to perform at the time of the promise being made, noted in AAR's mothers' apology on Nov. 9, 2021 @ 12;37 PM. *Martens v. Minn. Mining & Mfg. Co.,* 616 N.W.2d 732, 747 (Minn. 2000) (quoting Vandeputte, 216 N.W.2d at 147).

319.     A suspension issued by BHSD's AP MCDONALD on Nov. 9, 2021 @ 2;23 PM, suppressed AAR's criminal actions, violating SJ's trust, without his knowledge. Thereby providing affirmative evidence of the promisor's BHSD's leadership contemporaneous intent to use leadership to support the violation of HOLLERITH's promise but conceal his promise for the orchestrated student discrimination protest.

320. Defendant HOLLERITH on Nov. 10, 2021, @ 11: 17 PM gave Plaintiff the "EVIL EYE" when asked to allow SJ to return his equipment to support his innocence and was told SJ was not allowed on BHHS property during his suspension. Furthermore, refused to notify faculty, student body, and the parents through their official HATE and BIAS email. *Vandeputte,* 216 N.W.2d at 147; Kramer v. Bruns, 396 N.W.2d 627, 631 (Minn. Ct. App. 1986)

321. Defendant SHULTZ called SOR MILLER for a crime report on intimidation of African Americans on Nov. 10, 2021, @ 9:15 AM. AP REED supervised the removal of the graffiti in the girls bathroom. Reported to BHHS staff at 9:00 AM. BHSD & BTPD took advantage of Plaintiffs solicited confidence and defrauded them when imposed as a fiduciary as guardians of students within a public school under Title VI and the Fourteenth Amendment. *Northernaire Prods., Inc. v. Cnty. of Crow Wing,* 244 N.W.2d 279, 281 (Minn. 1976) (quoting *Stark v. Equitable Life Assurance Soc'y,* 285 N.W. 466, 469 (Minn. 1939).

322. Defendants SHULTZ, HOLLERITH, MCDONALD, MILLER, conduct to conceal the racial hate crime committed against SJ of intimidation and racial slurs "calling SJ White Racist circling him and pointing at him on the school bus" on Nov. 11, 2021, while at the school reporting graffiti in the school's girl's bathroom. Further, conceals pertinent evidence and police report #21-23600. Plaintiff's relied on BTPD to do an investigation their accusations of BHSD leadership racial bias, and unlawful actions detaining and evicting Plaintiff's for protest Nov. 12, 2021, altered their conduct. Fraudulently concealing Defendants et al enterprise, and DEI cause, substantially, violated Plaintiff's First, Sixth, Eight, Thirteenth and Fourteenth Amendment rights. See TCI Bus. Capital, Inc., v. Five Star Am. Die Casting, LLC, 890 N.W.2d 423, 433 (Minn. Ct. App. 2017) (citing Restatement (Second) of Torts § 531 (1977)

323. Defendant AAR was a 15-year old, a minor, male student at BHHS and a Lineman on BHHS Varsity football team in the 2021 & 2022 seasons. AAR confessed to the social post "I hate Ni**gers they need to be extinguished" racial hate crime on SJ's SNAPCHAT account.

324. Defendants CLASS & TEAM where friends with AAR before the class action lawsuit was filed case #21-cv-12707 that all of the students of BHHS and some on BHHS Varsity Football team, fully knowledgeable Defendant AAR was coerced, wrote the racist hate crime and posted it on SJ's account.

325. and Defendants copied and pasted it at 4:11 AM on a Saturday morning, 1 hour after, to various social media sites, and then complained to the leadership of BHSD, stating they feared for their lives because of white privilege from students who racism against African Americans.

326. Defendant MUNGO copied and pasted AAR's racial intimidation crime, done in a life threatening manner against African Americans, accused SJ of doing it, illegally, used his full name on page 18 of the initial complaint. On Nov. 19, 2021, provided the complaint not yet assigned to a judge to local 4

news. BHSD fully aware of this informed by Plaintiffs on Nov. 23, 2021, refused to take any action to remove SJ's name, claiming it wasn't their lawsuit, violating Title VI and the Fourteenth Amendment equal protection element for Plaintiff's students and/or minors, while WEAVER made sure to keep perpetrator in SJ detailed behavior record. *Florenzano v. Olson*, 387 N.W.2d 168, 173 (Minn. 1986)

327.    Defendants falsely accused Plaintiffs of being racist and white in October and November of 2021, by Pontiac's African American students at BHHS. BHSD & BTPD leadership supported that narrative, unlawfully, and then on November 18, 2021, attorney MUNDO in case **21-cv-12707** made it public record, who copied, and pasted S.J. snapchat post on Page 18, did exposed SJ's full name to media on Nov. 19, 2021. BHSD aware violated their duty to protect SJ, and Plaintiff's last name, believed that the AG would use had the truth not came out by use of **U.S.C. 20 ss 1232(g) by the State of Michigan against Plaintiff and take his rights away under the Patriot Act, regardless of FERPA violations.**

328.    Defendant BT's leadership BHSD and BTPD may retain responsibility for false statements communicated through a third party MUNGO & CLASS/TEAM & AAR. Personal contact between the plaintiff and the defendant is not required. See *Vikse v. Flaby,* 316 N.W.2d 276, 284 (Minn. 1982)

329.    BHSD publicly announced that SJ's snapchat post, prior to doing any investigation emailed the student body and parents of BHHS, misrepresenting SJ, hiding AAR the predator of racial hate crime.

330.    Defendant AAR an African American male, minor, student of BHHS, confessed to racial hate crime, sending the post on SJ's account, under false pretenses, and without SJ's knowledge.

331.    Defendants et al, knew SJ was innocent of racism, but used the social post for their Class Action and through BT ordinances, BTPD police power, and BHSD policies their DEI "cause", deprived Plaintiffs of their rights and privileges using police powers forced involuntary servitude and conspired with the "authority" use of DEI policy an unofficial custom encouraged staff, parents, and students racial hate crimes used against Plaintiffs branded racist white supremacist and/or homegrown terrorist.

332.    and S.J. and his family for 30 months have been subjected to racial hate crimes allegations, unlawful, branded and profiled as "RACIST "WHITE SERPREMACIST", outrageously, wrongly punished, misrepresented, threatened, intimidated, harassed with defamation of last name, abused, humiliated and injured, tagged with the stigma of being a racist, directed not only at SJ, but his sister and Christians and Jewish conservatives at the school as well. The "authority" used 3rd party state actors, attorney's WEAVER & MUNGO as RACIST WHITE SUPREMACISTS against SJ's parents Plaintiffs LAWRENCE F. JASPER II (JASPER) AND ROSALIA O. JASPER, (ROSALIA) individually.

333.    and including but not limited to their friends, BHHS's Christian parents and their students that didn't agree the racial division of BHHS, and false racial hate crimes that were protected by BHSD's policies "Diversified Equity Inclusion" (hereinafter DEI) Defendant's CAUSE, and used Plaintiffs, to control parents and students through fear, and force of law.

334.   Defendants refused to report, Plaintiffs formally reported racial intimidation, bullying and to HOLLERITH, MCDONALD, WATSON, KEITH, ZECKMAN, COWDREY, STOUGHTER, LORIA SHULTZ, GANTLY, LYNCH, BTPD's GALLEGHER, MILLER, and MCGRAW on November 8th, 9th, 10th, 11th, 12th, 14th, 23RD in 2021, July 7, 2022, August 10, 2022, AND September 5th, 7th, 9th, 19th. and 22nd October 19, 2022. Further that during the Varsity Football Season and months of September and October of 2022, outlined to authority figures of the unusual punishment against S.J. and his parents those who were being intimidated, humiliated, with bullying with racist hate crimes committed against them to include but not limited to profiling, branding, bullying, misrepresentation, and loss of priceless moments. The false profiling of SJ and his family happened twice on Nov. 8, 2021, and Sept. 9, 2022, within BHSD, and twice with MUNGO's 12-cv-12707 on Nov. 18, 2021, and Dec. 22, 2021.

335.   All Defendants knew the SJ was innocent of the racial intimidation post **"I hate Ni\*\*ggers they need to be extinguished"**, because AAR confessed to the crime, and his mother wrote an apology letter after his confession, additionally Plaintiff's made a police report for their due process, and emailed ofc. Wilson and superintendent Watson, who were informed on Nov. 23, 2021 of MUNGO's copy an pasting of SJ's Snapchat account exposed a minor's full name publicly, informed by his class members, but all deceived the public, with intent to harm the state's authority deprived Plaintiff's children of a safe educational environment and his lifetime accomplishment of a 21st Century infrastructure development franchised throughout the USA, a design to induce belief in the falsity or to mislead, but § 1001 does not require an intent to defraud -- that is, the intent to deprive someone of something by means of deceit." *United States v. Lichenstein*, 610 F.2d 1272, 1276-77 (5th Cir.), *cert. denied*, 447 U.S. 907 (1980). The government may prove that a false statement was made "knowingly and willfully" by offering evidence that defendants acted deliberately and with knowledge that the representation was false. *See United States v. Hopkins*, 916 F.2d 207, 214 (5th Cir. 1990). The jury may conclude from a plan of elaborate lies and half-truths that defendants deliberately conveyed information they knew to be false to the government. *Id.* at 214-15.

336.   Defendants et al seeked to compel Plaintiff's and other parents and students' speech in order to "excis[e] certain ideas or viewpoints the State's DEI policies and procedures practiced within BHSD prior to Nov. 12, 2021, for the public dialogue that was used in the orchestrated student discrimination protest for African Americans, but also for the LGBQT+ community seen in newspaper articles and on the internet. Student told Local 4 that there have been incidents of anti-LGBTQ+ comments. *Turner Broadcasting Systems, Inc. v. FCC, 512 U. S. 633, 642 (1994). 300 creative v. Colorado*

337.   Defendants used their DEI policies and procedures to eliminate Plaintiffs expressive association to political views, right to face their accusers, or religious values discriminating against their color and race are unconstitutional and politically motivated by Teachers Unions possessing Public Schools US

government institutions to control parents and students free speech by teachers, staff, and coaches though BHSD's promotions, intimidation, humiliation, or job security protected under free speech combined with Plaintiff economic development in Pontiac and Detroit downtowns. *Snyder v. Phelps, 562 U. S. 443, 456 (2011) Equally, the First Amendment protects acts of expressive association.*

338. Defendants discriminate on SJ and his family's race, color, and religion compelling staff to speak with its own preferred DEI messages, and/or SJ and his family to accept their preferred messages that they are White Racist Supremacist. If they don't the Public School as government agencies compel Plaintiffs, with force of law, unlawful suspensions, radical racial behavior, and intimidation, being left out of extracurricular activities based on DEI policies rather than talent for playtime in BHHS football games, humiliation, or simply never graduating with a derogatory school record, or "Suspicious" Police report, BHSD's form of punishment. Protected under free speech used the "authority" Affirmative Action unofficial customs. *See, e.q., Dale, 530 U.S., at 647-656; Hurley, 515 U.S., at 568-570, 579 the government may not compel a person to speak its own preferred messages. Tinker v. Des Moines Independent Community School Dist., 393 U.S. 503, 505-506 (1969) . See also Rumsfeld v. Forum for Academic & Institutional Rights, Inc., 547 U. S. 47, 63-64 (2006) (FAIR) (discussing cases).*

339. Defendant MUNGO's lawsuit, his class members DEI sympathizers believed BHSD could compel speech for Plaintiffs consistent with the Constitution via the State's objective, our First Amendment precedents laid out above teach otherwise. In *Hurley,* the Court found that Massachusetts impermissibly compelled speech in violation of the First Amendment when it sought to force parade organizers to accept participants who would "affec[t] the[ir] message". 515 U.S., at 572. In *Dale* the Court held that New Jersey intruded on the Boy Schouts' First Amendment right when it tried to require the group to "propound a point of view contrary to its beliefs" by directing its membership choices. 530 U.S., at 654. And in *Barnette*, this Court found impermissible coercion when West Verginia, required schoolchildren to recite a pledge that contravened their conviction on threat of punishment or expulsion. 319 U.S., at 626-629. Here BT's leadership put Plaintiff's to a similar choice: Plaintiffs are told they must leave the school property during the protest, because their voices are not the same as the protesters, AP REED and Ofc. MILLER remove plaintiffs and other conservative parents who have a different voice. Plaintiff's son SJ is restrained by the detention teacher using police power for the detention as he is not allowed to attend the protest, depriving SJ of his First, Sixth, and Eighth Amendment rights. Plaintiffs faced discrimination based on their race, color, and religion, profiled White and branded racist, while being punished and deprived of the rights for standing up for their innocence, included compulsory participation in remedial …Training for a crime committed and confessed to by AAR, a student and football player of BHHS, that posted an intimidating racial slur against African American students, not SJ. BHHS & BTPD without investigating Plaintiff's police report 21-23600 of racial bias,

false accusations, racial slurs by AP REED, and removal from public property, violated their First Amendment rights expressive association to unlawful actions, additionally, racial attacks against plaintiff were not incorporated or investigated in police report #21-23422 filed by SHULTZ in violation of Title VI, concealing material facts and surveillance video evidence for prosecution, by leadership.

**340.** Defendants BHHS students CLASS and TEAM, MUNGO, and BT's leadership BHSD and BTPD and attorney WEAVER falsely accused SJ. and his parents of being homegrown terrorism, were injured by the public exposure of the false racist assertions. BHHS and MILLER concealed evidence and did not complete any investigations and the threats were numerous. The most practical method for Plaintiffs to secure redress for injuries sustained in its equitable and stigmatic relief.

**341.** In an effort to salvage their patently unconstitutional DEI policies and procedures, BHSD initiates the African American discrimination case with MUNGO, hides behind the Fourteenth Amendment and permits the use of race bait to benefit only certain racial groups—rather than Hispanics as the Plaintiff's mother and son are when declaring they are White misrepresent skin color and race with material facts of discrimination. Its apparent "Diversity" and "Equity" are just convenience for rationale to support racially discriminatory actions of staff, students, and parents who support DEI policies and procedures. Conspiring with MUNGO and CLASS members and TEAM students leveraging race discrimination for African Americans admission in a RACIST WHITE atmosphere. *Grutter, 539 U.S. at 393, which is unfair in today's standards.*

**342.** There were questions of law and fact raised by the Plaintiffs' claims common to, and typical of, the Class Action Lawsuit 21-cv-12707 filed in Southeastern Michigan District Court.

**343.** Defendant (CLASS) and (TEAM) parents representing the minor children, "names", were hidden. Plaintiff has no recourse for the false racist hate claim and accused against them eliminating Plaintiffs ability for a confrontation clause within BHSD or as defendants in case 21-cv-12707 or to even face their accusers, depriving them of their civil rights to push the statue of limitation for antitrust violations of the "authority" use of DEI policy an unofficial customs state objectives in Pontiac's downtown.

**344.** BHSD can't use DEI policies and procedures even if they are approved by BHEB within government run Public Schools because of the state's objective is to enforce LGBTQ+ culture on students, discriminates on race, color, religion, sex, and sexual orientation. The supreme court reaffirms the rule, stating that, following *Brown,*"[t]he time for making distinctions based on race had passed. *Parents Involved, 551 U. S. at 778 (THOMAS, J., concurring).* Rather, we must adhere to the promise of equality under the law declared by the Declaration of Independence and codified by the Fourteenth Amendment. The stakes are simply too high to gamble. DEI "Affirmative action" policies and procedures do nothing to increase the blacks and Hispanics able to access a college education. Rather these policies simply redistribute individuals wealth, based on political interest in Public Schools.

345. Defendants MUNGO was aware of conflicts of interest between the CLASS representatives and absent class members prior to filing the civil Class Action 21-cv-12707 with respect to the matters at issue in this litigation; As an attorney of the State of Michigan he is held to a higher Standard in the filing of a Court actions, and in making false accusations of crimes like RACISM and "WHITE" racial supremacy claims, as an officer/agent of the court is mandated.

346. and did not identify or thoroughly investigate all claims within the Class Action. Thereby, encouraging, condoning, ratifying, authorizing, and participating in the activity.

347. The violations of law and fact raised by the Plaintiffs and typical of the legal violations and harms suffered by Class Action Lawsuit 21-cv-12707 filed in Southeastern Michigan District Court and WEAVER was knowledgeable the lawsuit against BT's authorities BTPD & BHSD leadership had knowledge had knowledge of SJ's innocent what was about to occur and with power to prevent it, by any acts done in furtherance of conspiracy. Disclosed SJ a minor full name which discriminates against Equal Protection Clause of the Fourteenth Amendment committed by an institution (Public School) that accepts federal funds also constitutes a violation of Title VI; The plain text of Title VI reinforces the colorblind view of the Fourteenth Amendment, implying the conspiracy through indentured servitude.

348. Defendants' assertion of the fourteenth amendment reflected in their DEI policy vision, and false misrepresenting accusations affirming that equality and racial discrimination cannot coexist. Under that Amendment, the color of a person's skin is irrelevant to the individual's equal status as a citizen of this Nation. Thereby every student at BHHS should have been treated with "equality" not "equity" because it doesn't help diversity or inclusion. To treat SJ and his family differently on the basis of such a legally irrelevant trait DEI, is therefore a deviation from the equality principle and constitutional injury.

*349.* Defendants' unfair assertions of Plaintiffs and threats are numerous to include their businesses and profits lost. The Plaintiffs to secure redress for injuries sustained by the Class Action Lawsuit 21-cv-12707 and BHSD leaderships actions and neglect to redact or remove minors name, publicly disclosing S.J., a minor's full name falsely accusing S.J. as racist "WHITE" supremacist also his mother by connecting SJ's post attaching KW in the First Amended Complaint with Jury demand, filed on December 22, 2021, and providing complaint posted on the internet by local 4 news, in equity relief.

350. BT's authorities have a duty to protect S.J. and his family; instead hid the truth telling half-truths, mislead the media and public, while allowing the "FALSE TRUTH" to be represented in a Class Action filed in Detroit predominantly an African American community set to have a jury trial, rumors bled into Pontiac a predominantly African American community creating hate and leading to radical retaliation, death threats, bullying, racial hate crimes, defamation, and actionable injuries to Plaintiffs, destroying their lives. Further BT' authorities depicted to the public that Oakland County is predominantly "White" and were systemically racist using S.J. and his family, as the example, then brought media,

helicopters, a protest, and Class Action Lawsuit 21-cv-12707 against BHSD. This was orchestrated by Defendants et al.

351. Defendants Police Chief GALLAGHER covered up Ofc. MILLER's suppression of #21-23600. Indicating at this meeting with Captain Noland and Police Chief GALLAGHER, replacing Police Chief Langmeyer in June of 2022. He believed SJ was guilty of racism, stating "everyone is a little racist" SJ was just in the wrong place at the wrong time, without interviewing or any investigation, concealing evidence for the criminal investigation #21-23422. He also conspired with SHULTZ in an effort to further coverup their criminal and civil violation with a independent investigation initiated by WATSON on Oct. 5, 2022, by supplying information provided to the police in confidentiality for the Assault and Battery (4th degree) of Coach Lynch throwing the football at the back of SJ's Head #22-20939. GALLAGHER also noted he escorted SJ's mother out a the community meeting held on Nov. 16, 2021 attended by him and MILLER, fully aware of SJ's innocence, reported by Plaintiff and closed by MILLER in police report #21-23600 containing an apology letter of AAR's confession and SJ's innocence, and BHSD's responsibility to notify the community by his mother. In the attempt to fraudulently conceal their actions hidden with a criminal investigation by #21-23422 and a protection order for class members issued on Feb. 4, 2022. The material fact that all defendants knew SJ was innocent of racism, because of AAR's confession. SOR MILLER and GALLAGHER were at the Community Racial Meeting and lied about escorting Plaintiff ROSALIA. Ofc. MCGRAW changed material facts to make it appear SJ was responsible for the racial intimidation of AAR and bullying occurring on the practice field, as well as Coach Lynch's actions that didn't fully come to light until April of 2023 because of Plaintiff's reliance on BTPD. The defendants intended to deceive the plaintiff by concealing or suppressing these facts; The plaintiff suffered damages as a result of the concealment or suppression, by Ofc. MCGRAW at the school. The Mayor with Pontiac's RFP 2019-21, and Gibb 2014-21 *Sabo v Delman*, 3 NY2d 155, 164 NYS2d 714, 143 NE2d 906 (1957); "One who has special knowledge of material facts to which the other party does not have access may have a duty to disclose these facts to the other party." Richfield Bank, 244 N.W.2d at 650. The party with special knowledge must "'know[s] that the other party acts on the presumption that no such facts exist." WEAVER *Driscoll v. Standard Hardware, Inc., 785 N.W.2d 805, 812 (Minn. Ct. App. 2010) (quoting Richfield Bank)*

352. The Defendants BT, and its authorities BHSD & BTPD herein bear a special relationship to these Plaintiff's in that minor children were placed by their parents under their protection, and custody of the BHSD & BTPD while they were in school, within BT's community. Further, Defendants BT's leadership under Color of Law, deprived Plaintiffs (victims) of their civil rights. Thereby, Plaintiffs have the right to sue all authorities who control or discipline these students and their leadership. They have engaged and enticed racial hate crime activities and acted as Domestic Terrorist with "Racial

Profiling", "Branding", "Obstruction of Justice", and Prevented Officers from performing their duties. BHSB members ratified the implementation of their DEI staff with BHAEII on Dec. 16, 2021, SEE https://youtu.be/BDPoMPHv0vk "BHSD Board Meeting Video **(See at 3:56:27- 3:58:49 Time Mark)**. To date, Defendants have failed to do so, thereby condoning, ratifying, authorizing, and participating in these activities.

353. Plaintiffs also bring this case as Conservatives Christians who have been profiled "White" branded racist white supremacists, unlawful, and religiously discriminated on because of the BT's leadership and authorities violated their Civil Rights and elective franchise of the racist pronouncements and DEI threats-- bullying– including arrest threats -- death threats – assault & battery – a falsified police report "Suspicious" painted Plaintiffs as homegrown terrorist by evicting Jasper off of BHHS property for 26 days, by Defendants made to Plaintiffs. As such, have suffered psychological, physical, and emotional injuries as Plaintiffs herein.

354. Plaintiff's lawsuit represents unfair, cruel, and unusual punishment because of the Class Action Lawsuit 21-cv-12707 and actions or failed actions of Defendants duties adding sex to the racism to SJ's punishment for the racial hate crime committed by AAR, who confessed to the crime; BT's authorities and leadership wrongly covered it up for their DEI cause and all Parties were aware of the multiple conflicts of interest within the Class Action Lawsuit 21-cv-12707 with respect to the matters at issue in the litigation, the public exposure of a minor to media.

355. Plaintiffs also bring this case for Defendants' "obstruction of justice" hiding evidence in police report #21-23600, a **"Racial Hate Crime"** and preventing BTPD officers from performing their duties. False statements to create a **"Suspicious"** police report, to humiliate, intimidate and punish SJ and his father in police report #22-18439. Misrepresentation of material facts in police report #22-13816 to stop a criminal investigation on a **"Hit and Run"** incident of radical attempted murder. BTPD's Police Chief stated SJ was guilty of a racist hate crime post never interviewing SJ or AAR. Also, colluded with BHSD's leadership to evidence of JASPER's civil rights violations and BHHS video of hate crimes in police report #22-20939 a racial hate crime committed by the BHHS Varsity Football assistant Coach LYNCH for **"Assault & Battery"** states SJ fault, with no action by BTPD on police reports.

356. Defendants BTPD interfered, providing confidential information to BHSD leadership for the **"Independent Investigation"** to cover up BHHS illegal discriminatory branding and racist profiling, bullying, racial hate crimes that were committed by Defendants against Plaintiffs. Thereby, encouraging, condoning, ratifying, authorizing, and participating in the activity.

357. Plaintiff also is suing for the **"priceless moments"** lost, because of Defendants actions, misrepresentation of material facts, racial hate crimes, unlawful, added punishment that was cruel and unusual, by intimidation and humiliation of SJ, benching him on GAME DAYS, profiling,

discriminatory practices, branding, obstructed justice, and deprived  S.J. and his parents of priceless moments by the unlawful actions of Defendants authorities under Color of Law and others who have and supported their DEI cause and the TEAM's racial and bullying methods. Defendants create radical home grown terrorism through their belief that SJ was a racist "White" supremacist at BHHS, Staff and students targeted SJ in scrimmages and on the practice, field trying to injure him, while they humiliated and intimidated SJ and his father.

**358.**    Plaintiffs believe the unlawful actions of the Defendants public disclosure of false accusations were intentional violates **U.S.C. 18 ss 2332b(g)(5)(B)** Acts of terrorism transcending national boundaries. Defendants encouraging, condoning, ratifying, authorizing, participating in the activities described in **U.S.C. 18 ss 2331**.

### Studies conducted by the FBI found four main motives for hate crimes:

- **Thrill-seeking:** Perpetrators may be looking for excitement and drama. They pick on vulnerable populations as a way to gain attention. Quite often, thrill-seekers engage in physical attacks on individuals.

- **Defensive:** Some perpetrators believe they Were protecting their communities against a group by committing a hate crime. They sometimes think that society supports them, but they believe other individuals don't were step forward and take action like they do Some perpetrators believe they Were protecting their communities against a group by committing a hate crime.

- **Retaliatory:** Perpetrators who commit hate crimes Were sometimes looking for revenge. This may be in response to anything from a personal slight to an act of terrorism. Perpetrators who commit hate crimes Were sometimes looking for revenge.

- **Mission offenders:** Some perpetrators engage in hate crimes for ideological reasons. They consider themselves crusaders. They sometimes target symbolically important sites to try and maximize damage. This form sometimes overlaps with terrorism and the FBI considers the rWerest and most dangerous kind of hate crime.

**359.**    BT's authorities have a duty to protect S.J. and his family an attorney MUNDO who filed an African American discrimination Class Action Lawsuit 21-cv-12707 against BHSD has a responsibility and duty as an agent/officer of the Court to protect minors. There were no investigations completed by BTPD or BHHS in any of the racial hate crimes outlined in the

complaint, but SJ was profiled, filed on November 18, 2021, or the first amended complaint filed on December 22, 2021. Parties within the Class Action are all Defendants in this lawsuit.

**360.**    Defendants et al deprived Plaintiffs of their 1st, 6th, 8th, 13th, and 14th Amendments rights, unlawful, and have bread homegrown terrorism within Michigan, especially Oakland County a national issue through the orchestration of racial hate crimes BT's DEI "cause" a policy that deprive Christian parents,

students, and staff through of their rights and privileges through involuntary servitude, shall be punished, and brand you as a white racist, if you don't comply.

361.     Defendant attorney MUNGO must allow Plaintiffs SJ and his parents to face their accusers and cross examine the CLASS. Actions coming out of case # 21-cv-12707 could implicate Plaintiffs in a criminal charge, without due process, falsely accused, and publicly recorded in this case. Further, Plaintiffs have been falsely charged by BT and its authorities and leadership within BHHS, SJ punished for a crime he didn't commit, then unusually and cruelly punished SJ and his family, attaching a stigma of being racist White supremacist to their person that will never be fully erased. Plaintiffs must be allowed to a confrontation clause in this case. *In Brookhart, the Supreme Court held that a defendant's Sixth Amendment right had been violated when a trial court refuses to let him cross-examine the witnesses who testified against him at his trial, even if his attorney tries to waive the defendant's right to do so.* MUNGO is not Plaintiffs attorney but eliminates due process by not naming them defendants and WEAVER conceals SJ's innocence's supported the racketeering scam of the "authority".

362.     Defendants have created RCAA enterprise within the Public Schools with the use of the "authority" DEI policy an unofficial customs for the purpose of racketeering taxpayers' and/or insurance moneys, political agendas, and a new voting bloc violating civil rights with DEI policies and procedures targeted Plaintiffs. *See id. § 1962(d); see also Salinas v. United States, 522 U.S. 52, 63 (1997) ("There is no requirement of some overt act or specific act in the [RICO] statute before us, unlike the general conspiracy provision applicable to federal crimes, which requires that at least one of the conspirators have committed an 'act to effect the object of the conspiracy.'" (quoting 18 U.S.C. § 371))*

363.     The Parties in case 21-cv-12707 never depose Plaintiffs nor does WEAVER attorney for BHSD for the White racist discrimination against African American students, accused of threatening lives, and LGBTQ+ sexual hate crime, while the defending party never depose Plaintiffs conceal their innocence by actions of their leadership, and do not use it in their defense, but incorporate all injunctive demands of the Plaintiff's Class Action conspiring together for their DEI policies and procedures using federal money while not protecting SJ a minor exposed publicly through the lawsuit and Local 4 news agency.

364.     The State of Michigan first DEI legislation was used to control municipalities under the false pretense of economic development, job development, and job creation called Regional Convention Facility Authority ACT 544 of 2008 and used as censorship with unlimited power for politic purposes and specifically designed to use Cobo Hall and the Phoenix Center as "facilities" for RCFA designated by the City. Therefore, DRCFA involvement in 2014 with the transfer of the by REDICO in 2015 after the state revised the RCFA to incorporate "Financial Instruments" in the acquisition of real estate for the "authority" controlled by the State's politic objectives and economic leverage. Plaintiff was unaware of the RCFA and its purpose, but causality, time, and redressability duplication in 2019 Phoenix Center.